**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

MIDDLE _____ District of  FLORIDA _____
(State)

Case number (If known): _____  Chapter 7____

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Canaveral Crossroads, LLC _____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

None _____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

6 1 – 1 7 1 1 3 6 3
EIN

**5. Debtor's address**

**Principal place of business**

5526 Hansel Avenue _____
Number      Street

_____

Orlando _____   FL ___ 32809
City                    State   ZIP Code

Orange _____
County

**Mailing address, if different**

4409 Hoffner Avenue, #348 _____
Number      Street

_____
P.O. Box

Orlando _____   FL __ 32812
City                      State   ZIP Code

**Location of principal assets, if different from principal place of business**

Real property (Brevard County) _____
Number      Street

_____

Merritt Island _____   FL __ _____
City                           State   ZIP Code

Debtor ___Canaveral Crossroads, LLC_____ Case number (if known)_____
             Name

6. **Debtor's website** (URL) ___None_____

7. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
&#10063; Partnership (excluding LLP)
&#10063; Other type of debtor. Specify: _____

8. **Type of debtor's business**

Check one:

&#10063; Health Care Business (as defined in 11 U.S.C. § 101(27A))
&#10063; Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
&#10063; Railroad (as defined in 11 U.S.C. § 101(44))
&#10063; Stockbroker (as defined in 11 U.S.C. § 101(53A))
&#10063; Commodity Broker (as defined in 11 U.S.C. § 101(6))
&#10063; Clearing Bank (as defined in 11 U.S.C. § 781(3))
X None of the types of business listed.
&#10063; Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

&#10063; No

☒ Yes. Debtor ___Sherwood Construction, Inc._____ Relationship ___Affiliate___
District ___M.D. Fla. (Orlando)___ Date filed _____ Case number, if known_____
                                                    MM / DD / YYYY

Debtor ___Homemakers Real Estate, LLC_____ Relationship ___Affiliate___
District ___M.D. Fla. (Orlando)___ Date filed _____ Case number, if known___
                                                    MM / DD / YYYY                      6:25-bk-02685; -05570

## Part 3: Report About the Case

10. **Venue**

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

&#10063; A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

&#10063; Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

&#10063; No

☒ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor    Canaveral Crossroads, LLC                                    Case number (if known)_____
          Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Horton S. Johnson | Consent Final Judgment, Counts I & IV, Brevard Cir. Ct. No. 05-2025-CA-013106 (First & Second Notes) - see Exhibit A | $ 5,997,023.46 |
| Jetton Investments Incorporated | Secured mortgage note, Instr. 2018121113 (acquired claim - see Rule 1003(a) statement) | $ 1,468,484.37 |
| Cape Crossing Vacation Rentals, LLC | Money owed - unsecured, non-contingent, and undisputed (debtor's balance sheet) | $ 1,768,158.73 |
| | Total of petitioners' claims | $ 9,233,666.56 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Horton S. Johnson
Name

2523 Kissam Court
Number    Street

Belle Isle                FL        32809
City                      State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/14/2026
              MM / DD / YYYY

✗ Hortn S Johnson
Signature of petitioner or representative, including representative's title

Matthew A. Leibert, Esquire
Printed name

_____
Firm name, if any

5782A S. Semoran Blvd.
Number    Street

Orlando                   FL        32822
City                      State     ZIP Code

Contact phone   (407) 579-8355    Email leibert@urbanthier.com

Bar number    0752266

State    Florida

✗ /s/ Matthew A. Leibert
Signature of attorney

Date signed   07/14/2026
              MM / DD / YYYY

Debtor     Canaveral Crossroads. LLC_____     Case number (if known)_____
           Name

**Name and mailing address of petitioner**

Jetton Investments Incorporated_____
Name

116 S Magnolia Ave. Suite 3E_____
Number    Street

Ocala_____     FL_____     34471_____
City                   State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Paul Rene. Jr., Authorized Agent_____
Name

_____
Number    Street

_____
City              State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/14/2026_____
             MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number    Street

_____
City                   State           ZIP Code

Contact phone _____ Email _____

Bar number   _____

State        _____

✗ _____
Signature of attorney

Date signed   _____
              MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Cape Crossing Vacation Rentals. LLC_____
Name

4409 Hoffner Avenue. #348_____
Number    Street

Orlando_____     FL_____     32812_____
City                   State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Horton Johnson. Authorized Agent_____
Name

_____
Number    Street

_____
City              State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/14/2026_____
             MM  / DD / YYYY

✗ _Horton S. Johnson_____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number    Street

_____
City                   State           ZIP Code

Contact phone _____ Email _____

Bar number   _____

State        _____

✗ _____
Signature of attorney

Date signed   _____
              MM  / DD / YYYY

---

**EXHIBIT A**
**SCHEDULE OF PETITIONING CREDITORS**

*In re Canaveral Crossroads, LLC — Involuntary Chapter 7 (11 U.S.C. § 303)*

| Petitioner | Basis / origin of claim | Total claim | Lien / collateral | Amount counting under § 303(b)(1) | Contingent / bona fide dispute? |
|---|---|---|---|---|---|
| Horton S. Johnson | Consent Final Judgment, Counts I & IV (First Note $3,608,845.31 + Second Note $2,388,178.15), Johnson v. Canaveral Crossroads, LLC, Brevard Cir. Ct. No. 05-2025-CA-013106, entered Apr. 7, 2025 (recorded 5/13/2025) | $5,997,023.46 | Secured by construction-loan mortgage and note; debtor's real property substantially underwater (assets $547.43 vs. liabilities ≈ $19.4M) | $5,997,023.46 (undersecured deficiency) | No — consent judgment; not disputed |
| Jetton Investments Incorporated (Paul Rene, Jr., authorized agent) | First-lien mortgage note, Instr. 2018121113 (Bk 8176, Pg 930, Brevard Co.); acquired by Paul Rene, Jr. May 2023; Forbearance & Modification 11/19/2024 | $1,468,484.37 | First-lien mortgage on debtor's real property; substantially underwater (see above) | $1,468,484.37 (to extent undersecured) | No — borrower waived defenses/setoff/counterclaim. Transfer disclosed per Rule 1003(a) |
| Cape Crossing Vacation Rentals, LLC | Money owed per debtor's balance sheet (Due to CCVR $1,506,234.55 + CCVR promissory note $261,924.18) | $1,768,158.73 | None (unsecured) | $1,768,158.73 | No — reflected on debtor's own books |
| TOTALS | | $9,233,666.56 | | $9,233,666.56 | |

## CREDITOR MAILING MATRIX

In re Canaveral Crossroads, LLC — Involuntary Chapter 7
U.S. Bankruptcy Court, M.D. Fla., Orlando Division

Prepare in the Clerk's required upload/text format (one creditor per block, name and complete mailing address, no account numbers).

**Canaveral Crossroads, LLC**
4409 Hoffner Avenue, #348, Orlando, FL 32812

**Horton S. Johnson**
2523 Kissam Court, Belle Isle, FL 32809

**Cape Crossing Vacation Rentals, LLC**
4409 Hoffner Avenue, #348, Orlando, FL 32812

**Jetton Investments Incorporated**
116 S Magnolia Ave, Suite 3E, Ocala, FL 34471

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**CANAVERAL CROSSROADS, LLC,**

Alleged Debtor.

Case No. _____
Chapter 7
(Involuntary)

---

**CORPORATE OWNERSHIP STATEMENT OF**
**CAPE CROSSING VACATION RENTALS, LLC**
(Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Cape Crossing Vacation Rentals, LLC, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[ ] There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[X] The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests: Tiered Capital, Inc.

Respectfully submitted,

/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355     Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

CANAVERAL CROSSROADS, LLC,

Alleged Debtor.

Case No. _____
Chapter 7
(Involuntary)

---

**CORPORATE OWNERSHIP STATEMENT OF**
**JETTON INVESTMENTS INCORPORATED**
(Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Jetton Investments Incorporated, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[X]  There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[ ]  The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests:

_____

Respectfully submitted,


/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355     Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**CANAVERAL CROSSROADS, LLC,**

Alleged Debtor.

Case No. _____
Chapter 7
(Involuntary)

---

**CORPORATE OWNERSHIP STATEMENT OF**
**CAPE CROSSING VACATION RENTALS, LLC**
(Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Cape Crossing Vacation Rentals, LLC, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[ ] There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[X] The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests: Tiered Capital, Inc.

Respectfully submitted,

/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**CANAVERAL CROSSROADS, LLC,**

Alleged Debtor.

Case No. _____
Chapter 7
(Involuntary)

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on _July 17, 2026, a true and correct copy of the Summons to Debtor in Involuntary Case (Official Form 253) and the Involuntary Petition Against a Non-Individual (Official Form 205), together with all exhibits, the corporate ownership statements, and the statement required under Bankruptcy Rule 1003(a), was served on the Alleged Debtor in the manner provided by Federal Rule of Bankruptcy Procedure 7004 as follows:

**Canaveral Crossroads, LLC**
4409 Hoffner Avenue, #348
Orlando, FL 32812

and on the United States Trustee and all parties on the attached creditor matrix by the method indicated.

Respectfully submitted,

/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors