**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                        Case No. _____
                                                             Chapter 7
**CANAVERAL CROSSROADS, LLC,**                                (Involuntary)

          Alleged Debtor.

---

**CORPORATE OWNERSHIP STATEMENT OF**
**CAPE CROSSING VACATION RENTALS, LLC**
(Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Cape Crossing Vacation Rentals, LLC, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[ ] There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[X] The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests: Tiered Capital, Inc.

---

Respectfully submitted,


/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CANAVERAL CROSSROADS, LLC,

Alleged Debtor.

Case No. _____
Chapter 7
(Involuntary)

---

**CORPORATE OWNERSHIP STATEMENT OF
CAPE CROSSING VACATION RENTALS, LLC**
(Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Cape Crossing Vacation Rentals, LLC, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[ ] There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[X] The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests: Tiered Capital, Inc.

Respectfully submitted,

/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors