**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**CANAVERAL CROSSROADS, LLC,**

Alleged Debtor.

Case No. _____
Chapter 7
(Involuntary)

---

**CORPORATE OWNERSHIP STATEMENT OF**
**JETTON INVESTMENTS INCORPORATED**
(Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Jetton Investments Incorporated, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[X] There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[ ] The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests:

_____

Respectfully submitted,

/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors