**[B2500e]** [Summons to Debtor in Involuntary Case for Summary Judgment]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Canaveral Crossroads, LLC       Case No. 6:26–bk–05426–GER
4409 Hoffner Avenue, #348       Chapter 7
Orlando, FL 32812

_____    Debtor*    _____/

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on 7/20/26, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:    George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of     Names and addresses are listed on the next page.
Petitioner's Attorney:

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.



Jose A Rodriguez
Clerk of Court

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

**<u>Service of summons to be provided to all of the following:</u>**
Matthew Leibert
5782A S. Semoran Blvd.
Orlando, FL 32822

Jetton Investments Incorporated
116 S Magnolia Ave
Suite 3E
Ocala, FL 34471

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348
Orlando, FL 32812

**[B2500e]** [Summons to Debtor in Involuntary Case for Summary Judgment]

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____(date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date_____          Signature _____

Print Name: _____

Business Address: _____

_____

_____