UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

CANAVERAL CROSSROADS, LLC                    Case No. 6:26-bk-05426-GER

     Debtor,
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

PLEASE TAKE NOTICE that undersigned attorney, Phil A. D'Aniello, Esq. of Fassett, Anthony & Taylor, P.A., appears as counsel for Michael McPhillips ("Interested Party"), who is a party-in-interest, and pursuant to, inter alia, F.R.B.P., Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the party-in-interest with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the party-in-interest.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in non-core matters entered only after de novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated July 24, 2026.

s/ *Phil A. D'Aniello*
Phil A. D'Aniello, Esq.
Florida Bar No. 0115525
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804
Tel: 407-872-0200 Fax: 407-422-8170
Primary Email: pdaniello@fassettlaw.com
Secondary Email: tsadaka@fassettlaw.com

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties listed below and on the attached service list via U.S. Mail and/or electronic mail on July 24, 2026.

s/ *Phil A. D'Aniello*
Phil A. D'Aniello, Esq.

Matthew A. Leibert, Esq.
liebert@urbanthier.com

Christopher L. Smith, Esq.
chris@fromangsmith.com