**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**                                                    **CASE NUMBER: 6:26-bk-05426-GER**
                                                              **CHAPTER 7**

**Canaveral Crossroads, LLC,**

    **Debtor.**

_____/

**MOTION TO CONFIRM NO STAY IN EFFECT**
**AND REQUEST FOR EXPEDITED CONSIDERATION**
**(RE: 202 Ivory Coral Lane, Unit 403, Merritt Island, FL 32953)**

**COMES NOW**, Tamamoi LLC ("Movant"), by and through its undersigned counsel, moves this Court for entry of an order confirming that the automatic stay is not in effect and, in support thereof, states as follows:

1.     An involuntary Petition was filed pursuant to Chapter 7 of the United States Bankruptcy Code on July 20, 2026.

2.     Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3.     On April 16, 2024, Movant commenced a foreclosure proceeding in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case Number 2024-CA-023943 (the "Foreclosure Action") as it pertains to real property located at 202 Ivory Coral Lane, Unit 403, Merritt Island, FL 32953 (the "Property"). A true and correct copy of the foreclosure docket is attached hereto as **Exhibit A**.

4.     A Uniform Final Judgment of Mortgage Foreclosure was entered against the Debtor, Crescent Sound LTD, Horton S. Johnson, Michael McPhillips, and Martin Flynn on June 11, 2025, in the amount of $401,022.42 (the "Judgment"). A true and correct copy of the Judgment is attached hereto as **Exhibit B**.

5.      The Judgment confirms Movant's interest in the Property which is legally described as:

CONDOMINIUM UNIT 403, CAPE CROSSING, A CONDOMINIUM, TO-GETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 818, PAGE 1832, OF THE PUB-LIC RECORDS OF BREVARD COUNTY, FLORIDA.

6.      The Property was subsequently sold at public auction on August 20, 2025. Movant was the winning bidder and the Certificate of Sale was issued on the same date. A Certificate of Title was then issued and recorded on September 3, 2025. A true and correct copy of the Certificate of Title is attached hereto as **Exhibit C**.

7.      Paragraph 11 of the Judgment specifically retains the state court's jurisdiction to enter further orders and judgments, including, without limitation, a deficiency judgment.

8.      Movant subsequently sold the Property for $400,000.00 and is entitled to a deficiency judgment.

9.      Movant intends to seek a deficiency judgment against **only** the following entities: Crescent Sound LTD, Horton S. Johnson, Michael McPhillips, Martin Flynn (collectively the "Guarantors"). **The statue of limitations to seek a deficiency judgment will expire on or after August 20, 2026.**

10.     After the filing of the instant bankruptcy Case, a Suggestion of Bankruptcy was filed in the Foreclosure Action on August 4, 2026.

11.     Movant contends that the Property is not property of the bankruptcy estate as all sales occurred prior to the filing of the instant Case.

12.     Based upon the foregoing, Movant requests expedited consideration of this request for a motion for entry of an order confirming that the automatic stay is not in effect as the statute of limitations is fast approaching.

**WHEREFORE**, Movant respectfully respects this Court enter an order confirming that the automatic stay is not in effect so that Movant may seek a deficiency judgment against Crescent Sound LTD, Horton S. Johnson, Michael McPhillips, Martin Flynn and for another relief that this Court deems just and proper.

Dated: <u>August 12, 2026</u>                    Respectfully submitted,

                                                  <u>/s/ Lindsey Savastano</u>
                                                  Lindsey Savastano, Esq.
                                                  Florida Bar No. 57079
                                                  MCMICHAEL TAYLOR GRAY, LLC
                                                  Attorney for Creditor
                                                  3550 Engineering Drive, Suite 260
                                                  Peachtree Corners, GA 30092
                                                  Telephone: 404-474-7149
                                                  Facsimile: 404-745-8121
                                                  E-mail: lsavastano@mtglaw.com
                                                  MTG FILE #: 26-000170-06

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing was served on this day by either United States Mail or Electronic mail through the CM/ECF system to the parties listed below:

**Via U.S. Mail**
Canaveral Crossroads, LLC
4409 Hoffner Avenue, #348, Orlando, FL 32812

Horton S. Johnson
2523 Kissam Court, Belle Isle, FL 32809

Jetton Investments Incorporated
116 S Magnolia Ave, Suite 3E, Ocala, FL 34471

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348, Orlando, FL 32812

**Via CM/ECF electronic service**
Matthew Leibert
Urban Thier & Federer, P.A., 5782A S. Semoran Blvd., Orlando, FL 32822

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

Dated: <u>August 12,  2026</u>                    Respectfully submitted,

<u>*/s/ Lindsey Savastano*</u>
Lindsey Savastano, Esq.
Florida Bar No. 57079
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: lsavastano@mtglaw.com
MTG FILE #: 26-000170-06