# EXHIBIT A

# BECA - Brevard Electronic Court Application

05-2024-CA-023943-XXCA-BC

Logged in as: Public

Log Out

*Navigate to:*  Participants   Register of Actions   Complaints   Citations   Financials   Payments   Bonds   Court Schedule
Judge History   Warrants/Writs   DL Suspensions   Diversions   Sentencing   Probation   Jail

New Search

## TAMAMOI LLC VS CANAVERAL
## Case Information

| Case Number | Case Type | Filing Date | Case Status | Status Date | Judge | Jurisdiction | Charging Agency |
|---|---|---|---|---|---|---|---|
| 05-2024-CA-023943-XXCA-BC | FCL-NON-HOMESTEAD $250000 & > | 04/10/2024 | REOPEN DISPOSED | 05/20/2026 | SAMUEL BOOKHARDT III | CENTRAL | NONE |

[Inactive Attorneys](#)

**Participants**  ☐ Print

| Type | Name | Participant Id | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | CANAVERAL CROSSROADS LLC | 4260588 | | | | | 99 S NEW YORK AVE | | WINTER PARK, FL 32789-4233 |
| ATTORNEY FOR: D1 | SMITH CHRISTOPHER L | 363583 | | | | | 4767 NEW BROAD ST | | ORLANDO, FL 32814-6405 |
| DEFENDANT (2) | CRESCENT SOUND LTD | 4260589 | | | | | PO BOX 6327 | | TALLAHASSEE, FL 32314-6327 |
| DEFENDANT (3) | TIERED LAND TRUST | 4260590 | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| DEFENDANT (4) | FLYNN MARTIN | 4260591 | | | | | 14556 SAINT GEORGES HILL DR | | ORLANDO, FL 32828-8035 |
| DEFENDANT (5) | JOHNSON HORTON S | 4260592 | | | | | 522 S HUNT CLUB BLVD #228 | | APOPKA, FL 32703 |
| DEFENDANT (6) | JOHNSON HORTON | 4260592 | | | | | 522 S HUNT CLUB BLVD #228 | | APOPKA, FL 32703 |
| DEFENDANT (7) | MCPHILLIPS MICHAEL | 4260595 | | | | | 1575 WORLEY AVE | | MERRITT ISLAND, FL 32952-2742 |
| DEFENDANT (8) | HOMEMAKERS REAL ESTATE LLC | 4260596 | | | | | 2875 S ORANGE AVE STE 500 STE 6409 | CO HORTON S JOHNSON | ORLANDO, FL 32806 |
| DEFENDANT (9) | CAPE CROSSING CONDOMINIUM ASSOCIATION INC | 4260597 | | | | | 7827 N WICKHAM RD STE D | | MELBOURNE, FL 32940-8289 |
| DEFENDANT (10) | UNKNOWN TENANT 1 | 4260598 | | | | | 202 IVORY CORAL LN UNIT 206 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (11) | UNKNOWN TENANT 2 | 4260599 | | | | | 202 IVORY CORAL LN UNIT 206 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (12) | UNKNOWN TENANT 3 | 4260600 | | | | | 202 IVORY CORAL LN UNIT 303 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (13) | UNKNOWN TENANT 4 | 4260601 | | | | | 202 IVORY CORAL LN UNIT 303 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (14) | UNKNOWN TENANT 5 | 4260602 | | | | | 202 IVORY CORAL LN UNIT 305 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (15) | UNKNOWN TENANT 6 | 4260603 | | | | | 202 IVORY CORAL LN UNIT 305 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (16) | UNKNOWN TENANT 7 | 4260604 | | | | | 202 IVORY CORAL LN UNIT 402 | | MERRITT ISLAND, FL 32952 |
| DEFENDANT (17) | UNKNOWN TENANT 8 | 4260605 | | | | | 202 IVORY CORAL LN UNIT 402 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (18) | UNKNOWN TENANT 9 | 4260606 | | | | | 202 IVORY CORAL LN UNIT 403 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (19) | UNKNOWN TENANT 10 | 4260607 | | | | | 202 IVORY CORAL LN UNIT 403 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (20) | UNKNOWN TENANT 11 | 4260608 | | | | | 202 IVORY CORAL LN UNIT 404 | | MERRITT ISLAND, FL 32953 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT (21) | UNKNOWN TENANT 12 | 4260609 | | | 202 IVORY CORAL LN UNIT 404 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (22) | UNKNOWN TENANT 13 | 4260610 | | | 202 IVORY CORAL LN UNIT 503 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (23) | UNKNOWN TENANT 14 | 4260611 | | | 202 IVORY CORAL LN UNIT 503 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (24) | UNKNOWN TENANT 15 | 4260612 | | | 202 IVORY CORAL LN UNIT 504 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (25) | UNKNOWN TENANT 16 | 4260613 | | | 202 IVORY CORAL LN UNIT 504 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (26) | UNKNOWN TENANT 17 | 4260614 | | | 202 IVORY CORAL LN UNIT 505 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (27) | UNKNOWN TENANT 18 | 4260615 | | | 202 IVORY CORAL LN UNIT 505 | | MERRITT ISLAND, FL 32953 |
| DEFENDANT (28) | UNKNOWN PARTIES | 4260616 | | | NO ADDRESS INFORMATION AVAILABLE | | |
| DEFENDANT (29) | IAM IRREVOCABLE TRUST | 4291109 | | | 1311 HOFFNER AVE | | ORLANDO, FL 32809-3515 |
| PLAINTIFF (1) | TAMAMOI LLC | 4260587 | | | NO ADDRESS INFORMATION AVAILABLE | | |

05-2024-CA-023943-XXCA-BC

## Register Of Actions   🗎 Viewable   🔒 Viewable On Request   ⊘ Pending   Ⓢ Sealed   Ⓒ Confidential     <u>Purchase Copies</u>   ☐ Print

| View | Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|---|
| 🗎 | 04/10/2024 | 1 | COMPLAINT OR PETITION | 24 | |
| 🗎 | 04/10/2024 | 2 | LIS PENDENS RECORDED IN THE OFFICIAL RECORDS | 4 | |
| 🗎 | 04/10/2024 | 3 | MORTGAGE CLAIM AMOUNT WORKSHEET | 2 | |
| 🗎 | 04/10/2024 | 4 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN & ORDER | 7 | |
| | 04/10/2024 | | ASM: FORECLOSURE $250000 AND > | | 1906.00 |
| | 04/10/2024 | | ASM: LIS PENDENS THREE PAGES | | 13.00 |
| | 04/10/2024 | | ASM: INDEX RECORDING NAMES > 4 | | 7.00 |
| | 04/10/2024 | | ASM: CIRCUIT ADDITIONAL DEFS | | 57.50 |
| | 04/10/2024 | | ORIGINAL FILING UPDATED | | |
| 🗎 | 04/11/2024 | 5 | PLAINTIFFS EXHIBIT(S) | 116 | |
| 🗎 | 04/11/2024 | 6 | PLAINTIFFS EXHIBIT(S) | 117 | |
| 🗎 | 04/11/2024 | 7 | PLAINTIFFS EXHIBIT(S) | 117 | |
| 🗎 | 04/11/2024 | 8 | PLAINTIFFS EXHIBIT(S) | 178 | |
| 🗎 | 04/11/2024 | 9 | NOTICE OF PAYMENT DUE | 2 | |
| | 04/12/2024 | | ASM: ISSUE CIRCUIT SUMMONS | | 250.00 |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 🗎 | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |

| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
|---|---|---|---|---|---|
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | 05-2024-CA-023943-XXCA-BC |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/12/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 04/15/2024 | 10 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 11 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 12 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 13 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 14 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 15 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 16 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 17 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 18 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 19 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 20 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 21 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 22 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 23 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 24 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 25 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 26 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 27 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 28 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 29 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 30 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 31 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 32 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 33 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/15/2024 | 34 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 04/22/2024 | 35 | RETURN OR PROOF OF SERVICE | 5 | |
| | 04/22/2024 | 36 | RETURN OR PROOF OF SERVICE | 5 | |
| | 04/23/2024 | 37 | RETURN OR PROOF OF SERVICE | 5 | |
| | 04/23/2024 | 38 | RETURN OR PROOF OF SERVICE | 5 | |
| | 04/26/2024 | 39 | RETURN OR PROOF OF SERVICE | 4 | |
| | 04/30/2024 | 40 | RETURN OR PROOF OF SERVICE | 4 | |

| | 04/30/2024 | 41 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/02/2024 | 44 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 1 | 05-2024-CA-023943-XXCA-BC |
| | 05/06/2024 | 42 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/06/2024 | 43 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/07/2024 | 45 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/07/2024 | 46 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/07/2024 | 47 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/07/2024 | 48 | RETURN OR PROOF OF SERVICE | 5 | |
| | 05/07/2024 | 49 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 50 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 51 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 52 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 53 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 54 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 55 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 56 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 57 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 58 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 59 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 60 | RETURN OR PROOF OF SERVICE | 4 | |
| | 05/07/2024 | 61 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| | 05/16/2024 | 62 | RETURN OR PROOF OF SERVICE | 2 | |
| | 05/16/2024 | 63 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 3 | |
| | 05/17/2024 | 64 | MOTION TO DISMISS | 11 | |
| | 05/17/2024 | 65 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 1 | |
| | 05/17/2024 | 66 | MOTION TO DISMISS | 12 | |
| | 05/28/2024 | 67 | MOTION TO DISMISS | 6 | |
| | 05/30/2024 | 68 | RETURN OR PROOF OF SERVICE | 4 | |
| | 06/06/2024 | | ASM: RECORDING THREE PAGES | | 27.00 |
| | 06/06/2024 | 69 | MOTION FOR DEFAULT BY CLERK | 6 | |
| | 06/06/2024 | 70 | AFFIDAVIT REGARDING MILITARY SERVICE | 2 | |
| | 06/06/2024 | 71 | AFFIDAVIT REGARDING MILITARY SERVICE | 1 | |
| | 06/06/2024 | 72 | AFFIDAVIT REGARDING MILITARY SERVICE | 1 | |
| | 06/06/2024 | 73 | AFFIDAVIT REGARDING MILITARY SERVICE | 1 | |
| | 06/06/2024 | 74 | AFFIDAVIT REGARDING MILITARY SERVICE | 1 | |
| | 06/06/2024 | 75 | AFFIDAVIT REGARDING MILITARY SERVICE | 1 | |
| | 06/06/2024 | 76 | AFFIDAVIT REGARDING MILITARY SERVICE | 1 | |
| | 06/06/2024 | 77 | NOTICE OF DROPPING PARTY RECORDED IN THE OFFICIAL RECORDS | 3 | |
| | 06/12/2024 | 79 | NOTICE OF APPEARANCE | 1 | |
| | 06/12/2024 | 80 | MOTION TO DISMISS | 11 | |
| | 06/13/2024 | 78 | DEFAULT ENTERED | 2 | |
| | 06/17/2024 | 81 | MOTION TO SET ASIDE DEFAULT | 5 | |
| | 07/08/2024 | 82 | REPLY ANSWER OR RESPONSE | 4 | |

05-2024-CA-023943-XXCA-BC

| | Date | Doc # | Description | Pages | Amount |
|---|---|---|---|---|---|
| 📄 | 07/08/2024 | 83 | REPLY ANSWER OR RESPONSE | 4 | |
| 📄 | 07/08/2024 | 84 | REPLY ANSWER OR RESPONSE | 4 | |
| 📄 | 07/08/2024 | 85 | REPLY ANSWER OR RESPONSE | 4 | |
| 📄 | 07/08/2024 | 86 | DEMAND | 4 | |
| 📄 | 08/02/2024 | 87 | AMENDED COMPLAINT | 26 | |
| 📄 | 08/02/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 📄 | 08/09/2024 | 88 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN & ORDER | 4 | |
| 📄 | 08/09/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 📄 | 08/21/2024 | 89 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN & ORDER | 8 | |
| 📄 | 08/21/2024 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 08/21/2024 | | ASM: ISSUE CIRCUIT SUMMONS | | 10.00 |
| 📄 | 08/22/2024 | 90 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| 📄 | 08/23/2024 | 91 | NOTICE OF ATTORNEY DESIGNATION OF EMAIL ADDRESSES | 2 | |
| 📄 | 08/23/2024 | 92 | ANSWER AND AFFIRMATIVE DEFENSES | 5 | |
| 📄 | 08/27/2024 | 93 | ORDER SETTING ASIDE DEFAULT | 1 | |
| 📄 | 08/28/2024 | 94 | NOTICE OF APPEARANCE | 2 | |
| 📄 | 08/30/2024 | 95 | NOTICE OF PAYMENT DUE | 2 | |
| 📄 | 09/12/2024 | 96 | MOTION | 5 | |
| 📄 | 10/01/2024 | 97 | DEFENDANTS EXHIBIT | 5 | |
| 📄 | 10/01/2024 | 98 | MOTION TO DISMISS | 8 | |
| 📄 | 10/02/2024 | 99 | MOTION TO DISMISS | 13 | |
| 📄 | 10/03/2024 | 101 | REPLY ANSWER OR RESPONSE | 10 | |
| 📄 | 10/07/2024 | 100 | NOTICE OF HEARING | 3 | |
| 📄 | 10/08/2024 | 102 | REPLY ANSWER OR RESPONSE | 8 | |
| 📄 | 10/08/2024 | 103 | REPLY ANSWER OR RESPONSE | 9 | |
| 📄 | 10/14/2024 | 104 | RETURN OR PROOF OF SERVICE | 4 | |
| 📄 | 10/25/2024 | 105 | MOTION FOR DEFAULT BY CLERK | 6 | |
| 📄 | 10/30/2024 | 106 | DEFAULT ENTERED | 3 | |
| 📄 | 12/03/2024 | 107 | NOTICE OF UNAVAILABILITY | 2 | |
| | 12/05/2024 | | CAL:HEARING | | |
| 📄 | 12/05/2024 | 109 | MOTION FOR SUMMARY JUDGMENT | 16 | |
| 📄 | 12/05/2024 | 110 | ATTORNEY AFFIDAVIT REGARDING FEES, TIME, AND-OR COSTS | 4 | |
| 📄 | 12/05/2024 | 111 | AFFIDAVIT | 2 | |
| | 12/05/2024 | | CR: HEARING CANCELLED | | |
| 📄 | 12/06/2024 | 113 | AFFIDAVIT OF INDEBTEDNESS OR AMOUNT DUE | 16 | |
| 📄 | 12/09/2024 | 108 | NOTICE OF HEARING | 4 | |
| 📄 | 12/09/2024 | 112 | AMENDED NOTICE OF HEARING | 4 | |
| 📄 | 12/10/2024 | 114 | ADMINISTRATIVE ORDER CASE MANAGEMENT ORDER | 8 | |
| 📄 | 12/18/2024 | 115 | NOTICE OF SERVICE | 11 | |
| 📄 | 12/24/2024 | 116 | WITNESS AND EXHIBIT LIST | 6 | |
| | 01/07/2025 | | RSGN: CASELOAD REASSIGNMENT | | |
| 📄 | 01/15/2025 | 119 | MOTION FOR SUMMARY JUDGMENT | 16 | |
| 📄 | 01/16/2025 | 117 | ATTORNEY AFFIDAVIT REGARDING FEES, TIME, AND-OR COSTS | 4 | |
| 📄 | 01/21/2025 | 118 | AFFIDAVIT | 2 | |

| | 01/29/2025 | 120 | NOTICE OF UNAVAILABILITY | 3 | |
| | 02/11/2025 | | CAL:HEARING | 05-2024-CA-023943-XXCA-BC | |
| | 02/11/2025 | | CR: HEARING HEARD | | |
| 📄 | 02/13/2025 | 121 | ORDER | 2 | |
| 📄 | 02/13/2025 | 122 | ORDER | 2 | |
| 📄 | 02/13/2025 | 123 | ORDER DENYING MOTION TO DISMISS | 2 | |
| 📄 | 02/13/2025 | 124 | ORDER | 2 | |
| 📄 | 02/13/2025 | 125 | ORDER GRANTING MOTION OR PETITION | 2 | |
| 📄 | 02/27/2025 | 126 | ORDER FOR JURY OR NON-JURY TRIAL AND PRE-TRIAL CONFERENCE | 14 | |
| | 03/04/2025 | | COUNTERCLAIM UPDATED | | |
| | 03/04/2025 | | ASM: CIR CROSS-COUNTER-3RD PTY | | 395.00 |
| 📄 | 03/04/2025 | 127 | ANSWER, AFFIRMATIVE DEFENSES AND COUNTER CLAIM | 122 | |
| 📄 | 03/14/2025 | 128 | REQUEST FOR ADMISSIONS | 4 | |
| 📄 | 03/14/2025 | 129 | REQUEST TO PRODUCE | 3 | |
| 📄 | 03/14/2025 | 130 | REPLY ANSWER OR RESPONSE | 117 | |
| 📄 | 03/20/2025 | 131 | NOTICE OF HEARING | 3 | |
| 📄 | 04/01/2025 | 132 | MOTION TO DISMISS | 5 | |
| 📄 | 04/01/2025 | 133 | REPLY TO ANSWERS AND AFFIRMATIVE DEFENSES | 3 | |
| 📄 | 04/04/2025 | 134 | RESPONSE TO REQUEST FOR ADMISSIONS | 3 | |
| 📄 | 04/16/2025 | 135 | RESPONSE TO REQUEST TO PRODUCE | 5 | |
| 📄 | 04/16/2025 | 136 | REPLY ANSWER OR RESPONSE | 5 | |
| 📄 | 05/14/2025 | 137 | SUGGESTION OF BANKRUPTCY | 3 | |
| 📄 | 05/23/2025 | 138 | NOTICE OF FILING ORIGINAL NOTE | 315 | |
| 📄 | 06/03/2025 | 139 | MOTION TO STAY PROCEEDINGS | 30 | |
| | 06/06/2025 | | CAL:HEARING | | |
| | 06/06/2025 | | CR: HEARING HEARD | | |
| 📄 | 06/11/2025 | 140 | WITNESS AND EXHIBIT LIST | 6 | |
| 📄 | 06/12/2025 | 141 | NOTICE OF SERVICE | 10 | |
| | 06/12/2025 | | ORIGINAL DISPOSITION UPDATED | | |
| 📄 | 06/12/2025 | 142 | FINAL JUDGMENT OF FORECLOSURE $250,000 OR GREATER RECORDED IN THE OFFICIAL RECORDS | 7 | |
| | 06/12/2025 | | COUNTERCLAIM DISP UPDATED | | |
| 📄 | 06/13/2025 | 143 | WITNESS AND EXHIBIT LIST | 6 | |
| | 06/23/2025 | | CAL:PRETRIAL CONFERENCE | | |
| | 06/23/2025 | | CR: PRETRIAL CONF CANCELLED | | |
| 📄 | 07/01/2025 | 144 | ATTORNEY AFFIDAVIT REGARDING FEES, TIME, AND-OR COSTS | 5 | |
| | 07/02/2025 | | CAL:NON JURY TRIAL | | |
| | 07/02/2025 | | CR: NON JURY TRIAL CANCELLED | | |
| | 07/11/2025 | | ASM: APPEAL CIRCUIT TO 5DCA | | 100.00 |
| 📄 | 07/11/2025 | 145 | CIVIL NOTICE OF APPEAL TO FIFTH DISTRICT COURT OF APPEALS (5DCA) RECORDED IN THE OFFICIAL RECORDS | 13 | |
| | 07/11/2025 | | ASM: APPEAL CIRCUIT TO 5DCA | | 100.00 |
| 📄 | 07/11/2025 | 146 | CIVIL NOTICE OF APPEAL TO FIFTH DISTRICT COURT OF APPEALS (5DCA) RECORDED IN THE OFFICIAL RECORDS | 10 | |
| 📄 | 07/14/2025 | 147 | FIFTH DISTRICT COURT OF APPEALS (5DCA) ACKNOWLEDGMENT - RECORD REQUIRED TO BE PREPARED | 2 | |
| 📄 | 07/14/2025 | 148 | FIFTH DISTRICT COURT OF APPEALS (5DCA) ACKNOWLEDGMENT - RECORD REQUIRED TO BE PREPARED | 2 | |
| 📄 | 07/17/2025 | 149 | NOTICE OF SALE | 2 | |

| | 07/28/2025 | 150 | NOTICE OF HEARING | 3 | |
|---|---|---|---|---|---|
| | 08/05/2025 | 151 | FIFTH DISTRICT COURT OF APPEAL (5DCA) ORDER | 2 | 05-2024-CA-023943-XXCA-BC |
| | 08/14/2025 | 152 | LETTER REQUESTING APPEALS FEES | 1 | |
| | 08/18/2025 | 153 | PROOF OF PUBLICATION REGARDING NOTICE OF SALE | 2 | |
| | 08/18/2025 | 154 | ATTORNEY AFFIDAVIT REGARDING FEES, TIME, AND-OR COSTS | 2 | |
| | 08/18/2025 | 155 | CIVIL FIFTH DISTRICT COURT OF APPEALS (5DCA) ORDER DISMISSING APPEAL RECORDED IN THE OFFICIAL RECORDS | 2 | |
| | 08/20/2025 | | CAL:FORECLOSURE SALE | | |
| | 08/20/2025 | 156 | FORECLOSURE BID SHEET | 1 | |
| | 08/20/2025 | | CR: JUDICIAL SALE HELD | | |
| | 08/20/2025 | 157 | CERTIFICATE OF SALE | 1 | |
| | 08/20/2025 | | ASM: JUDICIAL SALE FORECLOSURE | | 70.00 |
| | 08/28/2025 | | ASM: CIR CIV APPEAL RECORD DOC | | 409.50 |
| | 08/28/2025 | | ASM: CIR CIV CERTIFICATE CLERK | | 7.00 |
| | 08/28/2025 | 158 | INDEX TO RECORD ON APPEAL | 8 | |
| | 09/02/2025 | 159 | RETURNED UNDELIVERABLE MAIL | 2 | |
| | 09/03/2025 | | ASM: DOC STAMPS | | 0.70 |
| | 09/03/2025 | 160 | CERTIFICATE OF TITLE | 2 | |
| | 09/03/2025 | 161 | CERTIFICATE OF NO DISBURSEMENTS | 1 | |
| | 09/15/2025 | 162 | RETURNED UNDELIVERABLE MAIL | 4 | |
| | 09/22/2025 | 163 | RETURNED UNDELIVERABLE MAIL | 8 | |
| | 09/23/2025 | 164 | SUGGESTION OF BANKRUPTCY | 3 | |
| | 10/10/2025 | 165 | FIFTH DISTRICT COURT OF APPEAL (5DCA) ORDER | 2 | |
| | 10/13/2025 | 166 | NOTICE OF CANCELLATION OF HEARING | 3 | |
| | 10/23/2025 | | CAL:HEARING | | |
| | 10/23/2025 | | CR: HEARING CANCELLED | | |
| | 11/03/2025 | 167 | RETURNED UNDELIVERABLE MAIL | 8 | |
| | 11/18/2025 | 168 | RETURNED UNDELIVERABLE MAIL | 8 | |
| | 11/18/2025 | 169 | RETURNED UNDELIVERABLE MAIL | 8 | |
| | 02/18/2026 | 171 | BANKRUPTCY ORDER ATTACHED TO NOTICE OF FILING | 7 | |
| | 02/20/2026 | 170 | NOTICE OF HEARING | 3 | |
| | 04/10/2026 | 172 | SUGGESTION OF BANKRUPTCY | 3 | |
| | 04/14/2026 | 173 | FIFTH DISTRICT COURT OF APPEAL (5DCA) ORDER | 1 | |
| | 04/27/2026 | 174 | BANKRUPTCY ORDER ATTACHED TO NOTICE OF FILING | 6 | |
| | 05/08/2026 | 175 | MEMORANDUM OF LAW | 38 | |
| | 05/13/2026 | 176 | REPLY ANSWER OR RESPONSE | 8 | |
| | 05/13/2026 | | REOPEN FILING UPDATED | | |
| | 05/13/2026 | | ASM: REOPEN CIRCUIT MOTION FEE | | 50.00 |
| | 05/13/2026 | 177 | MOTION FOR CLARIFICATION | 5 | |
| | 05/13/2026 | 179 | BANKRUPTCY ORDER ATTACHED TO NOTICE OF FILING | 5 | |
| | 05/13/2026 | 180 | ATTORNEY AFFIDAVIT REGARDING FEES, TIME, AND-OR COSTS | 7 | |
| | 05/14/2026 | | CAL:HEARING | | |
| | 05/18/2026 | 178 | NOTICE OF PAYMENT DUE | 2 | |
| | 05/18/2026 | 181 | CORRESPONDENCE | 2 | |
| | 05/18/2026 | | REOPEN FILING UPDATED | | |
| | 05/18/2026 | 183 | MOTION TO WITHDRAW | 3 | |

| | 05/18/2026 | 184 | MOTION TO RECONSIDER | 19 | |
| | 05/18/2026 | | REOPEN FILING UPDATED | | 05-2024-CA-023943-XXCA-BC |
| | 05/20/2026 | 182 | CERTIFICATE OF SERVICE | 18 | |
| | 05/20/2026 | 185 | ORDER GRANTING MOTION OR PETITION | 4 | |
| | 05/20/2026 | | REOPEN DISPOSITION UPDATED | | |
| | 05/20/2026 | 186 | ORDER REGARDING WITHDRAW OF COUNSEL | 4 | |
| | 05/20/2026 | 187 | FINAL JUDGMENT OF FORECLOSURE $250,000 OR GREATER RECORDED IN THE OFFICIAL RECORDS | 11 | |
| | 05/20/2026 | | REOPEN DISPOSITION UPDATED | | |
| | 05/20/2026 | | ALL REOPEN COMPL EVENTS CLOSED | | |
| | 05/27/2026 | 188 | NOTICE OF STATUS | 3 | |
| | 08/04/2026 | 189 | SUGGESTION OF BANKRUPTCY | 3 | |
| | 08/04/2026 | 190 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| | 08/05/2026 | 191 | AFFIDAVIT | 3 | |
| | | | **Total Number of Document Pages** | **2093** | |

## Complaints ☐ Print

### Reopen fee due on or after: 09/11/2025

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 04/10/2024 | FCL-NON-HOMESTEAD $250,000 & > | 06/12/2025 | DISPOSED BY JUDGE |
| 03/04/2025 | COUNTERCLAIM | 06/12/2025 | COUNTER CLAIM DISPOSED |
| 05/13/2026 | RO: NON-HOMESTD RESDNT 250K-> | 05/20/2026 | CIV/FAM REOPEN CLOSED |
| | MOTION FOR CLARIFICATION | | |
| 05/18/2026 | RO: NON-HOMESTD RESDNT 250K-> | 05/20/2026 | CIV/FAM REOPEN CLOSED |
| | MOTION TO WITHDRAW | | |
| 05/18/2026 | RO: NON-HOMESTD RESDNT 250K-> | 05/20/2026 | CIV/FAM-ALL REOPEN EVNT CLOSED |
| | MOTION FOR RECONSIDERATION | | |

## Financials ☐ Print

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| D 1 | APPEAL CIR TO 5DCA | $100.00 | $0.00 | $100.00 | | $0.00 |
| D 8 | CIR CIV CERTIF CLRK | $7.00 | $0.00 | $7.00 | | $0.00 |
| D 8 | APPEAL CIR TO 5DCA | $100.00 | $0.00 | $100.00 | | $0.00 |
| D 8 | CIR CIV APPEAL REC | $409.50 | $0.00 | $409.50 | | $0.00 |
| D 5 | CIR CROSS/COUNTER/3 | $395.00 | $0.00 | $395.00 | | $0.00 |
| P 1 | REOPEN CIV MOT FEE | $50.00 | $0.00 | $34.01 | | $15.99 |
| P 1 | JUD SALE FORECLOSURE | $70.00 | $0.00 | $70.00 | | $0.00 |
| P 1 | CIRCUIT ADDTL DEFS | $57.50 | $0.00 | $56.33 | | $1.17 |
| P 1 | DOC STAMPS | $0.70 | $0.00 | $0.70 | | $0.00 |
| P 1 | LIS PENDENS THREE PG | $13.00 | $0.00 | $13.00 | | $0.00 |
| P 1 | ISSUE CIR SUMMONS | $260.00 | $0.00 | $253.66 | | $6.34 |
| P 1 | INDEX REC NAMES > 5 | $7.00 | $0.00 | $7.00 | | $0.00 |
| P 1 | RECORD THREE PAGES | $27.00 | $0.00 | $27.00 | | $0.00 |
| P 1 | FORECLOSE $250,000 > | $1,906.00 | $0.00 | $1,906.00 | | $0.00 |
| **TOTALS:** | | **$3,402.70** | **$0.00** | **$3,379.20** | | **$23.50** |
| **TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN:** | | | | | | **$23.50** |

## Payments ☐ Print

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|
| S315213 | D 1 | EF 227102814 | PMT: APPEAL CIRCUIT TO 5DCA | 07/15/2025 | $100.00 | REGULAR CASH | CANAVERAL CROSSROADS LLC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S303155 | D 5 | FILING 218059513 | PMT: CIR CROSS-COUNTER-3RD PTY | 03/07/2025 | $395.00 | REGULAR CASH | JOHNSON BAYLOR S |
| | | | | | | | 05-2024-CA-023943-XXCA-BC |
| B218813 | D 8 | INDEX FEES FOR APPEAL | PMT: CIR CIV CERTIFICATE CLERK | 08/28/2025 | $7.00 | REGULAR CASH | JOHNSON BAYLOR S |
| B218813 | D 8 | INDEX FEES FOR APPEAL | PMT: CIR CIV APPEAL RECORD DOC | 08/28/2025 | $409.50 | REGULAR CASH | JOHNSON BAYLOR S |
| S315212 | D 8 | EF 227101529 | PMT: APPEAL CIRCUIT TO 5DCA | 07/15/2025 | $100.00 | REGULAR CASH | HOMEMAKERS REAL ESTATE LLC |
| S346601 | P 1 | FILING 248382738 | PMT: REOPEN CIRCUIT MOTION FEE | 05/21/2026 | $34.01 | REGULAR CASH | WULFF ELIZABETH A |
| S346601 | P 1 | FILING 248382738 | PMT: ISSUE CIRCUIT SUMMONS | 05/21/2026 | $13.48 | REGULAR CASH | WULFF ELIZABETH A |
| S346601 | P 1 | FILING 248382738 | PMT: CIRCUIT ADDITIONAL DEFS | 05/21/2026 | $2.51 | REGULAR CASH | WULFF ELIZABETH A |
| B218840 | P 1 | FCL SALE AMT$100.00 | PMT: DOC STAMPS | 09/03/2025 | $0.70 | REGULAR CASH | MCMICHAEL TAYLOR GRAY LLC |
| B218761 | P 1 | | PMT: JUDICIAL SALE FORECLOSURE | 08/20/2025 | $70.00 | REGULAR CASH | MCMICHAEL TAYLOR GRAY LLC |
| S286628 | P 1 | EF 205276490 | PMT: ISSUE CIRCUIT SUMMONS | 09/19/2024 | $8.44 | REGULAR CASH | DIXON AUDREY JAYNE |
| S286628 | P 1 | EF 205276490 | PMT: CIRCUIT ADDITIONAL DEFS | 09/19/2024 | $1.56 | REGULAR CASH | DIXON AUDREY JAYNE |
| S286007 | P 1 | EF 204393346 | PMT: ISSUE CIRCUIT SUMMONS | 08/30/2024 | $10.00 | REGULAR CASH | DIXON AUDREY JAYNE |
| S285383 | P 1 | EF 203929232 | PMT: ISSUE CIRCUIT SUMMONS | 08/22/2024 | $8.79 | REGULAR CASH | DIXON AUDREY JAYNE |
| S285383 | P 1 | EF 203929232 | PMT: CIRCUIT ADDITIONAL DEFS | 08/22/2024 | $1.21 | REGULAR CASH | DIXON AUDREY JAYNE |
| S280760 | P 1 | EF 199957032 | PMT: RECORDING THREE PAGES | 06/25/2024 | $27.00 | REGULAR CASH | HAYES ANNALISE |
| S275197 | P 1 | EF 196116307 | PMT: ISSUE CIRCUIT SUMMONS | 04/16/2024 | $212.95 | REGULAR CASH | DIXON AUDREY JAYNE |
| S275197 | P 1 | EF 196116307 | PMT: CIRCUIT ADDITIONAL DEFS | 04/16/2024 | $37.05 | REGULAR CASH | DIXON AUDREY JAYNE |
| S274974 | P 1 | EF 195897841 | PMT: CIRCUIT ADDITIONAL DEFS | 04/12/2024 | $14.00 | REGULAR CASH | TAMAMOI LLC |
| S274974 | P 1 | EF 195897841 | PMT: INDEX RECORDING NAMES > 4 | 04/12/2024 | $7.00 | REGULAR CASH | TAMAMOI LLC |
| S274974 | P 1 | EF 195897841 | PMT: FORECLOSURE $250000 AND > | 04/12/2024 | $1,906.00 | REGULAR CASH | TAMAMOI LLC |
| S274974 | P 1 | EF 195897841 | PMT: LIS PENDENS THREE PAGES | 04/12/2024 | $13.00 | REGULAR CASH | TAMAMOI LLC |
| TOTAL PAID: | | | | | $3,379.20 | | |

## Past Court Schedule                                                                ☐Print

| Date | Time | Judge | Matter Type | Result |
|---|---|---|---|---|
| 12/05/2024 | 08:30 AM | MICHELLE NABERHAUS | HEARING | CR: HEARING CANCELLED |
| 02/11/2025 | 09:00 AM | SAMUEL BOOKHARDT III | HEARING | CR: HEARING HEARD |
| 06/06/2025 | 01:30 PM | SAMUEL BOOKHARDT III | HEARING | CR: HEARING HEARD |
| 06/23/2025 | 09:00 AM | SAMUEL BOOKHARDT III | PRE TRIAL CONFERENCE | CR: PRETRIAL CONF CANCELLED |
| 07/02/2025 | 09:00 AM | SAMUEL BOOKHARDT III | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 08/20/2025 | 11:00 AM | FORECLOSURE SALE CLERK | FORECLOSURE SALE | CR: JUDICIAL SALE HELD |
| 10/23/2025 | 03:45 PM | SAMUEL BOOKHARDT III | HEARING | CR: HEARING CANCELLED |
| 05/14/2026 | 09:00 AM | SAMUEL BOOKHARDT III | HEARING | |

## Judge History                                                                       ☐Print

| | Date Assigned | Case Type | Judge | Description |
|---|---|---|---|---|
| 1 | 04/10/2024 | FCL-NON-HOMESTEAD $250000 & > | MICHELLE NABERHAUS | INITIAL ASSIGNMENT |
| 2 | 01/07/2025 | FCL-NON-HOMESTEAD $250000 & > | SAMUEL BOOKHARDT III | RSGN: CASELOAD REASSIGNMENT |

Print

Back to Top

New Search

⚖ Created, Hosted & Maintained by Brevard County Clerk of Courts ⚖

Version: 1.0.26 - Updated: 11/7/2024