# EXHIBIT C

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION

TAMAMOI, LLC,
      Plaintiff,

vs.

CANAVERAL CROSSROADS, LLC; CRESCENT SOUND LTD., TRUSTEE OF TIERED LAND TRUST U/T/D SEPTEMBER 13, 2023; IAM IRREVOCABLE TRUST U/T/D JUNE 1, 2002; MARTIN FLYNN; HORTON S. JOHNSON *a/k/a* HORTON JOHNSON; MICHAEL MCPHILLIPS; HOMEMAKERS REAL ESTATE, LLC; CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.; UNKNOWN TENANT #1; UNKNOWN TENANT #2; UNKNOWN TENANT #3; UNKNOWN TENANT #4; UNKNOWN TENANT #5; UNKNOWN TENANT #6; UNKNOWN TENANT #7; UNKNOWN TENANT #8; UNKNOWN TENANT #9; UNKNOWN TENANT #10; UNKNOWN TENANT #11; UNKNOWN TENANT #12; UNKNOWN TENANT #13; UNKNOWN TENANT #14; UNKNOWN TENANT #15; UNKNOWN TENANT #16; UNKNOWN TENANT #17; UNKNOWN TENANT #18; ALL OTHER UNKNOWN PARTIES CLAIMING INTERESTS BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAME UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS

      Defendant(s).

_____/

CASE NO. 052024CA023943XXCABC

DIVISION

FILED IN TVL - 29
2025 SEP -3 A 11:47
CLERK OF COURT
BREVARD CO., FL.
RACHEL N. SADOFF

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he/she executed and filed the Certificate of Sale in this action on <u>August 20, 2025</u> for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Brevard County, Florida:

CONDOMINIUM UNIT 403, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

Property Address: 202 Ivory Coral Lane, Unit 403, Merritt Island, FL 32953

was sold to: TAMAMOI, LLC,

whose address is: c/o MCMICHAEL TAYLOR GRAY, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092.

WITNESS my hand and seal of the Court on September 3, 2025.

RACHEL M. SADOFF
Clerk of the Circuit Court

By: _____
Deputy Clerk
J MUTTER