**ORDERED.**

**Dated: August 19, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NUMBER: 6:26-bk-05426-GER**
**CHAPTER 7**

**Canaveral Crossroads, LLC,**

**Debtor.**
_________________________________________/

**ORDER GRANTING MOTION**
**FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY IS NOT IN EFFECT**
**(RE: 202 Ivory Coral Lane, Unit 403, Merritt Island, FL 32953)**

THIS CASE came on for consideration without hearing of the Motion for Order Confirming Absence or Termination of the Automatic Stay (Doc. No. 6) (the "Motion") filed by Tamamoi LLC ("Movant"). For the reasons stated in the Motion, it is

**ORDERED**

1. The Motion is GRANTED.

2. The Court confirms that the automatic stay under 11 U.S.C. § 362 did not go into effect as to Movant's interest in real property located at 202 Ivory Coral Lane, Unit 403, Merritt Island, FL 32953 (the "Property").

3. Movant may take any steps necessary to exercise any rights it may have in the collateral, to gain possession of the Property, and to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

Submitted by:

Lindsey Savastano, Esq.
Florida Bar No. 57079
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: lsavastano@mtglaw.com
MTG File No.: 26-000170-06

Lindsey Savastano is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.