**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:** **CASE NUMBER: 6:26-bk-05426-GER**
**CHAPTER 7**

**Canaveral Crossroads, LLC,**

**Debtor.**
_____________________________________________/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion to Confirm Termination or Absence of Stay is Not in Effect*[DE 10] in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Canaveral Crossroads, LLC
4409 Hoffner Avenue, #348, Orlando, FL 32812

Horton S. Johnson
2523 Kissam Court, Belle Isle, FL 32809

Jetton Investments Incorporated
116 S Magnolia Ave, Suite 3E, Ocala, FL 34471

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348, Orlando, FL 32812

**Via CM/ECF electronic service**
Matthew Leibert
Urban Thier & Federer, P.A., 5782A S. Semoran Blvd., Orlando, FL 32822

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

Dated: August 26, 2026 Respectfully submitted,

*/s/ Lindsey Savastano*
Lindsey Savastano, Esq.
Florida Bar No. 57079
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: lsavastano@mtglaw.com
MTG FILE #: 26-000170-06