**ORDERED.**

**Dated: September 08, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Canaveral Crossroads, LLC, | ) | Case No. 6:26-bk-05426-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER (1) FOR RELIEF AND**
**(2) CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 11**

THIS CASE came before the Court for entry of an appropriate order. The Court finds that an involuntary petition[1] was filed against the Debtor Canaveral Crossroads, LLC ("Debtor") on July 20, 2026, and Debtor filed an Answer and Consent[2] on August 20, 2026. On August 27, 2026, Debtor also filed a Motion to Convert,[3] requesting to convert this case to a case under Chapter 11. The Court, having considered the record, it is

**ORDERED**:

1. Relief under 11 U.S.C. § 303(h) is ordered against Debtor.

---

[1] Doc. No. 1.
[2] *Debtor's Answer to Involuntary Petition and Consent to Entry of Order for Relief* (Doc. No. 11) (the "Answer and Consent").
[3] *Debtor's Motion to Convert Case from Chapter 7 to Chapter 11 Pursuant to 11 U.S.C. § 706(a)* (Doc. No. 13) (the "Motion to Convert").

2. Within seven (7) days of the entry of this Order, Debtor shall file a list of creditors containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H, as required by Federal Rule of Bankruptcy Procedure 1007(a)(2).

3. Within fourteen (14) days of the entry of this Order, Debtor shall file the schedules, statements, and other documents required by Federal Rule of Bankruptcy Procedure 1007(b)(1) and (c).

4. The Motion to Convert (Doc. No. 13) is **GRANTED**.

5. This case is converted to a case under Chapter 11 of the Bankruptcy Code.

6. Within two (2) business days, Debtor shall file a list of the names, addresses, and claims of the 20 largest unsecured creditors in this case, as required by Federal Rule of Bankruptcy Procedure 1007(d).

7. Within three (3) business days of entry of this Order as required by Local Rule 2081-1, Debtor shall file a case management summary.

8. All motions pending in the Chapter 7 case are denied.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.