UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CANAVERAL CROSSROADS, LLC,
Debtor.

Case No. 6:26-bk-05426-GER
Chapter 11

________________________________/

**PLAINTIFFS' STATEMENT OF NON-CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENT BY THE BANKRUPTCY COURT**

Plaintiffs Cape Crossing Townhomes Homeowners Association, Inc. and Cape Crossing Condominium Association, Inc. (collectively, the Plaintiffs), by and through undersigned counsel, submit this statement pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and state:

1. The Plaintiffs are parties to the removed action captioned *Cape Crossing Townhomes Homeowners Association, Inc., and Cape Crossing Condominium Association, Inc. v. Canaveral Crossroads, LLC, et al.*, Brevard County Case No. 05-2025-CA-022944-XXCA-BC.
2. The Debtor removed the action to this Court on August 13, 2026.
3. The Plaintiffs do not consent to entry of final orders or judgment by the Bankruptcy Court on any claim or proceeding determined to be non-core.
4. If a matter is determined to be non-core, the Plaintiffs request that the Bankruptcy Court submit proposed findings of fact and conclusions of law to the United States District Court in accordance with 28 U.S.C. § 157(c)(1), absent the parties' subsequent written consent or further order of the Court.
5. This statement does not waive, and the Plaintiffs expressly reserve, all rights to seek or support abstention, remand, withdrawal of the reference, relief from the automatic stay, trial by jury, or any other relief available under applicable law.

WHEREFORE, the Plaintiffs respectfully submit this Statement of Non-Consent to Entry of Final Orders or Judgment by the Bankruptcy Court.

Dated: September 11 2026.

Respectfully submitted,
/s/ J. Christopher Crowder
J. Christopher Crowder
Faro & Crowder, P.A.

700 N. Wickham Road
Suite 205
Melbourne, FL 32935
jcrowder@farolaw.com
farolawpleadings@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2026, I filed the foregoing through the Court's CM/ECF system, which will transmit a notice of electronic filing to all registered CM/ECF users.

/s/ J. Christopher Crowder
J. Christopher Crowder