**Fill in this information to identify the case and this filing:**

Debtor Name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (*If known*): 6:26-bk-05426-GER

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2026
MM / DD / YYYY

✘ /s/ Christopher L. Smith
Signature of individual signing on behalf of debtor

Christopher L. Smith, Esq.
Printed name

Authorized agent and counsel for the debtor
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Yann Le Lourec<br>130 Coco Plum Dr, Apt 401<br>Marathon, FL 33050 | | Promissory note | Disputed | | | 1,300,000.00 |
| 2 | Sanjeev Hans<br>6410 Rockingtree Lane<br>Orlando, FL 32819 | | Promissory note | | | | 370,000.00 |
| 3 | James N. & Martha E. Ponson Revocable Living Trust<br>c/o Gordon & Thalwitzer<br>299 N. Orlando Ave.<br>Cocoa Beach, FL 32931 | Aaron B. Thalwitzer, Esq. | Promissory note | | | | 356,000.00 |
| 4 | NuView IRA fbo Theresa Spano<br>280 S Ronald Reagan Blvd, Ste 200<br>Longwood, FL 32750 | | Promissory note | | | | 270,000.00 |
| 5 | Kuberneo, CPA<br>5979 Vineland Road, Ste 304<br>Orlando, FL 32819 | | Professional services | | | | 190,000.00 |
| 6 | Maria Brooks<br>10800 SE 17th Cir #A3<br>Vancouver, WA 98664 | | Promissory note | | | | 189,518.64 |
| 7 | Pino Law Group PLLC<br>c/o Dr. Laurence J. Pino, Esq.<br>518 S. Magnolia Ave., Suite 110<br>Orlando, FL 32801 | Dr. Laurence J. Pino, Esq. | Professional services | Unliquidated | | | 138,485.00 |
| 8 | Shane Sarver<br>4488 Heaton Park Trail<br>Viera, FL 32955 | | Promissory note | | | | 115,000.00 |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kathi Myers<br>3648 Crescent Park Blvd<br>Orlando, FL 32812 | | Promissory note | | | | 100,000.00 |
| 10 | David C. & Kathryne E. McPhillips<br>4907 Bayshore Blvd #116<br>Tampa, FL 33611 | | Promissory note | | | | 94,000.00 |
| 11 | Jean Horning<br>222 Morton Lane<br>Winter Springs, FL 32708 | | Promissory note | | | | 70,000.00 |
| 12 | Horton S. Johnson<br>2523 Kissam Court<br>Belle Isle, FL 32809 | c/o Matthew A. Leibert, Esq. | Mortgage note and judgment lien - deficiency | | 5,997,023.46 | Undetermined | Undetermined |
| 13 | Tamamoi, LLC<br>c/o McMichael Taylor Gray, LLC<br>3550 Engineering Dr, Suite 260<br>Peachtree Corners, GA 30092 | McMichael Taylor Gray, LLC | Mortgage note - deficiency | Disputed | 2,469,844.80 | Undetermined | Undetermined |
| 14 | PEDIXON LLC<br>c/o Kenneth Dixon<br>1627 East Vine Street, Suite E<br>Kissimmee, FL 34744 | Kenneth Dixon | Mortgage note - deficiency | Contingent, unliquidated, disputed | 500,000.00 | Undetermined | Undetermined |
| 15 | Cape Crossing Townhomes HOA, Inc. &<br>Cape Crossing Condominium Assn., Inc.<br>1565 US Highway 1<br>Sebastian, FL 32958-3895 | D. John Rhodeback, Esq.; Eric M. Rodriguez, Esq. | Construction-defect claims | Contingent, unliquidated, disputed | | | Unknown |
| 16 | Jerry Holliday<br>c/o Cole, Scott & Kissane, P.A.<br>110 S.E. 6th Street, Suite 2700<br>Fort Lauderdale, FL 33301 | Jason Berger, Esq. | Litigation claim | Contingent, unliquidated, disputed | | | Unknown |
| 17 | David Anderson<br>c/o WhiteBird, PLLC<br>1701 Highway A1A, Suite 208<br>Vero Beach, FL 32963 | WhiteBird, PLLC | Unit lease dispute | Contingent, unliquidated, disputed | | | Unknown |
| 18 | August P, LLC<br>c/o WhiteBird, PLLC<br>1701 Highway A1A, Suite 208<br>Vero Beach, FL 32963 | WhiteBird, PLLC | Unit lease dispute | Contingent, unliquidated, disputed | | | Unknown |
| 19 | Robert and Joann Maxwell<br>c/o WhiteBird, PLLC<br>1701 Highway A1A, Suite 208<br>Vero Beach, FL 32963 | WhiteBird, PLLC | Unit lease dispute | Contingent, unliquidated, disputed | | | Unknown |
| 20 | | | | | | | |