UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Case No. 6:26-bk-05426-GER

CANAVERAL CROSSROADS, LLC, Chapter 11

Debtor.

_______________________________________/

**DECLARATION OF ROSS JOHNSTON IN SUPPORT OF THE MOTION TO APPROVE HIS COMPENSATION AS CHIEF RESTRUCTURING OFFICER**

1. On August 25, 2026, confirmed by amended and restated written consent on September 15, 2026, Tiered Capital, Inc., the sole member and the manager of Canaveral Crossroads, LLC, appointed me Chief Restructuring Officer of Canaveral Crossroads by written consent. I accepted that appointment and I serve on the terms the consent states.

2. I make this declaration to furnish my qualifications, the duties I am to perform, and the terms of my compensation, for use in the motion to approve my compensation and in any disclosure *11 U.S.C. § 1129(a)(5)* requires.

**My qualifications.**

3. I have worked in corporate restructuring, workouts, and asset-backed lending since 2005. I am the Managing Partner of ARG Investments in Winter Park, Florida, an asset-backed lending and real estate development firm, where I have worked since 2005. I am the Senior Managing Director of C-Acquire

Consulting, a corporate restructuring and workout practice, where I have worked since 2007. I have held the office I now hold at Canaveral Crossroads once before, and I held it through a chapter 11 case from beginning to end. I joined OCE Landfill Management, Inc. as a management consultant in December 2011, became its Chief Financial Officer in February 2012 and its President in July 2012, and served as its Chief Restructuring Officer from November 2012 to December 2014. I directed that company through its chapter 11 case. After its plan was confirmed I continued to operate the company, and I have served as its President and Trustee since January 2015. I hold a Bachelor of Arts in business and managerial economics from the University of Colorado at Boulder and a Master of Business Administration from the Masagung Graduate School of Management at the University of San Francisco. I completed the Advanced Management Program at Harvard Business School and the LEAD program in corporate innovation at the Stanford University Graduate School of Business. I have served as Chairman of the Planning and Zoning Board of the City of Winter Park since 2014. My curriculum vitae is attached as Exhibit A.

**The duties I am to perform.**

4. I direct the restructuring of Canaveral Crossroads and act as its responsible officer in this case. I will:

(a) sign, verify, and file the schedules, the statement of financial affairs, the list of equity security holders, the corporate ownership statement, the creditor matrix, the initial debtor interview materials, and the monthly operating reports;

(b) perform the duties of a debtor in possession and operate the business. *11 U.S.C. §§ 521, 1106, 1107, 1108*;

(c) direct the professionals the estate employs and review their invoices;

(d) marshal and confirm title to the real property, the common and public areas, the clubhouse, the lift station, the reservation system, and the intellectual property;

(e) open and control the debtor-in-possession accounts and comply with the operating guidelines of the United States Trustee;

(f) prosecute, defend, settle, and compromise claims and causes of action, including objections to claims; and

(g) negotiate, file, and prosecute a plan of reorganization and a disclosure statement.

**The terms of my compensation.**

5. I am paid $275.00 per hour for my time, and I am reimbursed my reasonable and documented out-of-pocket expenses. I receive no retainer, no success fee, no incentive compensation, and no equity interest of any kind.

6. I will keep contemporaneous time records in tenth-of-an-hour increments and describe each task. I will serve a monthly statement of my time and expenses on the United States Trustee, on counsel for the petitioning creditors, and on any committee appointed in this case. I understand that every payment to me is

interim, that it is subject to review by this court, and that I must disgorge any amount this court disallows.

**My interests and connections.**

7. I am not a member, a manager, a shareholder, or a holder of any equity interest in Canaveral Crossroads, LLC or in Tiered Capital, Inc. I hold no claim against Canaveral Crossroads.

8. The petitioning creditors moved to appoint me as the chapter 7 trustee in this case on July 20, 2026. (Doc. 1). I did not solicit that nomination, I never accepted an appointment as trustee, and I never acted as trustee in this case. The petitioning creditors have no control over my judgment as an officer of Canaveral Crossroads.

9. Horton S. Johnson signed the corporate consents appointing me, as Authorized Agent of Tiered Capital, Inc. Johnson is one of the three petitioning creditors and holds claims against Canaveral Crossroads. I state that here so that no party has to discover it.

10. Beyond what appears above, my connections with Canaveral Crossroads, its affiliates, its creditors, the petitioning creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, and

any person employed in the office of the United States Trustee are these: [______________________________________________].

11. While this case is pending, I owe fiduciary duties to Canaveral Crossroads, to its estate, and to its creditors. No direction from Tiered Capital, Inc. displaces those duties, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or an order of this court. I will exercise my own judgment.

12. I will supplement this declaration promptly if anything in it changes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2026.

______________________________
Ross Johnston
Chief Restructuring Officer
Canaveral Crossroads, LLC