Fill in this information to identify the case:

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 6,145,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 10,055.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 6,155,055.00 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ 10,745,352.63 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 13,261,162.37 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 24,006,515.00 |

**Fill in this information to identify the case:**

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $______

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America, N.A. (Business Advantage Fundamentals checking) | Checking | 0 3 3 5 | $ 55.00 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______
4.2. ______ $______

5. **Total of Part 1** $ 55.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ______ $______
7.2. ______ $______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ______ $______

8.2. ______ $______

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $______

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ (face amount) – ______ (doubtful or uncollectible accounts) = ....... ➔ $______

11b. Over 90 days old: ______ (face amount) – ______ (doubtful or uncollectible accounts) = ....... ➔ $______

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $______

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______ ______ $______

14.2 ______ ______ $______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______ ______% ______ $______

15.2 ______ ______% ______ $______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. ______ ______ $______

16.2 ______ ______ $______

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $______

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $______

34. **Is the debtor a member of an agricultural cooperative?**
- [x] No
- [ ] Yes. Is any of the debtor's property stored at the cooperative?
  - [ ] No
  - [ ] Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- [x] No
- [ ] Yes. Book value $______ Valuation method ______ Current value $______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- [x] No
- [ ] Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- [ ] No. Go to Part 8.
- [x] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture — clubhouse | $ | Debtor's estimate | $ 3,000.00 |
| 40. **Office fixtures** | | | |
| Office fixtures — clubhouse | $ | Debtor's estimate | $ 3,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer and communication systems equipment and software — clubhouse | $ | Debtor's estimate | $ 4,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 10,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- [x] No
- [ ] Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 [illegible] areas, resort signage and sewage lift station, Cape Crossing Resort, Merritt Island, Brevard County, Florida, together with the balance of the resort land, buildings and units the debtor owns. See attached continuation sheet. | Fee simple owner | $ Undetermined | Market / construction value | $ 6,145,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 6,145,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☒ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☒ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Cape Crossing Resort & Marina trade names, trademarks and service marks | $ Undetermined | To be appraised | $ Undetermined |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** Goodwill associated with the Cape Crossing Resort & Marina trade names and marks | $ Undetermined | To be appraised | $ Undetermined |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89. $ 0.00

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- [x] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- [x] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- [x] No
- [ ] Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No. Go to Part 12.
- [x] Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_______ Total face amount − doubtful or uncollectible amount = → $_______

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _______ $_______
Tax year _______ $_______
Tax year _______ $_______

73. **Interests in insurance policies or annuities**

$_______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

(1) Claims against Crescent Sound, Ltd. for breach of fiduciary duty, fraud and civil RICO; (2) claims against the Cape Crossing associations for malfeasance (3) claims against the restaurant and the two marina operations for use of the commercial common areas. See attached continuation sheet. $ Undetermined

**Nature of claim** Fiduciary duty; fraud; RICO; unjust enrichment

**Amount requested** $ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Avoidance and fraudulent-transfer causes of action to confirm the estate's ownership of resort property transferred pre-petition (9/13/2023 trust deeds; 3/19/2024 quit-claim). 11 U.S.C. §§ 544, 547, 548, 550 and Fla. Stat. ch. 726. Value already captured at line 55.1, not separately valued. $ Undetermined

**Nature of claim** Avoidance actions; Fla. Stat. ch. 726

**Amount requested** $ Undetermined

76. **Trusts, equitable or future interests in property**

$_______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_______
$_______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- [x] No
- [ ] Yes

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | $ 55.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | $ 0.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | $ 0.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | $ 0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | $ 0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | $ 10,000.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | $ 0.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* | | ➔ | | $ 6,145,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | $ 0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | | + $ 0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column | 91a. | $ 10,055.00 | + 91b. | $ 6,145,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 $ 6,155,055.00

## Official Form 206A/B — Continuation Sheet

*Schedule A/B: Assets — Real and Personal Property — additional information keyed to the numbered lines*

### Line 55.1 — Real property: full description

The clubhouse, the commercial and common areas, the resort signage and the sewage lift station at Cape Crossing Resort, Merritt Island (Brevard County), Florida, together with all other real property comprising the resort — all buildings, units and the land under the resort — all of which the debtor owns, EXCEPT:

- individual units specifically released or sold under independent sales;
- the common-area parcels titled of record to the Cape Crossing Condominium Association, Inc.; and
- the common-area parcels titled of record to the Cape Crossing Townhomes Homeowners Association, Inc.

Nature and extent of the debtor's interest: fee simple owner. Valuation method: market / construction value per the debtor. Individual-unit values are components of this aggregate; for example, the single unit encumbered by the Carton Family Trust lien (Schedule D, line 2.6) carries a value of $550,000.00.

To the extent any retained unit or improvement was purportedly transferred pre-petition (for example, the 9/13/2023 trust deeds or the 3/19/2024 quit-claim deed), the estate also holds avoidance claims to confirm ownership. Those claims are scheduled at Part 11, line 75 and are not separately valued so that the property is not double-counted. Deeds, plats and declarations confirming title are to be obtained and retained.

### Line 43 — Part 7: office furniture, fixtures and equipment

The furniture, fixtures and equipment scheduled at lines 39 through 41 are located in the clubhouse at Cape Crossing Resort: office furniture $3,000.00, office fixtures $3,000.00, and computer and communication systems equipment and software $4,000.00, $10,000.00 in the aggregate, at the debtor's estimate. No book value is carried for these items.

### Lines 60 and 65 — Intangibles and intellectual property

The debtor owns the trade names, trademarks and service marks associated with Cape Crossing Resort & Marina, and the goodwill associated with them. The physical resort signage is scheduled as a real-property improvement at line 55.1 and is not counted again here. Under the debtor's proposed plan these are licensed to the units engaged in commercial activity and to the restaurant and the two marina operations, and are monetized through an IP and signage license fee (the greater of 3% of gross revenues or $105.00 per unit per month across approximately 70 commercially active units) and a commercial operator license fee of $2,500.00 per month from each of the restaurant and the two marina operations.

No appraisal has been obtained and no federal or Florida registration records have yet been assembled. The current value of the debtor's interest is therefore undetermined, and the Part 10 total at line 66 is carried at $0.00 so that no unsupported value is included in the Part 12 summary. The debtor will amend Schedule A/B when a valuation is obtained. See the valuation note on continuation page 2.

### Lines 74 and 75 — Causes of action and other contingent and unliquidated claims

Line 74(1) — Claims against Crescent Sound, Ltd., as trustee of the Tiered Land Trust, for breach of fiduciary duty, fraud and civil RICO arising from the 9/13/2023 trust deeds and the related conveyances of Cape Crossing units and from the handling of the trust res. Unliquidated; carried at an undetermined value. It overlaps with, and is pleaded in the alternative to, the avoidance claims at line 75.

Line 74(2) — Claims against the Cape Crossing Condominium Association, Inc. and the Cape Crossing Townhomes Homeowners Association, Inc. for malfeasance in the administration of the associations and of the common areas, including claims arising out of and in the nature of counterclaims to the construction-defect action at Brevard Cir. Ct. Case No. 05-2025-CA-022944-XXCA-BC. Unliquidated; undetermined value.

Line 74(3) — Claims against the restaurant and the two marina operations at Cape Crossing for the reasonable value of their use of, and the debtor's unreimbursed cost of maintaining, the commercial common areas outside the areas maintained by the homeowners associations, for approximately five years pre-petition. Theories: implied contract, unjust enrichment and quantum meruit. The earlier portion of the claim may be barred by Fla. Stat. § 95.11(3) or defeated by laches or repose. The debtor estimates a net recovery of $130,000.00 to $150,000.00; the claim is unliquidated and is carried at an undetermined value.

Line 75 — Avoidance and fraudulent-transfer causes of action to confirm the estate's ownership of any resort property transferred pre-petition, including the 9/13/2023 trust deeds and the 3/19/2024 quit-claim deed, under 11 U.S.C. §§ 544, 547, 548 and 550 and Fla. Stat. ch. 726. The underlying property value is already captured at line 55.1 and these claims are therefore not separately valued.

The Part 11 total at line 78 is carried at $0.00 for the same reason, so that no unliquidated recovery is included in the Part 12 summary.

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER

## Official Form 206A/B — Continuation Sheet

*Schedule A/B: Assets — Real and Personal Property — additional information keyed to the numbered lines*

### Valuation note — lines 55.1, 60 and 65

No appraisal of the trade names, the trademarks, the service marks or the resort signage has been obtained, and the title documentation supporting the debtor's ownership of the common areas, the clubhouse and the sewage lift station is not available as of this date.

The values reflected for these assets are estimates derived from projected cash flow, on the same basis as, and tying out to, the evaluation of going-concern value prepared by Gary Moll in the Homemakers matter (In re Homemakers Real Estate, LLC, Case No. 6:25-bk-05570, Bankr. M.D. Fla.). They are not appraisals, they are not based on comparable sales or on a cost approach, and they should not be relied upon as appraisals.

The debtor will obtain an appraisal of the real property and of the intangibles, and will assemble the deeds, plats, declarations and other title documentation supporting its ownership of the common areas, the clubhouse and the lift station, before confirmation, and will amend Schedule A/B if the values so determined differ materially from the values scheduled here.

Consistent with that, the Part 10 total at line 66 and the Part 11 total at line 78 are each carried at $0.00, so that no unappraised or unliquidated value is carried into the Part 12 summary or into the Summary of Assets and Liabilities (Official Form 206Sum).

Fill in this information to identify the case:

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** Horton S. Johnson — First Note

**Describe debtor's property that is subject to a lien** Construction-loan mortgage on the Cape Crossing (Crossroads) real property, Merritt Island, Brevard County, Florida. Co-obligors: FBC Holdings, LLC and Michael McPhillips (see Schedule H).

Column A: $ 3,608,845.31 Column B: $ 6,145,000.00

**Creditor's mailing address**
2523 Kissam Court
Belle Isle, FL 32809

**Creditor's email address, if known**

**Describe the lien** First mortgage note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 2019 (mortgage)

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Lines 2.1, 2.2, 2.3, 2.4, 2.5 and 2.6 — priority by date of recording

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name** Horton S. Johnson — Second Note

**Describe debtor's property that is subject to a lien** Judgment lien against the debtor's Brevard County real property, arising from the Consent Final Judgment in Brevard Cir. Ct. Case No. 05-2025-CA-013106. Originally unsecured, now secured by the judgment lien recorded 5/13/2025, CFN 2025095620, O.R. Bk 10333, Pg 2373.

Column A: $ 2,388,178.15 Column B: $ 6,145,000.00

**Creditor's mailing address**
2523 Kissam Court
Belle Isle, FL 32809

**Describe the lien** Judgment

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 5/13/2025 (lien)

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 10,745,352.63

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

## Part 1: Additional Page

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3 Creditor's name**
Paul Rene, Jr., as assignee of Jetton Investments, Inc.

**Creditor's mailing address**
116 S Magnolia Ave, Suite 3E
Ocala, FL 34471

**Creditor's email address, if known**

**Date debt was incurred** 5/30/2018

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
First-lien mortgage on the debtor's Brevard County real property; CFN 2018121113, OR BK 8176 Pg 930. Note assigned to Paul Rene, Jr. 5/2023; Forbearance and Modification Agreement 11/19/2024. Original principal $5,775,000.

Column A: $ 1,468,484.37 Column B: $ 6,145,000.00

**Describe the lien** First mortgage note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4 Creditor's name**
Tamamoi, LLC

**Creditor's mailing address**
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092

**Creditor's email address, if known**

**Date debt was incurred** 2018–2024

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
Mortgage on Cape Crossing unit(s). Foreclosure, Brevard Cir. Ct. Case No. 2024-CA-023943; Uniform Final Judgment of Mortgage Foreclosure entered 6/11/2025 as to Unit 403 ($401,022.42); Certificate of Title recorded 9/3/2025. Debtor disputes the claim.

Column A: $ 2,469,844.80 Column B: $ 6,145,000.00

**Describe the lien** Mortgage note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

**Part 1: Additional Page**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5 Creditor's name**
PEDIXON LLC (P.E. Dixon)

**Describe debtor's property that is subject to a lien**
Balloon mortgage on the debtor's Brevard County real property; CFN 2023043479, OR BK 9731 Pg 1341. Disputed in full as to both lien and amount; claimant may assert a larger consolidation figure

Column A: $ 500,000.00 Column B: $ 6,145,000.00

**Creditor's mailing address**
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744

**Describe the lien** Mortgage note ($500,000 principal)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 3/3/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.6 Creditor's name**
The Carton Family Trust of 1992 (dtd 10/14/1992)

**Describe debtor's property that is subject to a lien**
UCC-1 fixture filing / mortgage encumbering one resort unit; CFN 2019103166, OR BK 8438 Pg 1707. Unit value $550,000.

Column A: $ 310,000.00 Column B: $ 550,000.00

**Creditor's mailing address**
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092

**Describe the lien** Security agreement / mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 5/14/2019

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Canaveral Crossroads, LLC
Name

Case number (if known): 6:26-bk-05426-GER

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jetton Investments Incorporated<br>116 S Magnolia Ave, Suite 3E<br>Ocala, FL 34471 | Line 2. 3 | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor: Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.2** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.3** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Sherwood Construction, Inc.
4409 Hoffner Avenue #348
(In re Sherwood Construction, Inc., Case No. 6:26-bk-05428)
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.* $ 4,400,000.00
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Construction services and related obligations, inclusive of interest as of the petition date; affiliate (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.2 Nonpriority creditor's name and mailing address**
Martin C. Flynn, Jr.
14556 Saint Georges Hill Dr
Orlando, FL 32828

**As of the petition filing date, the claim is:** *Check all that apply.* $ 3,900,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Promissory note (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.3 Nonpriority creditor's name and mailing address**
Cape Crossing Vacation Rentals, LLC — intercompany ("Due to CCVR")
4409 Hoffner Ave #348
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,506,234.55
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Intercompany advances; subject to setoff (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**3.4 Nonpriority creditor's name and mailing address**
Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,300,000.00
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Amended and Restated promissory note — disputed as to amount

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.5 Nonpriority creditor's name and mailing address**
Cape Crossing Vacation Rentals, LLC — promissory note
4409 Hoffner Ave #348
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.* $ 261,924.18
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Promissory note (4.8%, 3-year) (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.6 Nonpriority creditor's name and mailing address**
Sanjeev Hans
6410 Rockingtree Lane
Orlando, FL 32819

**As of the petition filing date, the claim is:** *Check all that apply.* $ 370,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**
James N. & Martha E. Ponson Revocable Living Trust
c/o Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 356,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd. Ste 200
Longwood, FL 32750

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 270,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**
Kuberneo, CPA
5979 Vineland Road, Ste 304
Orlando, FL 32819

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 190,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 189,518.64

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
Shane Sarver
4488 Heaton Park Trail
Viera, FL 32955

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 115,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Canaveral Crossroads, LLC
Name
Case number (if known) 6:26-bk-05426-GER

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**
Kathi Myers
3648 Crescent Park Blvd
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 100,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**
David C. & Kathryne E. McPhillips
4907 Bayshore Blvd #116
Tampa, FL 33611

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 94,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
Jean Horning
222 Morton Lane
Winter Springs, FL 32708

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 70,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
Pino Law Group
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 138,485.00

**Basis for the claim:** Prepetition legal services (estimate pending final invoice)

**Date or dates debt was incurred** 2025–2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
Cape Crossing Townhomes HOA, Inc. & Cape Crossing Condominium Assn., Inc.
c/o D. John Rhodeback, Esq. and Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Construction-defect claims against the debtor as developer — contingent, unliquidated and disputed

**Date or dates debt was incurred** Filed 2025

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Canaveral Crossroads, LLC
Name
Case number (if known) 6:26-bk-05426-GER

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

Jerry Holliday
c/o Jason Berger, Esq., Cole, Scott & Kissane, P.A.
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Litigation claim — Brevard Cir. Ct. No. 05-2024-CA-058378-XXCA-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred** Filed 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.18 Nonpriority creditor's name and mailing address**

David Anderson
c/o WhiteBird, PLLC (counsel for the plaintiff)
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Unit lease dispute — Brevard Cty. Ct. No. 05-2025-CC-028238-XXCC-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred** Filed 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.19 Nonpriority creditor's name and mailing address**

August P, LLC
c/o WhiteBird, PLLC (counsel for the plaintiff)
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Unit lease dispute — Brevard Cir. Ct. No. 05-2025-CA-028155-XXCA-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred** Filed 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.20 Nonpriority creditor's name and mailing address**

Robert and Joann Maxwell
c/o WhiteBird, PLLC (counsel for the plaintiff)
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Unit lease dispute — Brevard Cir. Ct. No. 05-2025-CA-028113-XXCA-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred** Filed 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.__ Nonpriority creditor's name and mailing address**

______________________________
______________________________
______________________________

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ ______________

**Basis for the claim:** ______________

**Date or dates debt was incurred** ______________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 13,261,162.37 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 13,261,162.37 |

**Fill in this information to identify the case:**

Debtor: Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.2** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.3** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Sherwood Construction, Inc.
4409 Hoffner Avenue #348
(In re Sherwood Construction, Inc., Case No. 6:26-bk-05428)
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

$ 4,400,000.00

**Basis for the claim:** Construction services and related obligations, inclusive of interest as of the petition date; affiliate (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.2 Nonpriority creditor's name and mailing address**
Martin C. Flynn, Jr.
14556 Saint Georges Hill Dr
Orlando, FL 32828

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,900,000.00

**Basis for the claim:** Promissory note (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.3 Nonpriority creditor's name and mailing address**
Cape Crossing Vacation Rentals, LLC — intercompany ("Due to CCVR")
4409 Hoffner Ave #348
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,506,234.55

**Basis for the claim:** Intercompany advances, subject to setoff (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**3.4 Nonpriority creditor's name and mailing address**
Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,300,000.00

**Basis for the claim:** Amended and Restated promissory note — disputed as to amount

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.5 Nonpriority creditor's name and mailing address**
Cape Crossing Vacation Rentals, LLC — promissory note
4409 Hoffner Ave #348
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 261,924.18

**Basis for the claim:** Promissory note (4.8%, 3-year) (insider/affiliate)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.6 Nonpriority creditor's name and mailing address**
Sanjeev Hans
6410 Rockingtree Lane
Orlando, FL 32819

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 370,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**
James N. & Martha E. Ponson Revocable Living Trust
c/o Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 356,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd, Ste 200
Longwood, FL 32750

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 270,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**
Kuberneo, CPA
5979 Vineland Road, Ste 304
Orlando, FL 32819

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 190,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 189,518.64

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
Shane Sarver
4488 Heaton Park Trail
Viera, FL 32955

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 115,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Kathi Myers
3648 Crescent Park Blvd
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 100,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**

David C. & Kathryne E. McPhillips
4907 Bayshore Blvd #116
Tampa, FL 33611

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 94,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Jean Horning
222 Morton Lane
Winter Springs, FL 32708

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 70,000.00

**Basis for the claim:** Promissory note (4.8%, 3-year)

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

Pino Law Group
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 138,485.00

**Basis for the claim:** Prepetition legal services (estimate pending final invoice)

**Date or dates debt was incurred** 2025–2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Cape Crossing Townhomes HOA, Inc. & Cape Crossing Condominium Assn., Inc.
c/o D. John Rhodeback, Esq. and Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Construction-defect claims against the debtor as developer — contingent, unliquidated and disputed

**Date or dates debt was incurred** Filed 2025

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor: Canaveral Crossroads, LLC (Name) — Case number (if known): 6:26-bk-05426-GER

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

Jerry Holliday
c/o Jason Berger, Esq., Cole, Scott & Kissane, P.A.
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Litigation claim — Brevard Cir. Ct. No. 05-2024-CA-058378-XXCA-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred:** Filed 2024

**Last 4 digits of account number:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

David Anderson
c/o WhiteBird, PLLC (counsel for the plaintiff)
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Unit lease dispute — Brevard Cty. Ct. No. 05-2025-CC-028238-XXCC-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred:** Filed 2025

**Last 4 digits of account number:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

August P, LLC
c/o WhiteBird, PLLC (counsel for the plaintiff)
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Unit lease dispute — Brevard Cir. Ct. No. 05-2025-CA-028155-XXCA-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred:** Filed 2025

**Last 4 digits of account number:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Robert and Joann Maxwell
c/o WhiteBird, PLLC (counsel for the plaintiff)
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Unit lease dispute — Brevard Cir. Ct. No. 05-2025-CA-028113-XXCA-BC; contingent, unliquidated and disputed

**Date or dates debt was incurred:** Filed 2025

**Last 4 digits of account number:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$

**Basis for the claim:**

**Date or dates debt was incurred:**

**Last 4 digits of account number:** ____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 13,261,162.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 13,261,162.37 |

**Fill in this information to identify the case:**

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** Name | Mailing address (Street; City, State, ZIP Code) | *Column 2:* **Creditor** Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | FBC Holdings, LLC | 310 Lagoon Way<br>Merritt Island, FL 32953 | Horton S. Johnson — First Note | ☒ D ☐ E/F ☐ G |
| 2.2 | Horton S. Johnson | 2523 Kissam Court<br>Belle Isle, FL 32809 | Tamamoi, LLC | ☒ D ☐ E/F ☐ G |
| 2.3 | Horton S. Johnson | 2523 Kissam Court<br>Belle Isle, FL 32809 | The Carton Family Trust of 1992 | ☒ D ☐ E/F ☐ G |
| 2.4 | Martin C. Flynn, Jr. | 14556 Saint Georges Hill Dr<br>Orlando, FL 32828 | Tamamoi, LLC | ☒ D ☐ E/F ☐ G |
| 2.5 | Martin C. Flynn, Jr. | 14556 Saint Georges Hill Dr<br>Orlando, FL 32828 | The Carton Family Trust of 1992 | ☒ D ☐ E/F ☐ G |
| 2.6 | Michael McPhillips | 310 Lagoon Way<br>Merritt Island, FL 32953 | Horton S. Johnson — First Note | ☒ D ☐ E/F ☐ G |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor – Name | Column 1: Codebtor – Mailing address | Column 2: Creditor – Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | Michael McPhillips | 310 Lagoon Way (Street); Merritt Island, FL 32953 (City, State, ZIP Code) | Tamamoi, LLC | ☒ D ☐ E/F ☐ G |
| 2.8 | Michael McPhillips | 310 Lagoon Way (Street); Merritt Island, FL 32953 (City, State, ZIP Code) | The Carton Family Trust of 1992 | ☒ D ☐ E/F ☐ G |
| 2.9 | Cape Crossing Vacat on Rentals, LLC | 4409 Hoffner Ave #348 (Street); Orlando, FL 32812 (City, State, ZIP Code) | PEDIXON LLC (P.E. Dixon) | ☒ D ☐ E/F ☐ G |
| 2.__ | | Street; City, State, ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | | Street; City, State, ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | | Street; City, State, ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | | Street; City, State, ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | | Street; City, State, ZIP Code | | ☐ D ☐ E/F ☐ G |