Fill in this information to identify the case:

Debtor name Canaveral Crossroads, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05426-GER

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 01/01/2026 (MM / DD / YYYY) | to | Filing date | ☐ Operating a business<br>☒ Other None — non-operating | $ 0.00 |
| **For prior year:** | From | 01/01/2025 (MM / DD / YYYY) | to | 12/31/2025 (MM / DD / YYYY) | ☐ Operating a business<br>☒ Other None — non-operating | $ 0.00 |
| **For the year before that:** | From | 01/01/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | ☐ Operating a business<br>☒ Other None — non-operating | $ 0.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From | MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From | MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | Tamamoi, LLC (Creditor's name)<br>c/o McMichael Taylor Gray, LLC, 3550 Engineering Dr, Ste 260 (Street)<br>Peachtree Corners, GA 30092 (City, State, ZIP Code) | Condominium Unit 403, Cape Crossing (202 Ivory Coral Lane, Merritt Island, FL) — sold at foreclosure sale; Certificate of Title recorded 9/3/2025 | 9/3/2025 | $ 401,022.42 |
| 5.2 | Horton S. Johnson (Creditor's name)<br>2523 Kissam Court (Street)<br>Belle Isle, FL 32809 (City, State, ZIP Code) | Judgment lien recorded against the debtor's Brevard County real property on the Consent Final Judgment in Case No. 05-2025-CA-013106-XXCA-BC. Recorded 5/13/2025, CFN 2025095620, O.R. Bk 10333, Pg 2373. | 5/13/2025 | $ Undetermined |

Additional entries — see attached continuation sheet, Question 5.

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | $ |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Tamamoi, LLC v. Canaveral Crossroads, LLC, et al.<br>Case number: 2024-CA-023943 | Mortgage foreclosure as to Unit 403; Final Judgment 6/11/2025 ($401,022.42); Certificate of Title recorded 9/3/2025 | Circuit Court, 18th Judicial Circuit (Name)<br>700 S. Park Avenue (Street)<br>Titusville, FL 32780 (City, State, ZIP Code) | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2 | The Carton Family Trust of 1992 v. Canaveral Crossroads, LLC<br>Case number: 2024-CA-038140 | Mortgage / UCC-1 fixture filing foreclosure as to one resort unit | Circuit Court, 18th Judicial Circuit (Name)<br>700 S. Park Avenue (Street)<br>Titusville, FL 32780 (City, State, ZIP Code) | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Actions 7.3 through 7.15 — see attached continuation sheet, Question 7.

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Custodian's name and address**

Custodian's name

Street

City State ZIP Code

**Description of the property**

**Case title**

**Case number**

**Date of order or assignment**

**Value**

$

**Court name and address**

Name

Street

City State ZIP Code

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor: Canaveral Crossroads, LLC (Name)  Case number (if known): 6:26-bk-05426-GER

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Baker & Hostetler LLP (Elizabeth A. Green, Esq. and Jimmy D. Parrish, Esq.)<br>**Address**<br>P.O. Box 70189 (Street)<br>Cleveland, OH 44190-0189 (City, State, ZIP Code)<br>**Email or website address**<br>**Who made the payment, if not debtor?** | Advice related to restructuring and liquidation options — chapter 11 alternatives and the drafting of a plan of reorganization and a disclosure statement. Invoice No. 51394373, file 07939/133441/000001, for services rendered through 1/31/2025. Paid in full; the firm holds no claim against the estate and is not scheduled on Schedule E/F. | 2/26/2025 | $ 18,090.50 |
| 11.2. | Pino Law Group PLLC (Dr. Laurence J. Pino, Esq.)<br>**Address**<br>99 S. New York Avenue (Street)<br>Winter Park, FL 32789 (City, State, ZIP Code)<br>**Email or website address**<br>**Who made the payment, if not debtor?** | Prepetition legal services — general counsel and litigation across the Canaveral Crossroads matters, including the matter billed as "Canaveral Crossroads Ch. 11 Bankruptcy," per the firm's statement dated July 1, 2026. $138,485.00 remains unpaid and is scheduled at Schedule E/F, line 3.15. Payments, if any, within the year before filing are to be confirmed. | 2025–2026 | $ Unknown |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Crescent Sound, Ltd., as Trustee of the Tiered Land Trust<br>**Address**<br>1627 East Vine Street, Suite E (Street)<br>Kissimmee, FL 34744 (City State ZIP Code)<br>**Relationship to debtor**<br>Affiliated trustee | Trust deeds transferring 9 Cape Crossing units at $550,000.00 each | 9/13/2023 | $ 4,950,000.00 |
| 13.2. | IAM Irrevocable Trust<br>**Address**<br>c/o Crescent Sound, Ltd., 1627 East Vine St., Ste E (Street)<br>Kissimmee, FL 34744 (City State ZIP Code)<br>**Relationship to debtor**<br>Related party | Quit-claim deed, 1 unit — Unit 403 (202 Ivory Coral Lane, Merritt Island, FL) | 3/19/2024 | $ 330,000.00 |

No consideration was given for the Unit 403 quit-claim and none is stated. Additional transfers and detail — see continuation sheet, Question 13.

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1 | 5526 Hansel Avenue (Street)<br>Orlando, FL 32809 (City State ZIP Code) | From 2023 | To 2024 |
| 14.2. | 111 N. Orange Avenue, Suite 800 (Street)<br>Orlando, FL 32801 (City State ZIP Code) | From 2021 | To 2022 |

Additional previous addresses, with dates of occupancy — see continuation sheet, Question 14.

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | <br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | <br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | <br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | <br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**

**Employer identification number of the plan**

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Seacoast National Bank (Name)<br>Address of record to be supplied (Street)<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Date unknown | $ Unknown |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ |

The debtor has one account that remains OPEN — Bank of America, N.A. checking, account no. ending 0335, balance $55.00 — scheduled at Schedule A/B, Part 1, line 3.1. See continuation sheet, Question 18.

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER
Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor Canaveral Crossroads, LLC — Case number (if known) 6:26-bk-05426-GER

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name: | Name: | | |
| Street: | Street: | | |
| City / State / ZIP Code: | City / State / ZIP Code: | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number (Do not include Social Security number or ITIN.) | Dates business existed |
|---|---|---|---|---|
| 25.1. | Name: Tiered Capital, Inc.<br>Street: 4409 Hoffner Avenue #348<br>City, State, ZIP Code: Orlando, FL 32812 | Sole member and manager of the debtor; the debtor is a member of its consolidated group for tax purposes (see Question 31) | EIN: __ __ – __ __ __ __ __ __ __ | From 2021 To 2026 |
| 25.2. | Name:<br>Street:<br>City / State / ZIP Code: | | EIN: __ __ – __ __ __ __ __ __ __ | From ____ To ____ |
| 25.3. | Name:<br>Street:<br>City / State / ZIP Code: | | EIN: __ __ – __ __ __ __ __ __ __ | From ____ To ____ |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address** — **Dates of service**

26a.1. Kuberneo, CPA
Name
5979 Vineland Road, Suite 304
Street

Orlando, FL 32819
City State ZIP Code

From 2015 To 2021

**Name and address** — **Dates of service**

26a.2. Green [full name and address to be supplied]
Name

Street

City State ZIP Code

From 2015 To 2021

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address** — **Dates of service**

26b.1. Kuberneo, CPA
Name
5979 Vineland Road, Suite 304
Street

Orlando, FL 32819
City State ZIP Code

From 2015 To 2022

**Name and address** — **Dates of service**

26b.2. Babbione [full name and address to be supplied]
Name
prepared the consolidated return for Tiered Capital, Inc.
Street

City State ZIP Code

From 2015 To 2022

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address** — **If any books of account and records are unavailable, explain why**

26c.1. Ross Johnston, Chief Restructuring Officer
Name
c/o Canaveral Crossroads, LLC, 4409 Hoffner Ave #348
Street

Orlando, FL 32812
City State ZIP Code

Books and records of the debtor

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.2. Kuberneo, CPA
Name
5979 Vineland Road, Suite 304
Street

Orlando, FL 32819
City State ZIP Code

QuickBooks accounting records

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. Secured lenders and parties to the debtor's prior plan and disclosure-statement process — see continuation sheet, Q26d.
Name

Street

City State ZIP Code

**Name and address**

26d.2.
Name

Street

City State ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.
Name

Street

City State ZIP Code

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. Name

Street

City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ross Johnston | c/o 4409 Hoffner Ave #348, Orlando, FL 32812 | Chief Restructuring Officer | 0% |
| Tiered Capital, Inc. | c/o 4409 Hoffner Ave #348, Orlando, FL 32812 | Sole member and manager | 100% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Martin C. Flynn, Jr. | 14556 Saint Georges Hill Dr, Orlando, FL 32828 | President | From 2021 To 2026 |
| | | | From To |
| | | | From To |
| | | | From To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Name<br>Street<br><br>City State ZIP Code<br>Relationship to debtor | | | |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

**Name and address of recipient**

30.2

Name

Street

City State ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Possibly Tiered Capital, Inc. — consolidated-group status and the parent's EIN to be confirmed. | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/15/2026
MM / DD / YYYY

✘ [signature]
Signature of individual signing on behalf of the debtor

Printed name Ross Johnston

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER

## Official Form 207 — Continuation Sheet

*Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy — additional information keyed to the numbered questions*

### Question 5 — Repossessions, foreclosures, and returns (continued)

| Creditor's name and address | Description of the property | Date | Value |
|---|---|---|---|
| Paul Rene, Jr., as assignee of Jetton Investments, Inc., 116 S Magnolia Ave, Suite 3E, Ocala, FL 34471 | Debtor's Brevard County real property — first-lien mortgage foreclosure, Brevard Cir. Ct. Case No. 05-2025-CA-038877-XXCA-BC; removed to the Bankruptcy Court. No property obtained by the creditor to date. | Pending | None |
| PEDIXON LLC (P.E. Dixon), c/o Kenneth Dixon, 1627 East Vine Street, Suite E, Kissimmee, FL 34744 | Balloon mortgage, CFN 2023043479, on the debtor's Brevard County real property. Lien and amount disputed in full; no property obtained by the creditor. | Pending | None |

Only the Tamamoi foreclosure of Unit 403 (Certificate of Title recorded 9/3/2025) resulted in property actually being obtained by a creditor within one year before the petition date. The remaining matters are disclosed for completeness.

### Question 7 — Legal actions, administrative proceedings and court actions (continued)

| | Case title | Nature of case | Court or agency | Case number |
|---|---|---|---|---|
| 7.3 | Horton S. Johnson v. Canaveral Crossroads, LLC | Note and mortgage. Consent final judgment entered; judgment lien recorded 5/13/2025. Status: concluded. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2025-CA-013106-XXCA-BC |
| 7.4 | IMQA Investments, Incorporated v. Ponson / Krall (the debtor is a party) | Consolidated for trial. Status: pending; consolidated for a fall 2026 trial. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 2025-CA-010481 |
| 7.5 | Jerry Holliday v. Cape Crossing Master Association, Inc. and Canaveral Crossroads, LLC | Claim by a unit owner against the Master Association and the debtor. Status: pending; motions to dismiss and deposition practice. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2024-CA-058378-XXCA-BC |
| 7.6 | David C. McPhillips v. Canaveral Crossroads, LLC | Contract / guarantee; motions to dismiss for venue and as to the Flynn guarantee. Status: stayed — suggestion of bankruptcy filed. | Circuit Court, 13th Judicial Circuit, in and for Hillsborough County, Florida | 05-2025-CA-021274-XXCA-BC |
| 7.7 | David Anderson v. Canaveral Crossroads, LLC | Cape Crossing unit lease dispute. Status: pending; complaint served. | County Court, in and for Brevard County, Florida | 05-2025-CC-028238-XXCC-BC |
| 7.8 | August P, LLC v. Canaveral Crossroads, LLC | Cape Crossing unit lease dispute. Status: pending; complaint served. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2025-CA-028155-XXCA-BC |
| 7.9 | Robert and Joann Maxwell v. Canaveral Crossroads, LLC | Cape Crossing unit lease dispute. Status: pending; complaint served. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2025-CA-028113-XXCA-BC |
| 7.10 | Cape Crossing Townhomes Homeowners Association, Inc. and Cape Crossing Condominium Association, Inc. v. Canaveral Crossroads, LLC, Martin C. Flynn, Jr., Horton S. Johnson and PEDIXON, LLC | Construction defect against the debtor as developer. Status: pending; removed to the United States Bankruptcy Court on 8/13/2026. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2025-CA-022944-XXCA-BC |
| 7.11 | Cape Crossing Condominium Association, Inc. v. Canaveral Crossroads, LLC and Sherwood Construction, Inc. | Construction defect. Status: case management order entered 6/25/2026; suggestion of bankruptcy to be filed. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2026-CA-035316 |
| 7.12 | Paul Rene, Jr., as assignee of Jetton Investments, Incorporated v. Canaveral Crossroads, LLC, et al. | Mortgage foreclosure / forbearance. Status: pending; removed to the United States Bankruptcy Court, M.D. Fla., Orlando Division. | Circuit Court, 18th Judicial Circuit, in and for Brevard County, Florida | 05-2025-CA-038877-XXCA-BC |
| 7.13 | PEDIXON LLC and ZPD LLC v. Martin C. Flynn, Jr., et al. (the debtor is not a named party; listed because the Class 6 claim arises from the same credit facility) | Lender litigation; effective-rate and usury issues. Status: removed to the United States Bankruptcy Court. | Circuit Court, 9th Judicial Circuit, in and for Osceola County, Florida | 2025-CA-002359-CI |
| 7.14 | Sanjeev Hans v. Canaveral Crossroads, LLC | Action by a note holder against the debtor. Status: pending. | Circuit Court, 9th Judicial Circuit, in and for Orange County, Florida | 2025-CA-003017-O |

Debtor Canaveral Crossroads, LLC Case number (if known) 6:26-bk-05426-GER

## Official Form 207 — Continuation Sheet

*Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy — additional information keyed to the numbered questions*

| | | | | |
|---|---|---|---|---|
| 7.15 | Ponson, et al. v. Canaveral Crossroads, LLC | Action against the debtor. Status: pending. | County Court, in and for Brevard County, Florida | 05-2025-CA-013420-XXCA-CC |

Lines 7.1 and 7.2 (Tamamoi, LLC and The Carton Family Trust of 1992) are stated on the form. PEDIXON LLC is also a co-defendant with the debtor at line 7.10. The debtor's records do not reflect a separate guarantor action brought by PEDIXON LLC against the debtor; if one exists, the debtor will amend.

### Question 11 — Payments related to bankruptcy (continued)

The response to Question 11 is "Yes." Two firms were consulted about restructuring or bankruptcy relief within the year before filing. Baker & Hostetler LLP was paid $18,090.50 on its invoice dated 2/26/2025 and holds no claim against the estate; it is therefore not scheduled on Schedule E/F. Pino Law Group PLLC holds an unpaid claim of $138,485.00, scheduled at Schedule E/F, line 3.15; whether any payment was made to that firm within the year before filing is to be confirmed and this answer will be amended if one was.

### Question 13 — Transfers not already listed on this statement (continued)

| Who received the transfer | Description of property transferred | Date | Value |
|---|---|---|---|
| Homemakers Real Estate, LLC / DRCIRA / TACIRA / FDRE | Homemakers transaction — allonges and transfers of notes and mortgages | 1/13/2023 | Undetermined |
| Michael McPhillips and related parties | Flynn–McPhillips partition and memorandum-of-understanding conveyances | 2021 | Undetermined |
| Shah and related parties | McPhillips–Shah conveyances | Date per deeds | Undetermined |

Line 13.1 is nine Cape Crossing units at $550,000.00 each, $4,950,000.00 in the aggregate; line 13.2 is one unit at $330,000.00.

As to line 13.2 — the March 19, 2024 quit-claim of Unit 403 (202 Ivory Coral Lane, Merritt Island) to the IAM Irrevocable Trust: the unit was transferred out of the Tiered Land Trust by Crescent Sound, Ltd., as trustee. The debtor is aware of no consideration given for that transfer, and of no reason or explanation stated for it in the instrument or in the debtor's records. The transfer is disclosed on that footing and the estate's avoidance claims with respect to it are expressly preserved.

For the avoidance of doubt, Crescent Sound, Ltd. is not a guarantor of the Tamamoi obligation. It was named as a co-defendant in the Tamamoi foreclosure action because that action proceeds in rem against the property and its interest as trustee had to be joined.

No transfer of the common areas, the clubhouse or the sewage lift station is disclosed — the debtor owns those improvements and schedules them at Schedule A/B, Part 9. Some of these transfers predate the two-year window in Question 13 and are listed because the estate asserts avoidance claims under 11 U.S.C. §§ 544, 547, 548 and 550 and Fla. Stat. ch. 726. Recording data and consideration for each transfer are to be confirmed.

### Question 14 — Previous addresses (continued)

The debtor's principal place of business is 201 Ivory Coral Lane, Merritt Island, FL 32953. Its mailing address is 4409 Hoffner Avenue #348, Orlando, FL 32812. Both addresses are current, not previous, and are stated here so that the record of the debtor's locations is complete.

| Previous address | From | To |
|---|---|---|
| 5526 Hansel Avenue, Orlando, FL 32809 — stated at line 14.1 of the form | 2023 | 2024 |
| 111 N. Orange Avenue, Suite 800, Orlando, FL 32801 — stated at line 14.2 | 2021 | 2022 |
| [Magnolia Street address — to be supplied] | 2022 | 2023 |
| 522 Hunt Club Road #228, Apopka, FL 32703 | 2023 | 2024 |

201 Ivory Coral Lane, Merritt Island, FL 32953 has been occupied by the debtor since 2015 and remains its principal place of business. 99 S. New York Avenue, Winter Park, FL 32789 is counsel's address and has been used for service since 2023; it is not a business location of the debtor. Dates of occupancy are approximate and are to be confirmed from the debtor's records.

## Official Form 207 — Continuation Sheet

*Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy — additional information keyed to the numbered questions*

### Question 18 — Closed financial accounts (continued)

The debtor previously maintained an account at Seacoast National Bank that is no longer maintained. The debtor does not have the closing or transfer date or the final balance, and both are reported as unknown; the debtor will amend this response when the bank records are obtained.

The debtor's Bank of America, N.A. account (number ending 0335) has NOT been closed. It remains open and holds $55.00, which is scheduled at Schedule A/B, Part 1, line 3.1, and is included in total personal property of $10,055.00 and total assets of $6,155,055.00.

### Question 26d — Parties to whom the debtor issued a financial statement within 2 years before filing

| Name and address | Date issued |
|---|---|
| Secured lenders of the debtor (see Schedule D) and the parties to the debtor's prior Chapter 11 plan and disclosure-statement process | 2024–2026; specific recipients and dates to be confirmed |

### Question 31 — Consolidated group for tax purposes

The parent corporation is Tiered Capital, Inc. The consolidated group includes Tiered Capital, Inc., Sherwood Construction, Inc. and Canaveral Crossroads, LLC. The consolidated returns were prepared by Babbione (see Question 26b). Federal returns for 2017 through 2020 are in the debtor's file. The parent's employer identification number is to be supplied.

### Items to be confirmed or supplied before signing

- Question 7 — the case number and court for line 7.2 (The Carton Family Trust of 1992) are stated as 2024-CA-038140, Brevard Circuit Court, and are to be confirmed against the docket.
- Question 11 — whether any payment was made to Pino Law Group PLLC within the year before filing, and the payment date and payor for the Baker & Hostetler LLP payment.
- Question 13 — recording data and consideration for each transfer, and the mailing address of record for the IAM Irrevocable Trust.
- Question 14 — the Magnolia Street address used in 2022.
- Question 18 — the Seacoast National Bank closing date and final balance.
- Question 26a — the full name and address of "Green," and whether the Pino Law Group should also be listed.
- Question 26b — the full name and address of "Babbione."
- Question 26d — the specific recipients of financial statements and the dates issued.
- Question 31 — the employer identification number of Tiered Capital, Inc.
- Schedule H — whether Crescent Sound, Ltd. is also a guarantor of the Tamamoi debt (it was a co-defendant in the final judgment), and the same question as to Cape Crossing Vacation Rentals, LLC at Schedule H line 2.3 with respect to PEDIXON LLC.
- Questions 25, 28 and 29 — Tiered Capital, Inc. is the sole member and manager of the debtor. The Florida Division of Corporations still shows Tiered Preferred, LLC as manager of record on the debtor's 2024 annual report; that record is to be corrected when the debtor is reinstated. The address of record for Tiered Capital, Inc. is also to be confirmed.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
**CANAVERAL CROSSROADS, LLC,**
Debtor.

Case No. 6:26-bk-05426-GER
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

(Fed. R. Bankr. P. 1007(a)(3))

The following is the list of the debtor's equity security holders, prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3):

| Name and last known address | Kind of Interest | Percentage |
|---|---|---|
| Tiered Capital, Inc.<br>4409 Hoffner Avenue #348<br>Orlando, FL 32812 | Membership interest<br>(sole member and manager) | 100% |

No other person or entity holds an equity security of the debtor. The debtor's equity is scheduled for cancellation under the plan of reorganization.

I declare under penalty of perjury that the foregoing List of Equity Security Holders is true and correct to the best of my knowledge, information and belief.

Dated: September 15, 2026

Ross Johnston
Chief Restructuring Officer
Canaveral Crossroads, LLC, Debtor in Possession

**In re Canaveral Crossroads, LLC — Case No. 6:26-bk-05426-GER — Creditor Matrix**

Horton S. Johnson
2523 Kissam Court
Belle Isle, FL 32809

Jetton Investments, Inc.
c/o Paul Rene, Jr.
116 S Magnolia Ave, Suite 3E
Ocala, FL 34471

Tamamoi, LLC
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092

PEDIXON LLC
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744

The Carton Family Trust of 1992
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue #348
Orlando, FL 32812

Martin C. Flynn, Jr.
14556 Saint Georges Hill Dr
Orlando, FL 32828

Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050

Sanjeev Hans
6410 Rockingtree Lane
Orlando, FL 32819

Ponson, Martha E. Revocable Living Trust
c/o Aaron B. Thalwitzer, Esq.
Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931

FBC Holdings, LLC
310 Lagoon Way
Merritt Island, FL 32953

Michael McPhillips
310 Lagoon Way
Merritt Island, FL 32953

NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd, Ste 200
Longwood, FL 32750

Kuberneo, CPA
5979 Vineland Road, Ste 304
Orlando, FL 32819

Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

Shane Sarver
4488 Heaton Park Trail
Viera, FL 32955

Kathi Myers
3648 Crescent Park Blvd
Orlando, FL 32812

David C. & Kathryne E. McPhillips
4907 Bayshore Blvd #116
Tampa, FL 33611

Jean Horning
222 Morton Lane
Winter Springs, FL 32708

Tiered Capital, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812

Sherwood Construction, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812

Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789

Cape Crossing Townhomes Homeowners Association, Inc.
c/o D. John Rhodeback, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

Cape Crossing Condominium Association, Inc.
c/o Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301

David Anderson
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**In re Canaveral Crossroads, LLC — Case No. 6:26-bk-05426-GER — Creditor Matrix**

August P, LLC
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

Robert and Joann Maxwell
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

Cape Crossing Master Association, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812