| Fill in this information to identify the case: |
|---|
| Debtor name Canaveral Crossroads, LLC |
| United States Bankruptcy Court for the: Middle District of Florida (State) |
| Case number (If known): 6:26-bk-05426-GER |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Yann Le Lourec<br>130 Coco Plum Dr, Apt 401<br>Marathon, FL 33050 | | Promissory note | Disputed | | | 1,300,000.00 |
| 2 | Sanjeev Hans<br>6410 Rockingtree Lane<br>Orlando, FL 32819 | | Promissory note | | | | 370,000.00 |
| 3 | James N. & Martha E. Ponson Revocable Living Trust<br>c/o Gordon & Thalwitzer<br>299 N. Orlando Ave.<br>Cocoa Beach, FL 32931 | Aaron B. Thalwitzer, Esq. | Promissory note | | | | 356,000.00 |
| 4 | NuView IRA fbo Theresa Spano<br>280 S Ronald Reagan Blvd, Ste 200<br>Longwood, FL 32750 | | Promissory note | | | | 270,000.00 |
| 5 | Kuberneo, CPA<br>5979 Vineland Road, Ste 304<br>Orlando, FL 32819 | | Professional services | | | | 190,000.00 |
| 6 | Maria Brooks<br>10800 SE 17th Cir #A3<br>Vancouver, WA 98664 | | Promissory note | | | | 189,518.64 |
| 7 | Pino Law Group PLLC<br>c/o Dr. Laurence J. Pino, Esq.<br>518 S. Magnolia Ave., Suite 110<br>Orlando, FL 32801 | Dr. Laurence J. Pino, Esq. | Professional services | Unliquidated | | | 138,485.00 |
| 8 | Shane Sarver<br>4488 Heaton Park Trail<br>Viera, FL 32955 | | Promissory note | | | | 115,000.00 |

Debtor Canaveral Crossroads, LLC
Name

Case number (if known) 6:26-bk-05426-GER

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kathi Myers<br>3648 Crescent Park Blvd<br>Orlando, FL 32812 | | Promissory note | | | | 100,000.00 |
| 10 | David C. & Kathryne E. McPhillips<br>4907 Bayshore Blvd #116<br>Tampa, FL 33611 | | Promissory note | | | | 94,000.00 |
| 11 | Jean Horning<br>222 Morton Lane<br>Winter Springs, FL 32708 | | Promissory note | | | | 70,000.00 |
| 12 | Horton S. Johnson<br>2523 Kissam Court<br>Belle Isle, FL 32809 | c/o Matthew A. Leibert, Esq. | Mortgage note and judgment lien - deficiency | | 5,997,023.46 | Undetermined | Undetermined |
| 13 | Tamamoi, LLC<br>c/o McMichael Taylor Gray, LLC<br>3550 Engineering Dr, Suite 260<br>Peachtree Corners, GA 30092 | McMichael Taylor Gray, LLC | Mortgage note - deficiency | Disputed | 2,469,844.80 | Undetermined | Undetermined |
| 14 | PEDIXON LLC<br>c/o Kenneth Dixon<br>1627 East Vine Street, Suite E<br>Kissimmee, FL 34744 | Kenneth Dixon | Mortgage note - deficiency | Contingent, unliquidated, disputed | 500,000.00 | Undetermined | Undetermined |
| 15 | Cape Crossing Townhomes HOA, Inc. & Cape Crossing Condominium Assn., Inc.<br>1565 US Highway 1<br>Sebastian, FL 32958-3895 | D. John Rhodeback, Esq.; Eric M. Rodriguez, Esq. | Construction-defect claims | Contingent, unliquidated, disputed | | | Unknown |
| 16 | Jerry Holliday<br>c/o Cole, Scott & Kissane, P.A.<br>110 S.E. 6th Street, Suite 2700<br>Fort Lauderdale, FL 33301 | Jason Berger, Esq. | Litigation claim | Contingent, unliquidated, disputed | | | Unknown |
| 17 | David Anderson<br>c/o WhiteBird, PLLC<br>1701 Highway A1A, Suite 208<br>Vero Beach, FL 32963 | WhiteBird, PLLC | Unit lease dispute | Contingent, unliquidated, disputed | | | Unknown |
| 18 | August P, LLC<br>c/o WhiteBird, PLLC<br>1701 Highway A1A, Suite 208<br>Vero Beach, FL 32963 | WhiteBird, PLLC | Unit lease dispute | Contingent, unliquidated, disputed | | | Unknown |
| 19 | Robert and Joann Maxwell<br>c/o WhiteBird, PLLC<br>1701 Highway A1A, Suite 208<br>Vero Beach, FL 32963 | WhiteBird, PLLC | Unit lease dispute | Contingent, unliquidated, disputed | | | Unknown |
| 20 | | | | | | | |