UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Case No. 6:26-bk-05426-GER

CANAVERAL CROSSROADS, LLC, Chapter 11

Debtor.
_______________________________________/

**AMENDED DECLARATION OF ROSS JOHNSTON IN SUPPORT OF THE MOTION TO APPROVE HIS COMPENSATION AS CHIEF RESTRUCTURING OFFICER**

1. On August 25, 2026, confirmed by amended and restated written consent on September 15, 2026, Tiered Capital, Inc., the sole member and the manager of Canaveral Crossroads, LLC, appointed me Chief Restructuring Officer of Canaveral Crossroads by written consent. I accepted that appointment and I serve on the terms the consent states.

2. This amended declaration supersedes my declaration filed as Doc. 47 and attaches the exhibit that declaration cited. I make it to furnish my qualifications, the duties I am to perform, and the terms of my compensation, for use in the motion to approve my compensation and in any disclosure *11 U.S.C. § 1129(a)(5)* requires.

**My qualifications.**

3. I have worked in corporate restructuring, workouts, and asset-backed lending since 2005. I am the Managing Partner of ARG Investments in Winter

Park, Florida, an asset-backed lending and real estate development firm, where I have worked since 2005. I am the Senior Managing Director of C-Acquire Consulting, a corporate restructuring and workout practice, where I have worked since 2007. I have held the office I now hold at Canaveral Crossroads once before, and I held it through a chapter 11 case from beginning to end. I joined OCE Landfill Management, Inc. as a management consultant in December 2011, became its Chief Financial Officer in February 2012 and its President in July 2012, and served as its Chief Restructuring Officer from November 2012 to December 2014. I directed that company through its chapter 11 case. After its plan was confirmed I continued to operate the company, and I have served as its President and Trustee since January 2015. I hold a Bachelor of Arts in business and managerial economics from the University of Colorado at Boulder and a Master of Business Administration from the Masagung Graduate School of Management at the University of San Francisco. I completed the Advanced Management Program at Harvard Business School and the LEAD program in corporate innovation at the Stanford University Graduate School of Business. I have served as Chairman of the Planning and Zoning Board of the City of Winter Park since 2014. A copy of my professional profile is attached as Exhibit A.

**The duties I am to perform.**

4. I direct the restructuring of Canaveral Crossroads and act as its responsible officer in this case. I will:

(a) sign, verify, and file the schedules, the statement of financial affairs, the list of equity security holders, the corporate ownership statement, the creditor matrix, the initial debtor interview materials, and the monthly operating reports;

(b) perform the duties of a debtor in possession and operate the business. *11 U.S.C. §§ 521, 1106, 1107, 1108*;

(c) direct the professionals the estate employs and review their invoices;

(d) marshal and confirm title to the real property, the common and public areas, the clubhouse, the lift station, the reservation system, and the intellectual property;

(e) open and control the debtor-in-possession accounts and comply with the operating guidelines of the United States Trustee;

(f) prosecute, defend, settle, and compromise claims and causes of action, including objections to claims; and

(g) negotiate, file, and prosecute a plan of reorganization and a disclosure statement.

**The terms of my compensation.**

5. I am paid $275.00 per hour for my time, and I am reimbursed my reasonable and documented out-of-pocket expenses. I receive no retainer, no success fee, no incentive compensation, and no equity interest of any kind. My compensation is capped at 300 hours in any calendar quarter, or $82,500.00 at my hourly rate. I will accept payment for time beyond the cap only on further order of this court.

6. I will keep contemporaneous time records in tenth-of-an-hour increments and describe each task. I will serve a monthly statement of my time and expenses on the United States Trustee, on counsel for the petitioning creditors, and on any committee appointed in this case. I understand that every payment to me is interim, that it is subject to review by this court, and that I must disgorge any amount this court disallows.

**My interests and connections.**

7. I am not a member, a manager, a shareholder, or a holder of any equity interest in Canaveral Crossroads, LLC or in Tiered Capital, Inc. I hold no claim against Canaveral Crossroads.

8. The petitioning creditors moved to appoint me as the chapter 7 trustee in this case on July 20, 2026. (Doc. 1). I did not solicit that nomination, I never accepted an appointment as trustee, and I never acted as trustee in this case. The petitioning creditors have no control over my judgment as an officer of Canaveral Crossroads.

9. Horton S. Johnson signed the corporate consents appointing me, as Authorized Agent of Tiered Capital, Inc. Johnson is one of the three petitioning creditors and holds claims against Canaveral Crossroads. I state that here so that no party has to discover it.

10. I am also the Chief Restructuring Officer of Sherwood Construction, Inc., the debtor in *In re Sherwood Construction, Inc.*, No. 6:26-bk-05428-GER, a chapter 11 case pending in this court. Sherwood Construction is an affiliate of Canaveral Crossroads; Tiered Capital, Inc. owns both companies. Sherwood Construction holds a claim against Canaveral Crossroads, scheduled in this case at $4,400,000.00 and in its own case at $4,500,000.00, and a motion to administer the two cases jointly is pending. Sherwood Construction has asked the court in its case to approve my compensation there as five percent of what its estate actually collects on its recovery matters, and those matters include its claims against Canaveral Crossroads. Its proposed plan would also make me its plan administrator. The two estates remain separate. If their interests conflict, including on the allowance or payment of Sherwood Construction's claim against Canaveral Crossroads, I will disclose the conflict promptly to this court, to the United States Trustee, and to the parties, and I will follow the court's direction on how it is handled.

11. I have met Laurence J. Pino. His firm, Pino Law Group, is a scheduled creditor of Canaveral Crossroads and its registered agent. I have no business, financial, or professional relationship with him or with his firm. Beyond that and what appears above, my connections with Canaveral Crossroads, its affiliates, its creditors, the petitioning creditors, any other party in interest, their

respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee are none.

12. While this case is pending, I owe fiduciary duties to Canaveral Crossroads, to its estate, and to its creditors. No direction from Tiered Capital, Inc. displaces those duties, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or an order of this court. I will exercise my own judgment.

13. I will supplement this declaration promptly if anything in it changes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26th, 2026.

______________________________
Ross Johnston
Chief Restructuring Officer
Canaveral Crossroads, LLC

# EXHIBIT A

Professional Profile of Ross Johnston




**Ross Johnston** · 3rd

Management Consultant - Bankruptcy & Restructuring Specialist

Winter Park, Florida, United States · Contact info

500+ connections

Message

ARG Investments

Stanford University Graduate School of Business

## About

OCE Environmental Technologies: Dec 2011 - Present

- President & Trustee: Jan 2015 - Present
- Chief Restructuring Office (CRO): Nov 2012 – Dec 2014
- President: July 2012 - Nov 2012
- Chief Financial Officer: Feb 2012 - Jun 2012
- Management Consultant: Dec 2011 – Jan 2012

Behavioral Support Services: Director (July 2015 - Present)

ARG Investments: Managing Director (June 2005 - Present)

Recent Client Engagement:
- Engineering & Computer Simulations (ECS): Marketing Consultant
- Avancent Cloud Computing: Marketing Consultant
- Mojo Interactive: Customer Acquisition Marketing Consultant
- TekGiants Cloud Computing: Chief Marketing Officer - Consultant
- Network Solutions (Reston, VA): Customer Acquisition Marketing Consultant

Specialties: cloud computing, virtual enterprise, mobile commerce, social media, social media, digital content distribution and management, social network platform development



Ross Johnston
Management Consultant - Bankruptcy & Restructuring Specialist

## ← Experience

**Managing Partner**
ARG Investments
Jan 2005 - Present · 20 yrs 10 mos
WInter Park, FL

Asset-Backed Lending & Real Estate Development

**Senior Managing Director**
C-Acquire Consulting
2007 - Present · 18 yrs 10 mos
West Palm Beach, Florida, United States

Corporate Restructuring & Workout Specialists

**President & Trustee**
OCE Landfill Management, Inc.
Dec 2011 - Present · 13 yrs 11 mos
Mount Dora, FL

**Chief Marketing Officer**
tekGIANTS, Inc.
Dec 2010 - 2012 · 1 yr 2 mos
Greater Orlando

Cloud Computing/Virtual Enterprise - subject matter experts on SMB movement to Cloud Computing.

**Co-Founder and Chief Revenue Officer**
Blue Media Zone
Nov 2008 - Dec 2011 · 3 yrs 2 mos
Orange County, California, United States

Bluetooth based file to file advertising platform for mobile phones

**Vice President, Business Development**
Dotster
Sep 2007 - Sep 2009 · 2 yrs 1 mo
Portland, Oregon Metropolitan Area

**Director of Business Development**
CNET Networks
Dec 2004 - Dec 2007 · 3 yrs 1 mo
San Francisco Bay Area

**Ross Johnston**
Management Consultant - Bankruptcy & Restructuring Specialist

**Stanford University Graduate School of Business**
LEAD Program, Corporate Innovation
2015 – 2016

**Harvard Business School**
Advanced Management Program (AMP), Business Administration and Management, General
2000 – 2001

**University of San Francisco - Masagung Graduate School of Management**
Master of Business Administration (MBA), Marketing/Marketing Management, General
1999 – 2000

Activities and societies: Bay Area Venture Capital Award Finalist - Bluetooth File Transfer Enhancement

**University of Colorado at Boulder**
Bachelor of Arts (B.A.), Business/Managerial Economics

Activities and societies: Economics Club Chairman



**Ross Johnston**
Management Consultant - Bankruptcy & Restructuring Specialist

## Licenses & certifications

**Series 3 - National Commodities Futures Examination**
FINRA

**Series 6 - Investment Company and Variable Contracts Products Representative Examination (IR)**
FINRA

Show all →

## Volunteering

**Leadership**
Center for Faith & Work, Gotham Program, New York City / Orlando, FL
Sep 2015 - Present · 10 yrs 2 mos
Education

## Skills

Social Media

Mobile Commerce

Show all →

## Languages

Spanish

## Organizations

**City of Winter Park**
Chairman - City Planning & Zoning Board (P&Z) · Jan 2014 – Present