**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: September 29, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26−bk−05426−GER
Chapter 11

Canaveral Crossroads, LLC

Debtor* /

***ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY***

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Automatic Stay filed by James N. Ponson and Martha E. Ponson , Doc. # 52 . After review, the Court determines that the motion is deficient as follows:

The prescribed filing fee was not paid as required by the Bankruptcy Court Schedule under 28 U.S.C. § 1930. The prescribed filing fee is $199.00

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted

deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.