UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
CANAVERAL CROSSROADS, LLC,
Debtor.
_______________________________________/

Case No. 6:26-bk-05426-GER
Chapter 11

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. The Honorable Grace E. Robson will conduct a preliminary hearing in this case on October 14, 2026, at 1:30 p.m. in Courtroom 6D, 6th Floor, George C. Young Federal Courthouse, 400 West Washington Street, Orlando, Florida 32801, on the following matter:

> Debtor in Possession's Motion Under 11 U.S.C. § 363(b) to Approve the Compensation of Ross Johnston as Chief Restructuring Officer (Doc. 50), as amended (Doc. 54).

2. All parties must attend the hearing in person. Remote appearances are permitted only in limited circumstances, as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 no later than 3:00 p.m. one business day before the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## CERTIFICATE OF SERVICE

I certify that on September 30, 2026, I filed this notice with the clerk of court through the CM/ECF system, which served it electronically on every party registered for electronic notice in this case, and that on the same day I caused a copy to be served by United States mail, first class, postage prepaid, on every party listed on the service list attached to this notice.

/s/ Christopher L. Smith
Christopher L. Smith, Esq.
Florida Bar No. 367461
Fromang & Smith, P.A.
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
chris@fromangsmith.com
Counsel for Canaveral Crossroads, LLC

## SERVICE LIST — UNITED STATES MAIL

In re Canaveral Crossroads, LLC, Case No. 6:26-bk-05426-GER

Parties not registered for electronic notice. Served by United States mail, first class, postage prepaid.

**1. Jetton Investments, Inc.**
c/o Paul Rene, Jr.
116 S. Magnolia Ave., Suite 3E
Ocala, FL 34471

**2. PEDIXON LLC**
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744

**3. The Carton Family Trust of 1992**
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092

**4. Ponson, Martha E. Revocable Living Trust**
c/o Aaron B. Thalwitzer, Esq.
Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931

**5. Cape Crossing Vacation Rentals, LLC**
4409 Hoffner Avenue #348
Orlando, FL 32812

**6. Cape Crossing Master Association, Inc.**
4409 Hoffner Avenue #348
Orlando, FL 32812

**7. Tiered Capital, Inc.**
4409 Hoffner Avenue #348
Orlando, FL 32812

**8. Sherwood Construction, Inc.**
4409 Hoffner Avenue #348
Orlando, FL 32812

**9. Martin C. Flynn, Jr.**
14556 Saint Georges Hill Dr.
Orlando, FL 32828

**10. Yann Le Lourec**
130 Coco Plum Dr., Apt. 401
Marathon, FL 33050

**11. Sanjeev Hans**
6410 Rockingtree Lane
Orlando, FL 32819

**12. FBC Holdings, LLC**
310 Lagoon Way
Merritt Island, FL 32953

**13. NuView IRA fbo Theresa Spano**
280 S. Ronald Reagan Blvd., Ste. 200
Longwood, FL 32750

**14. Kuberneo, CPA**
5979 Vineland Road, Ste. 304
Orlando, FL 32819

**15. Maria Brooks**
10800 SE 17th Cir. #A3
Vancouver, WA 98664

**16. Shane Sarver**
4488 Heaton Park Trail
Viera, FL 32955

**17. Kathi Myers**
3648 Crescent Park Blvd.
Orlando, FL 32812

**18. David C. & Kathryne E. McPhillips**
4907 Bayshore Blvd. #116
Tampa, FL 33611

**19. Jean Horning**
222 Morton Lane
Winter Springs, FL 32708

**20. Pino Law Group PLLC**
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789

**21. Jerry Holliday**
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301

**22. David Anderson**
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**23. August P, LLC**
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

**24. Robert and Joann Maxwell**
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

Served electronically through CM/ECF, not mailed: U.S. Trustee (Aleskovsky); Horton S. Johnson (Leibert); Tamamoi, LLC (Savastano); Michael McPhillips (D'Aniello); Cape Crossing Townhome Association, Inc., Cape Crossing Condominium Association, Inc. and James Ponson (Crowder); Canaveral Crossroads, LLC (Smith).