UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re<br><br>Canaveral Crossroads, LLC and<br>Sherwood Construction, Inc.,<br><br>Debtors. | Chapter 11<br>Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br><br>Jointly Administered under<br>Case No. 6:26-bk-05426-GER |
| In re<br><br>Canaveral Crossroads, LLC,<br>Case No. 6:26-bk-05426-GER<br><br>Applicable Debtor. | |

**PROOF OF SERVICE OF ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

On September 30, 2026, the court entered its Order Granting Motion for Joint Administration and directed counsel for Canaveral Crossroads to serve it on every interested party who does not receive service through CM/ECF, and to file proof of that service within three days (Doc. 61).

I certify that on October 1, 2026, I caused a copy of that order to be served by United States mail, first class, postage prepaid, on every party listed on the service list attached as Exhibit A.

Every party registered for electronic notice received the order through CM/ECF when the court entered it.

/s/ Christopher L. Smith
Christopher L. Smith, Esq.
Florida Bar No. 367461
Fromang & Smith, P.A.
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
chris@fromangsmith.com
Counsel for the Debtors and Debtors in Possession

# EXHIBIT A
# SERVICE LIST — UNITED STATES MAIL

In re Canaveral Crossroads, LLC, Case No. 6:26-bk-05426-GER

Parties not registered for electronic notice. Served by United States mail, first class, postage prepaid.

1. Jetton Investments, Inc.
   c/o Paul Rene, Jr.
   116 S. Magnolia Ave., Suite 3E
   Ocala, FL 34471

2. PEDIXON LLC
   c/o Kenneth Dixon
   1627 East Vine Street, Suite E
   Kissimmee, FL 34744

3. The Carton Family Trust of 1992
   c/o McMichael Taylor Gray, LLC
   3550 Engineering Dr., Suite 260
   Peachtree Corners, GA 30092

4. Ponson, Martha E. Revocable Living Trust
   c/o Aaron B. Thalwitzer, Esq.
   Gordon & Thalwitzer
   299 N. Orlando Ave.
   Cocoa Beach, FL 32931

5. Cape Crossing Vacation Rentals, LLC
   4409 Hoffner Avenue #348
   Orlando, FL 32812

6. Cape Crossing Master Association, Inc.
   4409 Hoffner Avenue #348
   Orlando, FL 32812

7. Tiered Capital, Inc.
   4409 Hoffner Avenue #348
   Orlando, FL 32812

8. Sherwood Construction, Inc.
   4409 Hoffner Avenue #348
   Orlando, FL 32812

9. Martin C. Flynn, Jr.
   14556 Saint Georges Hill Dr.
   Orlando, FL 32828

10. Yann Le Lourec
    130 Coco Plum Dr., Apt. 401
    Marathon, FL 33050

11. Sanjeev Hans
    6410 Rockingtree Lane
    Orlando, FL 32819

12. FBC Holdings, LLC
    310 Lagoon Way
    Merritt Island, FL 32953

13. NuView IRA fbo Theresa Spano
    280 S. Ronald Reagan Blvd., Ste. 200
    Longwood, FL 32750

14. Kuberneo, CPA
    5979 Vineland Road, Ste. 304
    Orlando, FL 32819

15. Maria Brooks
    10800 SE 17th Cir. #A3
    Vancouver, WA 98664

16. Shane Sarver
    4488 Heaton Park Trail
    Viera, FL 32955

17. Kathi Myers
    3648 Crescent Park Blvd.
    Orlando, FL 32812

18. David C. & Kathryne E. McPhillips
    4907 Bayshore Blvd. #116
    Tampa, FL 33611

19. Jean Horning
    222 Morton Lane
    Winter Springs, FL 32708

20. Pino Law Group PLLC
    c/o Dr. Laurence J. Pino, Esq.
    99 S. New York Avenue
    Winter Park, FL 32789

21. Jerry Holliday
    c/o Jason Berger, Esq.
    Cole, Scott & Kissane, P.A.
    110 S.E. 6th Street, Suite 2700
    Fort Lauderdale, FL 33301

22. David Anderson
    c/o WhiteBird, PLLC
    1701 Highway A1A, Suite 208
    Vero Beach, FL 32963

23. August P, LLC
    c/o WhiteBird, PLLC
    1701 Highway A1A, Suite 208
    Vero Beach, FL 32963

24. Robert and Joann Maxwell
    c/o WhiteBird, PLLC
    1701 Highway A1A, Suite 208
    Vero Beach, FL 32963

Served electronically through CM/ECF, not mailed: U.S. Trustee (Aleskovsky); Horton S. Johnson (Leibert); Tamamoi, LLC (Savastano); Michael McPhillips (D'Aniello); Cape Crossing Townhome Association, Inc., Cape Crossing Condominium Association, Inc. and James Ponson (Crowder); Canaveral Crossroads, LLC and Sherwood Construction, Inc. (Smith).