United States Bankruptcy Court
Middle District of Florida

In re:
Canaveral Crossroads, LLC
Debtor

Case No. 26-05426-GER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: Doddos Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Canaveral Crossroads, LLC, 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | James Ponson |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Christopher Smith | on behalf of Debtor Canaveral Crossroads LLC chris@fromangsmith.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Condominium Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Townhome Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |

| | |
|---|---|
| J Christopher Crowder | on behalf of Creditor James Ponson JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| Lindsey A Savastano | on behalf of Creditor Tamamoi LLC lindsey.savastano@mccalla.com ecfnotifications@mtglaw.com |
| Matthew Leibert | on behalf of Petitioning Creditor Horton S. Johnson leibert@urbanthier.com |
| Phil A D'Aniello | on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 9

**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: September 29, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26–bk–05426–GER
Chapter 11

Canaveral Crossroads, LLC

Debtor* /

***ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY***

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Automatic Stay filed by James N. Ponson and Martha E. Ponson , Doc. # 52 . After review, the Court determines that the motion is deficient as follows:

The prescribed filing fee was not paid as required by the Bankruptcy Court Schedule under 28 U.S.C. § 1930. The prescribed filing fee is $199.00

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted

deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.