United States Bankruptcy Court
Middle District of Florida

In re: Canaveral Crossroads, LLC
Debtor

Case No. 26-05426-GER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 3
Date Rcvd: Sep 30, 2026 Form ID: pdfdoc Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Canaveral Crossroads, LLC, 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| cr | + | Cape Crossing Condominium Association, Inc, 700 N. Wickham Road, Suite 205, Melbourne, FL 32935-8840 |
| cr | + | Cape Crossing Townhome Association, Inc, 700 N Wickham Rd, Unit 205, Melbourne, FL 32935, UNITED STATES 32935-8840 |
| ptcrd | + | Jetton Investments Incorporated, 116 S Magnolia Ave, Suite 3E, Ocala, FL 34471-1178 |
| cr | + | Tamamoi LLC, 3550 Engineering Dr. Suite 260, Peachtree Corners, GA 30092, UNITED STATES 30092-2871 |
| 32858659 | + | August P, LLC, c/o WhiteBird, PLLC, 1701 Highway A1A, Suite 208, Vero Beach, FL 32963-2250 |
| 32858656 | | Cape Crossing Condominium, Association, Inc., c/o Eric M. Rodriguez, Esq., 1565 US Highway 1, Sebastian, FL 32958-3895 |
| 32882172 | + | Cape Crossing Condominium Association, Inc, c/o Beacon Management & Consulting, Inc., 333 17th Street, Suite F, Vero Beach, FL 32960-5636 |
| 32847780 | + | Cape Crossing Condominium Association, Inc., Cape Crossing Townhome Association, Inc., Faro & Crowder,P.A., 700 N.Wickham Road, Suite 205, Melbourne,FL 32935-8840 |
| 32858661 | + | Cape Crossing Master Association, Inc., 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |
| 32882322 | + | Cape Crossing Townhome Homeowners Association, Inc, c/o Beacon Management & Consulting, Inc., 333 17th Street, Suite F, Vero Beach, FL 32960-5636 |
| 32858655 | | Cape Crossing Townhomes Homeowners, Association, Inc., c/o D. John Rhodeback, Esq., 1565 US Highway 1, Sebastian, FL 32958-3895 |
| 32858638 | + | Cape Crossing Vacation Rentals, LLC, 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |
| 32858658 | + | David Anderson, c/o WhiteBird, PLLC, 1701 Highway A1A, Suite 208, Vero Beach, FL 32963-2250 |
| 32858650 | + | David C. & Kathryne E. McPhillips, 4907 Bayshore Blvd #116, Tampa, FL 33611-3875 |
| 32882910 | + | David McPhillips, 700 N Wickham Rd, Unit 205, Melbourne, FL 32935-8840 |
| 32858643 | + | FBC Holdings, LLC, 310 Lagoon Way, Merritt Island, FL 32953-4132 |
| 32858633 | + | Horton S. Johnson, 2523 Kissam Court, Belle Isle, FL 32809-3587 |
| 32883061 | + | James N. Ponson as Trustee of the Ponson Trust, 700 N Wickham Rd, Unit 205, Melbourne, FL 32935-8840 |
| 32858651 | + | Jean Horning, 222 Morton Lane, Winter Springs, FL 32708-3612 |
| 32858657 | + | Jerry Holliday, c/o Jason Berger, Esq., Cole, Scott & Kissane, P.A., 110 S.E. 6th Street, Suite 2700, Fort Lauderdale, FL 33301-5060 |
| 32858634 | + | Jetton Investments, Inc., c/o Paul Rene, Jr., 116 S Magnolia Ave, Suite 3E, Ocala, FL 34471-1178 |
| 32858649 | + | Kathi Myers, 3648 Crescent Park Blvd, Orlando, FL 32812-3825 |
| 32858647 | ++++ | MARIA BROOKS, 10800 SE 17TH CIR APT 3, VANCOUVER WA 98664-6206 address filed with court:, Maria Brooks, 10800 SE 17th Cir #A3, Vancouver, WA 98664 |
| 32858639 | + | Martin C. Flynn, Jr., 14556 Saint Georges Hill Dr, Orlando, FL 32828-8035 |
| 32741764 | + | Michael McPhillips, Phil A. DAniello, Esq., Fassett, Anthony & Taylor, P.A., 1325 W. Colonial Drive, Orlando, FL. 32804-7133 |
| 32858644 | + | Michael McPhillips, 310 Lagoon Way, Merritt Island, FL 32953-4132 |
| 32888145 | + | Mikael K. Pitkanen, 13514 S Lake Mary Jane Rd, Orlando, FL 32832-6589 |
| 32858645 | + | NuView IRA fbo Theresa Spano, 280 S Ronald Reagan Blvd, Ste 200, Longwood, FL 32750-5403 |
| 32858636 | + | PEDIXON LLC, c/o Kenneth Dixon, 1627 East Vine Street, Suite E, Kissimmee, FL 34744-3719 |
| 32858654 | + | Pino Law Group PLLC, c/o Dr. Laurence J. Pino, Esq., 99 S. New York Avenue, Winter Park, FL 32789-4233 |
| 32858642 | + | Ponson, Martha E. Revocable Living Trust, c/o Aaron B. Thalwitzer, Esq., Gordon & Thalwitzer, 299 N. Orlando Ave., Cocoa Beach, FL 32931-2916 |
| 32858660 | + | Robert and Joann Maxwell, c/o WhiteBird, PLLC, 1701 Highway A1A, Suite 208, Vero Beach, FL 32963-2250 |
| 32858641 | + | Sanjeev Hans, 6410 Rockingtree Lane, Orlando, FL 32819-4187 |
| 32858648 | + | Shane Sarver, 4488 Heaton Park Trail, Viera, FL 32955-6760 |
| 32858653 | + | Sherwood Construction, Inc., 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |
| 32858652 | + | Tiered Capital, Inc., 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |

| | | |
|---|---|---|
| 32858640 | + | Yann Le Lourec, 130 Coco Plum Dr, Apt 401, Marathon, FL 33050-4028 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32858635 | ^ | MEBN | Sep 30 2026 23:35:27 | Tamamoi, LLC, c/o McMichael Taylor Gray, LLC, 3550 Engineering Dr, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32858637 | ^ | MEBN | Sep 30 2026 23:35:26 | The Carton Family Trust of 1992, c/o McMichael Taylor Gray, LLC, 3550 Engineering Dr, Suite 260, Peachtree Corners, GA 30092-2871 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | James Ponson |
| intp | | Michael McPhillips |
| ptcrd | *+ | Cape Crossing Vacation Rentals, LLC, 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| ptcrd | *+ | Horton S. Johnson, 2523 Kissam Court, Belle Isle, FL 32809-3587 |
| 32858646 | ##+ | Kuberneo, CPA, 5979 Vineland Road, Ste 304, Orlando, FL 32819-7856 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Christopher Smith | on behalf of Debtor Canaveral Crossroads LLC chris@fromangsmith.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Condominium Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Townhome Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor James Ponson JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |

| | |
|---|---|
| Lindsey A Savastano | on behalf of Creditor Tamamoi LLC lindsey.savastano@mccalla.com ecfnotifications@mtglaw.com |
| Matthew Leibert | on behalf of Petitioning Creditor Horton S. Johnson leibert@urbanthier.com |
| Phil A D'Aniello | on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 9

**ORDERED.**

**Dated: September 30, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Canaveral Crossroads, LLC, | ) | Case No. 6:26-bk-05426-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

THIS CASE came before the Court for consideration of the *Motion of Canaveral Crossroads, LLC and Sherwood Construction, Inc. for Joint Administration of Their Chapter 11 Cases* (Doc. No. 58) (the "Motion") filed in this case seeking joint administration with *In re Sherwood Construction, Inc.*, Case No. 6:26-bk-05428-GER (collectively, the "Bankruptcy Cases").[1] The Court, having reviewed the Motion and the record, finds that joint administration of the Bankruptcy Cases is justified. Accordingly, it is

**ORDERED**:

1. The Motion is **GRANTED**.

[1] Debtor Sherwood Construction, Inc. also filed the *Motion of Canaveral Crossroads, LLC and Sherwood Construction, Inc. for Joint Administration of Their Chapter 11 Cases* in *In re Sherwood Construction, Inc.*, Case No. 6:26-bk-05428-GER. *See* Case No. 6:26-bk-05428-GER, Doc. No. 27. A separate order shall be entered in that case contemporaneously with this Order.

2. The Bankruptcy Cases shall be jointly administered. *In re Canaveral Crossroads, LLC*, Case No. 6:26-bk-05426-GER, is designated as the "Lead Case."

3. The Clerk of Court shall maintain a single case docket using the Lead Case number.

4. The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

5. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Canaveral Crossroads, LLC and | ) | Case No. 6:26-bk-05426-GER |
| Sherwood Construction, Inc., | ) | Case No. 6:26-bk-05428-GER |
| | ) | |
| Debtors. | ) | Jointly Administered *under* |
| | ) | Case No. 6:26-bk-05426-GER |

6. The Clerk of Court shall give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

7. The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

a. List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

b. Schedules and statements of financial affairs (and any amendments thereto);

c. Claims and notices of transfers of claims (however, objections to claims shall be filed in the Lead Case and shall specify the jointly administered case to which the objection applies);

d. Ballots (if separate plans are filed); and

e. Motions for final decree.

8. Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9. Papers and orders that pertain to one or more specific Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies. The caption of the paper and or order shall be in the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re<br><br>Canaveral Crossroads, LLC and<br>Sherwood Construction, Inc.,<br><br>Debtors. | Chapter 11<br>Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br><br>Jointly Administered *under*<br>Case No. 6:26-bk-05426-GER |
| In re<br><br>[Name of specific Debtor],<br>[Case Number]<br><br>Applicable Debtor. | |

10. Debtors-in-possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases.

11. If creditors are added to the matrices of the administratively consolidated Debtors, counsel for Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

# # #

Attorney Christopher Smith is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.