In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.
Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

*Debtor's Objection to Claim 3-2 of Billd Exchange, LLC*

# EXHIBIT 1

Claim 3-2 of Billd Exchange, LLC, filed September 23, 2026, with the April 15, 2026 Final Judgment (Part 2) and interest statement (Part 3).

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Sherwood Construction, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **Middle District of Florida** |
| Case number: | **26−05428** |

FILED
**U.S. Bankruptcy Court**
**Middle District of Florida**
9/23/2026
**Jose A. Rodriguez, Clerk**

Official Form 410
# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Billd Exchange, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Sivyer Barlow Watson Haughey

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Billd Exchange, LLC<br>Name | <br>Name |
| 401 East Jackson Street<br>Suite 2225<br>C/o Brian Eves<br>Tampa, FL 33602 | |
| Contact phone 8132214242 | Contact phone |
| Contact email beves@sbwhlegal.com; RHaughey@sbwhlegal. | Contact email |
| Uniform claim identifier (if you use one): | |

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 3 Filed on 09/23/2026 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
- ☑ No
- ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____________

7. **How much is the claim?** $ 1105049.38

**Does this amount include interest or other charges?**
- ☐ No
- ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Final Judgment from Breach of Contract

9. **Is all or part of the claim secured?**
- ☑ No
- ☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
- ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.
- ☐ Motor vehicle
- ☐ Other. Describe: ____________

**Basis for perfection:** ____________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ ____________

**Amount of the claim that is secured:** $ ____________

**Amount of the claim that is unsecured:** $ ____________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ ____________

**Annual Interest Rate** (when case was filed) ______ %

- ☐ Fixed
- ☐ Variable

10. **Is this claim based on a lease?**
- ☑ No
- ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ____________

11. **Is this claim subject to a right of setoff?**
- ☑ No
- ☐ Yes. Identify the property: ____________

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 9/23/2026
MM / DD / YYYY

/s/ Brian Eves
Signature

Print the name of the person who is completing and signing this claim:

Name: Brian Eves
First name Middle name Last name

Title: Counsel for Creditor

Company: Sivyer Barlow Watson Haughey
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 401 East Jackson Street, Suite 2225
Number Street
Tampa, FL 33602
City State ZIP Code

Contact phone 7863402566 Email beves@sbwhlegal.com

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY FLORIDA**

BILLD EXHANGE LLC,
a Delaware limited liability company

Case No.: 2024-CA-006465-O

Plaintiff,

v.

SHERWOOD CONSTRUCTION, INC.,
a Florida corporation, TIERED CAPITAL,
INC., a Florida corporation, and MARTIN
C. FLYNN, JR., an individual

Defendants.
_____________________________________________/

**FINAL JUDGMENT AS TO DEFENDANTS, SHERWOOD CONSTRUCTION, INC. AND TIERED CAPITAL, INC.**

THIS CAUSE having come before the Court at the March 25, 2026, hearing on Plaintiff's Motion for Summary Judgment as to Sherwood Construction, Inc. and Tiered Capital Inc., and the Court having heard the arguments of the parties, having reviewed the Cout file, and being otherwise being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Final Judgment is hereby entered in favor of Plaintiff, BILLD EXCHANGE, LLC, and against Defendants, SHERWOOD CONSTRUCTION, INC. and TIERED CAPITAL, INC., jointly and severally, in the principal amount of $1,001,051.75, and $64,964.00 in prejudgment interest per the quarterly adjusted interest rates under §55.03, *Fla. Stat.* for a total of $1,066,015.75, that shall bear interest at the statutory rate, for which sum let execution issue.

2. The Court further rules that Plaintiff is entitled to all appropriate fees and costs in this matter, to be determined at a further hearing.

3. The address of Plaintiff is:

**BILLD EXCHANGE, LLC**
3800 N. Lamar Boulevard
Suite 210
Austin, Texas 78756

4. The addresses of Defendants are:

**SHERWOOD CONSTRUCTION, INC.**
c/o Martin Flynn, Jr.
4405 Hansel Avenue
Orlando, Florida 32812

**TIERED CAPITAL, INC.**
c/o Martin Flynn, Jr.
4405 Hansel Avenue
Orlando, Florida 32812

5. Additionally, pursuant to Florida Rule of Civil Procedure 1.560(c), it is further ordered that Defendants, as a judgment debtor, shall each complete under oath the attached Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet, and include all required attachments, and serve it on the Plaintiff's (judgment creditor) attorney, within 45 days from the date of this Final Judgment, unless the final judgment is satisfied or post-judgment discovery is stayed by the Court.

6. This Court retains jurisdiction to enter such other orders as are necessary and proper to enforce this Final Judgment, including but not limited to, orders and proceedings supplementary or other related orders in aid of execution and post-judgment discovery.

DONE AND ORDERED in Orlando, Orange County, Florida on the date of electronic signature.

04/15/2026 23:58:33
2024-CA-006465-O

eSigned by Patricia Strowbridge 04/15/2026 23:58:33 nDdbELc9
PATRICIA L. STROWBRIDGE
CIRCUIT JUDGE

The foregoing was filed with the Clerk of Court by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served to all attorneys/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic

Filing generated by the ePortal System. **Plaintiff shall serve a copy of this Order on all parties not receiving Notice through the ePortal within three (3) days and shall file a Certificate of Service of the same with the Clerk.**

Copies to:
Sherwood Construction, Inc., 4405 Hansel Avenue, Orlando, FL 32812
Tiered Capital, Inc., 4405 Hansel Avenue, Orlando, FL 32812
Brian A. Eves, Esq., beves@sbwhlegal.com
R.J. Haughey, Esq., rhuaghey@sbwhlegal.com
Benjamin T. Lute, Esq., blute@iseleyfugitt.com

**Judgment Amount:**

$ 1,066,015.75

**Time of Entry:**

04/15/2026

**Through Date:**

09/23/2026

**+ Add partial payments (optional)**

| Total Statutory Interest | Judgment Amount | Total Owed |
|---|---|---|
| $39,033.63 | $1,066,015.75 | $1,105,049.38 |

**Results**

| Dates | Total Interest (rounded only for display) | Days of Interest | Daily Rate |
|---|---|---|---|
| 04/15/2026 - 09/23/2026 | $39,033.63 | 162 days | 0.000226027 |

www.floridajudgment.com/statutory-interest-calculator/