In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.
Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

*Debtor's Objection to Claim 3-2 of Billd Exchange, LLC*

# EXHIBIT 5

Order Denying in Part Defendants' Motion to Stay Enforcement (Sept. 3, 2026).

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

BILLD EXCHANGE, LLC,
a Delaware limited liability company,
Plaintiff,

v.

Case No. 2024-CA-006465-O
Division 22

SHERWOOD CONSTRUCTION, INC.,
a Florida corporation; TIERED CAPITAL,
INC., a Florida corporation; and MARTIN
C. FLYNN, JR., an individual,
Defendants.
_______________________________/

**ORDER DENYING IN PART DEFENDANTS' MOTION TO STAY ENFORCEMENT OF THE APRIL 15, 2026 FINAL JUDGMENT PENDING DISPOSITION PENDING DISPOSITION OF THEIR MOTION TO SET ASIDE**

**THIS CAUSE** having come to be heard this 23rd day of July, 2026 on *Defendant's Motion to Stay Enforcement of the April 15, 2026 Final Judgment Pending Disposition of Their Motion To Set Aside*, the Court having reviewed the pleadings, specifically noting the filing of the *Suggestion of Bankruptcy* by Defendant Sherwood Construction, Inc., heard the argument of counsel and being otherwise duly advised of the premises, it is therefore Ordered and Adjudged:

1) The filing of the Bankruptcy action by Defendant Sherwood Construction requires an automatic stay and therefore, the Motion as to Defendant, Sherwood Construction is denied as moot. Plaintiff may proceed as a creditor in the Bankruptcy proceeding.

2) The Motion to Stay is denied as to Defendant, Tiered Capital, Inc..

3) The Defendant, Tiered Capital, Inc. shall have forty-five (45) days from the date of the hearing to provide Plaintiff with the Fact Information Sheet required by Rule 1.560, Florida Rules of Civil Procedure.

4. Defendant, Tiered is allowed to set its Motion to Set Aside Final Judgment for hearing.

DONE AND ORDERED in Orlando, Orange County, Florida on the date of electronic signature.

09/03/2026 15:32:48
2024-CA-006465-O
eSigned by John Beamer 09/03/2026 15:32:48 a5be8YGx

JOHN D.W. BEAMER
CIRCUIT JUDGE

The foregoing was filed with the Clerk of Court by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served to all attorneys/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System. **Plaintiff shall serve a copy of this Order on all parties not receiving Notice through the ePortal within three (3) days and shall file a Certificate of Service of the same with the Clerk.**

Electronic Service List
Brian A Eves <beves@sbwhlegal.com>, <baeassistant@sbwhlegal.com>, <bmayer@sbwhlegal.com>
Roger J. Haughey II <rhaughey@sbwlegal.com>, <rjhassistant@sbwlegal.com>, <cscheetz@sbwlegal.com>
Christopher Lillard Smith <chris@fromangsmith.com>, <eservice@fromangsmith.com>
Martin Flynn <mcflynnjr@gmail.com>
Ninth Judicial Circuit <judicial9@ocnjcc.org>
ROGER JAMES HAUGHEY II, Esquire <rhaughey@sbwhlegal.com>
MIRANDA S. RATCLIFFE Esquire <miranda@pinolawgroup.com>
SEAN MICHAEL SOUTHARD Esquire <sean@pinolawgroup.com>