In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.
Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

*Debtor's Objection to Claim 3-2 of Billd Exchange, LLC*

# EXHIBIT 6

Stated-Term Usury Analysis of Billd's thirty-eight advances and six modifications, computed from Exhibits 2 and 3 and Billd's payment ledger.

## Billd Exchange, LLC — usury measured at inception over the stated term

| | |
|---|---|
| **Method** | Rate = stated rate + (fees ÷ face) spread over the stated term to maturity, computed at inception as if paid as agreed. Fla. Stat. § 687.03(3); St. Petersburg Bank & Trust Co. v. Hamm, 414 So. 2d 1071 (Fla. 1982). How long the debt actually ran — shorter or longer — does not change the rate. |
| **Stated term** | "Up to 120 days, commencing on the Purchase Date"; maturity "the 120th day after the Purchase Date." Seventeen weekly payments of Finance Charge; full Purchase Amount at maturity. |
| **Advances (38)** | Purchase Dates 1/23/2024 – 5/30/2024 |
| **Rate on every advance — 0.0997% per day** | 36.39% |
| **Rate on every advance — 0.1096% per day** | 40.00% |
| **Fees at inception** | None. Each Purchase Amount equals the supplier invoice (with sales tax). Billd charged no Purchase Fee to Sherwood. |
| **Modification fees (6 advances, 5/21/2024)** | 10,782.06 |
| **Six modified advances — rate over the extension** | 48.56% |
| **Six modified advances — rate over the extension (high)** | 48.76% |
| **Six modified advances — rate over entire life (most favorable to Billd)** | 40.45% |
| **Consolidated — all 38 advances, stated terms, plus the six extensions and fees** | 39.60% |
| **Criminal thresholds** | Over 25% per annum: misdemeanor, § 687.071(2). Over 45%: third-degree felony, § 687.071(3). |

**Billd Exchange — each advance measured at inception over its stated 120-day term (Fla. Stat. § 687.03(3); St. Petersburg Bank & Trust v. Hamm)**

Source: Purchase Statements (Billd complaint, Comp. Ex. B/C); weekly payments and Purchase Date from Billd payment ledger (MSJ filed 11/20/2025); balances from Claim 10-1. Purchase Amount = supplier invoice incl. sales tax — no Purchase Fee charged at inception.

| Advance | Purchase Date | Stated Maturity (120th day) | Stated Term (days) | Purchase Amount | Daily Contract Rate | Weekly Payment (stated) | 17 Weekly Payments | Finance Charge over Stated Term | Fees at Inception | Effective Rate per Annum (stated term) | Over 25% (§ 687.071(2))? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cherry Village_MF_35 | 1/23/2024 | 5/22/2024 | 120 | 31,036.53 | 0.0997% | 218.42 | 3,713.14 | 3,713.21 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_36 | 1/23/2024 | 5/22/2024 | 120 | 72,611.82 | 0.0997% | 511.02 | 8,687.34 | 8,687.28 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_39 | 1/23/2024 | 5/22/2024 | 120 | 31,986.62 | 0.0997% | 225.11 | 3,826.87 | 3,826.88 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_37 | 1/24/2024 | 5/23/2024 | 120 | 136,980.41 | 0.0997% | 964.02 | 16,388.34 | 16,388.34 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_38 | 1/24/2024 | 5/23/2024 | 120 | 78,071.48 | 0.0997% | 549.44 | 9,340.48 | 9,340.47 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_40 | 1/26/2024 | 5/25/2024 | 120 | 192,094.10 | 0.0997% | 1,351.89 | 22,982.13 | 22,982.14 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_43 | 2/5/2024 | 6/4/2024 | 120 | 26,106.84 | 0.0997% | 183.73 | 3,123.41 | 3,123.42 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_45 | 2/13/2024 | 6/12/2024 | 120 | 5,669.17 | 0.0997% | 39.90 | 678.30 | 678.26 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_19 | 2/14/2024 | 6/13/2024 | 120 | 9,592.80 | 0.0997% | 67.51 | 1,147.67 | 1,147.68 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_46 | 2/16/2024 | 6/15/2024 | 120 | 16,078.77 | 0.0997% | 113.16 | 1,923.72 | 1,923.66 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_20 | 2/22/2024 | 6/21/2024 | 120 | 12,110.76 | 0.0997% | 85.23 | 1,448.91 | 1,448.93 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_21 | 3/4/2024 | 7/2/2024 | 120 | 2,456.85 | 0.0997% | 17.29 | 293.93 | 293.94 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_48 | 3/7/2024 | 7/5/2024 | 120 | 1,861.80 | 0.0997% | 13.10 | 222.70 | 222.75 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_24 | 3/8/2024 | 7/6/2024 | 120 | 1,057.59 | 0.0997% | 7.44 | 126.48 | 126.53 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_22 | 3/11/2024 | 7/9/2024 | 120 | 5,238.02 | 0.0997% | 36.86 | 626.62 | 626.68 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_49 | 3/12/2024 | 7/10/2024 | 120 | 32,808.70 | 0.0997% | 230.90 | 3,925.30 | 3,925.23 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_50 | 3/12/2024 | 7/10/2024 | 120 | 19,185.00 | 0.0997% | 135.02 | 2,295.34 | 2,295.29 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_51 | 3/14/2024 | 7/12/2024 | 120 | 642.08 | 0.0997% | 4.52 | 76.84 | 76.82 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_52 | 3/14/2024 | 7/12/2024 | 120 | 4,315.17 | 0.0997% | 30.37 | 516.29 | 516.27 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_53 | 3/14/2024 | 7/12/2024 | 120 | 2,795.97 | 0.0997% | 19.68 | 334.56 | 334.51 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_25 | 3/21/2024 | 7/19/2024 | 120 | 5,875.21 | 0.0997% | 41.35 | 702.95 | 702.91 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_26 | 3/21/2024 | 7/19/2024 | 120 | 8,990.12 | 0.0997% | 63.27 | 1,075.59 | 1,075.58 | 0.00 | 36.39% | YES — over 25% |
| Cherry Village_MF_54 | 3/25/2024 | 7/23/2024 | 120 | 50,877.94 | 0.0997% | 358.06 | 6,087.02 | 6,087.04 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_27 | 3/26/2024 | 7/24/2024 | 120 | 8,830.06 | 0.0997% | 62.14 | 1,056.38 | 1,056.43 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_30 | 3/28/2024 | 7/26/2024 | 120 | 1,866.08 | 0.0997% | 13.13 | 223.21 | 223.26 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_28 | 3/29/2024 | 7/27/2024 | 120 | 924.48 | 0.0997% | 6.51 | 110.67 | 110.60 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_29 | 3/29/2024 | 7/27/2024 | 120 | 1,214.45 | 0.0997% | 8.55 | 145.35 | 145.30 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_31 | 4/1/2024 | 7/30/2024 | 120 | 3,676.21 | 0.0997% | 25.87 | 439.79 | 439.82 | 0.00 | 36.39% | YES — over 25% |
| Austin Commons_MF_32 | 4/3/2024 | 8/1/2024 | 120 | 8,675.27 | 0.1096% | 67.12 | 1,141.04 | 1,140.97 | 0.00 | 40.00% | YES — over 25% |
| Cherry Village_MF_56 | 4/9/2024 | 8/7/2024 | 120 | 3,305.97 | 0.1096% | 25.58 | 434.86 | 434.80 | 0.00 | 40.00% | YES — over 25% |
| Cherry Village_MF_58 | 4/22/2024 | 8/20/2024 | 120 | 6,828.00 | 0.1096% | 52.82 | 897.94 | 898.02 | 0.00 | 40.00% | YES — over 25% |
| Austin Commons_MF_34 | 4/23/2024 | 8/21/2024 | 120 | 3,084.81 | 0.1096% | 23.87 | 405.79 | 405.71 | 0.00 | 40.00% | YES — over 25% |
| Cherry Village_MF_59 | 4/24/2024 | 8/22/2024 | 120 | 3,531.00 | 0.1096% | 27.32 | 464.44 | 464.40 | 0.00 | 40.00% | YES — over 25% |
| Cherry Village_MF_60 | 4/24/2024 | 8/22/2024 | 120 | 9,416.00 | 0.1096% | 72.85 | 1,238.45 | 1,238.39 | 0.00 | 40.00% | YES — over 25% |
| Austin Commons_MF_35 | 4/25/2024 | 8/23/2024 | 120 | 16,916.53 | 0.1096% | 130.87 | 2,224.79 | 2,224.86 | 0.00 | 40.00% | YES — over 25% |
| Austin Commons_MF_36 | 5/2/2024 | 8/30/2024 | 120 | 8,668.44 | 0.1096% | 67.06 | 1,140.02 | 1,140.07 | 0.00 | 40.00% | YES — over 25% |
| Cherry Village_MF_61 | 5/24/2024 | 9/21/2024 | 120 | 14,584.67 | 0.1096% | 112.83 | 1,918.11 | 1,918.18 | 0.00 | 40.00% | YES — over 25% |
| Cherry Village_MF_62 | 5/30/2024 | 9/27/2024 | 120 | 9,891.79 | 0.1096% | 76.53 | 1,301.01 | 1,300.97 | 0.00 | 40.00% | YES — over 25% |
| **Total / weighted** | | | | **849,857.51** | | | **102,685.78** | **102,685.59** | **0.00** | **36.75%** | |

**The six Modified Purchase Statements signed May 21, 2024 — each a renewal/forbearance and a new "extension of credit," Fla. Stat. § 687.071(1)(d)**

2% Modification Fee per Claim 10-1 "Total Fees" column and the Modified Purchase Amounts (Billd complaint, Comp. Ex. B); the contract rate kept running through the extension. Three measures, from the shortest term to the longest — every one exceeds 25%.

| Advance | Purchase Date | Original Maturity | Modification Signed | Modified Maturity | Principal Extended | Modification Fee | Fee % of Principal | Daily Contract Rate | Rate — fee over extension (orig. maturity → modified maturity) | Rate — fee from signing (5/21/24 → modified maturity) | Rate — fee over entire life (Purchase Date → modified maturity) | Over 45% (felony band) on extension measure? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cherry Village_MF_35 | 1/23/2024 | 5/22/2024 | 5/21/2024 | 7/21/2024 | 31,036.53 | 620.73 | 2.00% | 0.0997% | 48.56% | 48.36% | 40.45% | YES |
| Cherry Village_MF_36 | 1/23/2024 | 5/22/2024 | 5/21/2024 | 7/21/2024 | 72,611.82 | 1,452.24 | 2.00% | 0.0997% | 48.56% | 48.36% | 40.45% | YES |
| Cherry Village_MF_39 | 1/23/2024 | 5/22/2024 | 5/21/2024 | 7/21/2024 | 31,986.62 | 639.73 | 2.00% | 0.0997% | 48.56% | 48.36% | 40.45% | YES |
| Cherry Village_MF_37 | 1/24/2024 | 5/23/2024 | 5/21/2024 | 7/21/2024 | 133,302.45 | 2,666.05 | 2.00% | 0.0997% | 48.76% | 48.36% | 40.47% | YES |
| Cherry Village_MF_38 | 1/24/2024 | 5/23/2024 | 5/21/2024 | 7/21/2024 | 78,071.48 | 1,561.43 | 2.00% | 0.0997% | 48.76% | 48.36% | 40.47% | YES |
| Cherry Village_MF_40 | 1/26/2024 | 5/25/2024 | 5/21/2024 | 7/24/2024 | 192,094.10 | 3,841.88 | 2.00% | 0.0997% | 48.56% | 47.80% | 40.45% | YES |
| **Total** | | | | | **539,103.00** | **10,782.06** | | | | | | |