**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: October 7, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26−bk−05426−GER
Chapter 11

Canaveral Crossroads, LLC

Sherwood Construction, Inc.

Debtor* /

***ORDER OVERRULING OBJECTION TO CLAIM NO. 6−1 OF MICHAEL MCPHILLIPS***

THIS CASE came on for consideration, without hearing, of the Objection to Claim No. 6−1 of Michael McPhillips filed by movant's/filer's name , Doc. # 67 . After review, the Court determines that the objection is deficient as follows:

Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007−1(b).

Accordingly it is

***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.