UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 6:26-bk-05426-GER<br>Chapter 11 |
| CANAVERAL CROSSROADS, LLC,<br>Debtor. | Jointly Administered with<br>Case No. 6:26-bk-05428-GER |
| SHERWOOD CONSTRUCTION, INC.,<br>Debtor.<br>_______________________________________/ | |

**JOINT NOTICE OF UNAVAILABILITY OF COUNSEL**

Christopher L. Smith, counsel for both Debtors, Canaveral Crossroads, LLC and Sherwood Construction, Inc., will be unavailable from October 26, 2026, through November 6, 2026.

During that period he is lead counsel in the trial of State of Florida v. Jason Wallace, Case No. 2023-CF-004313, a first-degree murder and kidnapping case pending in the Circuit Court for Pasco County, Florida. The trial is set for a time certain.

Counsel asks that no hearing, deposition, or other matter requiring his attendance be set in these jointly administered cases during that period, and that no response deadline fall within it.

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, I filed this Joint Notice of Unavailability of Counsel with the clerk of court through the CM/ECF system, which served it electronically on every party registered for electronic notice in these jointly administered cases.

/s/ Christopher L. Smith
Christopher L. Smith, Esq.
Florida Bar No. 367461
Fromang & Smith, P.A.
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
chris@fromangsmith.com
Counsel for the Debtors,
Canaveral Crossroads, LLC and
Sherwood Construction, Inc.