# EXHIBIT 1

**THIS INSTRUMENT PREPARED BY
AND SHOULD BE RETURNED TO:**

**Bates Law, PLLC
111 N. Orange Ave., Ste. 800
Orlando, FL 32801**

# QUIT CLAIM DEED

**THIS QUIT CLAIM DEED,** made and executed this 17th day of May, 2021, by **Canaveral Crossroads, LLC,** an organization whose address is 201 Ivory Coral Lane, Merritt Island, FL 32953 (hereinafter collectively referred to as the "Grantor") to **IMQA Investments, Incorporated**, an organization whose mailing address is P.O. Box 1567, Orlando, FL 32802 (hereinafter referred to as the "Grantee"):

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations, partnerships [including joint ventures], public bodies and quasi-public bodies.)

## WITNESSETH:

**THAT** the Grantors, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby remise, release and quit-claim unto the Grantee forever all the right, title, interest, claim and demand which Grantors have in and to that certain land situated in Brevard County, Florida, to wit:

**202 Ivory Coral Lane, Unit 506, Merritt Island, Florida 32953**

**Condominium Unit 506**, CAPE CROSSING, a Condominium, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof, recorded in Official Records Book 8418, Page 1832, together with any amendments thereto, Public Records of Brevard County, Florida.

**TO HAVE AND TO HOLD,** the same together with all and singular, the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the Grantor, either in law or in equity, to the only proper use, benefit and behoof of the Grantee forever.

**IN WITNESS WHEREOF,** the Grantor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, on the day and year first above written.

Signed, sealed and delivered
in the presence of:

Signature

Julie Herring
Print/Type Name

Signature

Gabrielle Milotte
Print/Type Name

**Canaveral Crossroads, LLC**

Martin C. Flynn, Jr.
Print/Type Name

President of Homemakers Management Corporation, sole Managing Member of Canaveral Crossroads, LLC
Title

STATE OF FLORIDA)
COUNTY OF ORANGE)

**I HEREBY CERTIFY** that on this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared Martin Flynn who [ X ] is personally known to me or [___] produced as identification.

**WITNESS** my hand and official seal in the County and State last aforesaid this 12th day of August, 2021.

Alexandra M. Lozcano
Notary Public
State of Florida
Comm# HH077969
Expires 1/6/2025

(NOTARIAL SEAL)

Signature of Notary
Print Name Alexandra Lozcano
My Commission Number: HH077969
My Commission Expires: 1/6/2025