# EXHIBIT 2

Prepared by and return to:
This instrument prepared by: **Alison Pitkanen**
**Alison Pitkanen Law Firm LLC**
**10524 Moss Park Road**
**Suite 204-101**
**Orlando, FL 32832**
**(407) 449-0037**
File No.: **2022-8**

[Space Above This Line For Recording Data]

# WARRANTY DEED

**This Warranty Deed** Made this **26th day of July, 2022** by **CANAVERAL CROSSROADS, LLC**, a Florida limited liability company, hereinafter called the grantor, whose post office address is: 518 Magnolia Ave, Ste. 110, Orlando, FL 32801.

to: **IMQA INVESTMENTS, INCORPORATED, a Florida Corporation** whose post office address is: 518 S. Magnolia Ave, Ste. 110, Orlando, FL 32801 hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of Ten ($10.00) Dollars, and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situated in **Brevard County, Florida**, viz:

Unit 100 of Cape Crossing, a Condominium according to the Declaration of Condominium thereof recorded in Official Records Book 8418, Page 1832, of the Public Records of Brevard County, Florida, and all amendments thereto, together with its undivided share in the common elements.

This property is not the homestead of the Grantor (s).

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to, reservations, restrictions and easements of record, if any.

(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates)

**IN WITNESS WHEREOF**, Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, Sealed and Delivered in Our Presence:

**CANAVERAL CROSSROADS, LLC**

**JLALF, Incorporated, its Manager**

David Ruiz
Witness

By: William, K. Jones, as President

Witness

State of Florida
County of Orange

The foregoing instrument was acknowledged before me by William K. Jones, as President of JLALF Incorporated, who is the Manager of CANAVERAL CROSSROADS, LLC by means of [✓] physical presence or [ ] online notarization, this 26th day of July 2022 by William K. Jones who [ ] is personally known or [✓] has produced a driver's license as identification.

[Seal]

Notary Public
Print Name: Janelle Morea
My Commission Expires: 1/5/2025

Janelle Morea
Notary Public
State of Florida
Comm# HH077342
Expires 1/5/2025