# EXHIBIT 3

Filing # 227261962 E-Filed 07/15/2025 10:57:05 AM

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT OF FLORIDA IN AND FOR BREVARD COUNTY**

**CASE NO.**

**PAUL RENE, JR.**

**Plaintiff,**

**vs.**

**CANAVERAL CROSSROADS, LLC; IMQA INVESTMENTS, INCORPORATED; HOMEMAKERS REAL ESTATE LLC; PARKE FINANCIAL LP; CHERRY VILLAGE GP LLC; HORTONS S. JOHNSON; JAMES N. PONSON, AS TRUSTEE OF THE JAMES N. PONSON & MARTHA E. PONSON REVOCABLE LIVING TRUST; MARTHA E. PONSON, AS TRUSTEE OF THE JAMES N. PONSON & MARTHA E. PONSON REVOCABLE LIVING TRUST; CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.; CAPE CROSSING RESORT MANAGEMENT, INC.; UNKNOWN TENANT IN POSSESSION 1; UNKNOWN TENANT IN POSSESSION 2; UNKNOWN TENANT IN POSSESSION 3; UNKNOWN TENANT IN POSSESSION 4,**

Defendants.

---

## NOTICE OF LIS PENDENS

YOU ARE HEREBY THE NOTICED OF THE FOLLOWING:

Plaintiff **PAUL RENE, JR.** has instituted this action against you seeking to foreclose a mortgage with respect to the property described below:

CONDOMINIUM UNIT 100, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORDS BOOK 8418, PAGE 1832, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

202 IVORY CORAL LN UNIT 100, MERRITT ISLAND, FL 32953
PARCEL NUMBER: 24-36-11-00-506

CONDOMINIUM UNIT 506, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 8418, PAGE 1832, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

202 IVORY CORAL LN UNIT 506, MERRITT ISLAND, FL 32953
PARCEL NUMBER: 24-36-11-00-506.34

DATED: July 15, 2025

/s/ Michael J. Stites, Jr.

________________________

Michael J. Stites, Esq.
P.O. Box 1601
Winter Park, FL 32790
Phone: (407) 476-4372
E-Mail: MichaelJohn@StitesLaw.com
FL Bar No. : 101412
*Attorney for Lender/Plaintiff*