# EXHIBIT 4

Filing # 251290942 E-Filed 06/26/2026 12:15:38 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

PAUL RENE, JR., CASE NO.: 05-2025-CA-038877-XXXX

Plaintiff,

v.

CANAVERAL CROSSROADS, LLC; IMQA INVESTMENTS, INC.; HOMEMAKERS REAL ESTATE LLC; PARKE FINANCIAL LP; CHERRY VILLAGE GP LLC; HORTONS S. JOHNSON; JAMES N. PONSON, as Trustee of the James N. Ponson & Martha E. Ponson Revocable Living Trust; MARTHA E. PONSON, as Trustee of the James N. Ponson & Martha E. Ponson Revocable Living Trust; CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.; CAPE CROSSING TOWNHOMES; CAPE CROSSING RESORT MANAGEMENT, INC.; UNKNOWN TENANT(S) IN POSSESSION 1–4,

Defendants.
_______________________________________/

**NOTICE OF LIS PENDENS**

TO: THE ABOVE-NAMED PARTIES AND ALL OTHERS WHOM IT MAY CONCERN:
**YOU ARE NOTIFIED OF THE FOLLOWING:**

NOTICE IS HEREBY GIVEN that the above-captioned action is pending in the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, and directly affects title to the following-described real property.

On January 12, 2026, the parties entered into a written Settlement Agreement resolving the disputes that are the subject of this action. Pursuant to the Settlement Agreement, Defendants James N. Ponson and Martha E. Ponson, as Co-Trustees of the James N. Ponson & Martha E. Ponson Revocable Living Trust (the "Ponson Trust"), fully performed their obligations under the Settlement Agreement, including dismissal of the actions required thereunder. In exchange, the Settlement Agreement requires, among other things, that title to the real property described below ultimately be conveyed to the Ponson Trust through the procedures set forth in the Settlement Agreement.

The Ponson Trust has filed an *Emergency Motion to Enforce Settlement Agreement* seeking, among other relief:

1. A determination that the Settlement Agreement is valid and enforceable;

2. Specific performance compelling compliance with the Settlement Agreement;

3. An order requiring Plaintiff and the remaining parties to either immediately convey the real property to the Ponson Trust or immediately complete the contemplated foreclosure proceedings and thereafter convey title to the Ponson Trust in accordance with the Settlement Agreement; and

4. An order prohibiting any transfer, conveyance, encumbrance, or sale of the real property pending further order of the Court.

Accordingly, this action directly affects title to and the right to convey the following-described real property situated in Brevard County, Florida.

Commonly known as: 202 Ivory Coral Lane, Unit 506, Merritt Island, Florida 32953.

Legal Description:

> Condominium Unit 506, CAPE CROSSING, a Condominium, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof, recorded in Official Records Book 8418, Page 1832, together with any amendments thereto, Public Records of Brevard County, Florida.

This Notice of Lis Pendens is recorded to provide notice that the above-described property is the subject of pending litigation seeking specific performance and other equitable relief affecting title to the property. Any person acquiring an interest in the property does so subject to the outcome of this action.

Dated: June 26, 2026.

**GORDON & THALWITZER**
299 N. Orlando Ave.
Cocoa Beach, FL 32931
T.321-799-4777

**/s/ Aaron Thalwitzer**
Aaron B. Thalwitzer, Esq.
Florida Bar No. 42591
Aaron@brevardlegal.com
eservice@brevardlegal.com
Justin Falatek, Esq.
Florida Bar No. 92369
JFalatek@brevardlegal.com
*Attorneys for Defendants, James N. Ponson and Martha E. Ponson, as Co-Trustees of the James N. Ponson & Martha E. Ponson Revocable Living Trust*