# EXHIBIT 5

This Instrument Prepared By & Return To:
Kenneth Jones
4921 Gran Lac Ave
Belle Isle, FL 32812

Rec.
Doc Stamps $ 0.00

**Deed in Lieu of Foreclosure**

THIS DEED IN LIEU OF FORECLOSURE ("Deed"), dated as of October 6, 2025, between **IMQA INVESTMENTS INCORPORATED**, a Florida corporation, having an address at 4409 HOFFNER AVENUE #348 Orlando, FL 32812 ("Grantor"), and **PARKE FINANCIAL LIMITED PARTNERSHIP**, a Florida limited partnership, having an address at 1627 E Vine Street, Suite E, Kissimmee, FL 34744 ("Grantee").

WITNESSETH, that Grantor, for and in consideration of Ten and No/100 Dollars ($10.00), lawful money of the United States, and other good and valuable consideration, the receipt of which is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms to Grantee, its successors and assigns forever,

ALL that certain plot, piece, or parcel of land situated, lying, and being in Brevard County, Florida attached hereto and incorporated herein by reference (the "Land"), to wit:

**Unit 506 of Cape Crossing, a Condominium according to the Declaration of Condominium thereof recorded in Official Records Book 8418, Page 1832, of the Public Records of Brevard County, Florida, and all amendments thereto, together with its undivided share in the common elements.**

**And**

**Unit 100 of Cape Crossing, a Condominium according to the Declaration of Condominium thereof recorded in Official Records Book 8418, Page 1832, of the Public Records of Brevard County, Florida, and all amendments thereto, together with its undivided share in the common elements.**

TOGETHER with all buildings, foundations, structures, and other improvements and fixtures, erected, installed, or located in, on, or at the Land (collectively, the "Improvements"), TOGETHER with all of Grantor's right, title, and interest, if any, in and to all easements, rights of way, and other rights appurtenant to the Land, TOGETHER with all of Grantor's right, title, and interest, if any, to any streets and roads abutting, in front of, or adjoining the Land to the center lines thereof, TOGETHER with the appurtenances and all of the estate and rights of the

Grantor in and to the Land and the Improvements subject only to the matters identified on Schedule 1 attached hereto (collectively, the "Property").

TO HAVE AND TO HOLD the same in fee simple forever. The Grantor hereby warrants title to the Property and will defend the same against the lawful claims of all persons claiming by, through, or under the Grantor, but not otherwise.

This Deed is being given as a deed in lieu of foreclosure and is an absolute, present, unconditional, and irrevocable conveyance of title to the Property, in effect as well as form, and is not intended as a mortgage, trust conveyance, or security of any kind. There is no agreement for Grantee or anyone else to reconvey the Property to Grantor under any circumstances whatsoever.

Grantor acknowledges, represents, and confirms that this transaction is fair and equitable based on Grantor's reasonable determination of the value and financial condition of the Property. Grantor understands the effect of the delivery of this Deed to Grantee and is acting freely and voluntarily and is not under any coercion or duress. Grantor acknowledges, represents, and confirms that by the delivery of this Deed, Grantor is not rendered insolvent and this Deed is not being delivered for the purpose of defrauding creditors or avoiding any payment of any of its debts.

It is the purpose and intent of Grantor and Grantee that the conveyance of the Property to Grantee pursuant to this Deed shall not be deemed a satisfaction of that certain MORTGAGE dated as of July 26, 2022 recorded in Official Records Book 9606, Page 2325, of the Public Records of Brevard County, Florida (the "Mortgage") nor the indebtedness it secures, it being the express intent of the Grantor and Grantee that such Mortgage and the indebtedness it secures shall remain in full force and effect as a valid and continuing lien on the Property, separate and apart from any other interest of Grantee or any other person in the Property and shall not merge into the fee interest conveyed to Grantee hereby.
Grantor agrees to execute any additional documents that Grantee may reasonably deem necessary or desirable to carry out the purposes hereof.

Grantee acknowledges the material defaults under the Mortgage, including but not limited to the failure to pay real estate taxes even after being provided with notice of a tax sale of the Property scheduled to occur on October 16, 2025.

Grantor further reserves the right to pursue a deficiency judgment against IMQA INVESTMENTS INCORPORATED.

The words "Grantor" and "Grantee" shall be construed as if they read "Grantors" or "Grantees," respectively, whenever the sense of this Deed requires.

IN WITNESS WHEREOF, the Grantor has executed this Deed in Lieu of Foreclosure as of the day and year first above written.

Signed, sealed, and delivered in the presence of:

Jacqueline Heredia
Witness 1 Signature
Jacqueline Heredia
Printed Name of Witness 1
Address of Witness:
4102 Orange Tree Ct
St. Cloud, FL 34769

IMQA INVESTMENTS INCORPORATED

By: [signature]
Name: William Kenneth Jones
As Agent & Attorney-in-fact
for IMQA Investments Incorporated
Power of Attorney instrument dated
July 25, 2022

[signature]
Witness 2 Signature
Maria Colón-De Jesus
Printed Name of Witness 2

Address of Witness:
3805 Elk Bluff Rd
St. Cloud, FL 34772

**STATE OF FLORIDA**
**COUNTY OF** Osceola

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization this 6th day of October 2025 by William Kenneth Jones, as the agent and attorney-in-fact, an on behalf of IMQA INVESTMENTS INCORPORATED, a Florida corporation, and is personally known to me or has produced FL Drivers License as identification.

CONNIE J. SCHNECKENBERG
MY COMMISSION # HH 201488
EXPIRES: February 7, 2026
Bonded Thru Notary Public Underwriters
NOTARY PUBLIC STATE OF FLORIDA

[signature]
(Notary Signature)

Schedule 1
Permitted Exceptions

1. Terms, covenants, conditions, restrictions, easements, assessments and possible liens created by and set forth in the Declaration of Covenants, Conditions and Restrictions for Cape Crossing Resort and Marina Living recorded May 31, 2016, in O.R. Book 7626, Page 1609, of the Public Records of Brevard County, Florida.

2. All the covenants, conditions, restrictions, easements, assessments and possible liens, terms and other provisions of Declaration of Condominium and Exhibits thereto, recorded in O.R. Book 8418, Page 1832; and Amendment(s) thereto recorded in O.R. Book 8802, Page 1136, of the Public Records of Brevard County, Florida.

3. Florida Power and Light Easement recorded in O.R. Book 1952, Page 321 and O.R. Book 2375, Page 1011, Public Records of Brevard County, Florida.

4. Easement recorded in O.R. Book 7502, Page 1471, Public Records of Brevard County, Florida.

5. Drainage Easement Agreement recorded in O.R. Book 7576, Page 274, Public Records of Brevard County, Florida.

6. Power and Light Underground Easement recorded in O.R. Book 7586, Page 2841, Public Records of Brevard County, Florida.

7. Drainage Easement recorded in O.R. Book 7687, Page 608, Public Records of Brevard County, Florida.

8. Recorded Notice of Environmental Resource Permit recorded in O.R. Book 7467, Page 2595, Public Records of Brevard County, Florida.

9. Resolution(s) naming Streets recorded in O.R. Book 1401, Page 447, O.R. Book 2582, Page 2431, O.R. Book 2636, Page 503 and O.R. Book 7378, Page 374, Public Records of Brevard County, Florida.