In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.

Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

Debtor’s Objection to Claim 7-1 of Cherry Village GP, LLC

# EXHIBIT 4

Application and Certificate for Payment No. 16 (AIA G702–G703), period ending June 25, 2024.

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE 1 OF PAGES

TO OWNER: **Cherry Village, L.P.**
**1011 Cherry Ave Nashville, TN 37201**

PROJECT: **Rehab. Of Cherry Village**
**421 NE 12th Ave., Homestead Fl.**

APPLICATION NO: **16**

Distribution to:
- [X] OWNER
- [X] ARCHITECT
- [X] CONTRACTOR
- [ ] Owner's Rep
- [ ]

FROM CONTRACTOR:
**Sherwood Construction**
**5526 Hansel Ave., Edgewood Fl**

VIA ARCHITECT:

PERIOD TO: **06/25/24**

ARCHITECT'S PROJECT NO:

CONTRACT FOR: **Rehabilitation of Cherry Village**

CONTRACT DATE: 12/10/20

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 6,724,492 |
| 2. Net change by Change Orders | $ | 1,007,223 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 7,731,715 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column I on G703) | $ | 6,588,913 |
| 5. RETAINAGE: | | |
| a. 10% of Completed Work (Column F + G on G703) | $ | 563,712 |
| b. 10% of Stored Material (Column H on G703) | $ | 95,179 |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 658,891 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 5,930,021 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 5,811,435 |
| 8. CURRENT PAYMENT DUE | $ | **118,586** |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 1,801,694 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 1,007,223 | |
| Total approved this Month | - | |
| TOTALS | $ 1,007,223 | $0.00 |
| NET CHANGES by Change Order | **$1,007,223** | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:**

By: ______________________ Date: __________

State of: County of:
Subscribed and sworn to before me this day of
Notary Public: ______________________
My Commission expires: ______________

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED . . . . . . . . . . $ 118,586**

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ______________________ Date: __________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET

*AIA DOCUMENT G703* Page of

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

**APPLICATION NO:** 16
**APPLICATION DATE:** 6/25/24
**PERIOD TO:** 6/25/24
**ARCHITECT'S PROJECT NO:**

| A | B | C | D | E | F | G | H | I | J | *K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | WORK COMPLETED | | | | % | BALANCE | RETAINAGE |
| Div. | DESCRIPTION OF WORK | SCHEDULED VALUE | APPROVED REALLOCATIONS / CHANGE ORDERS | REVISED VALUE | FROM PREVIOUS APPLICATION (F + G) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN F OR G) | TOTAL COMPLETED AND STORED TO DATE (F+G+H) | (I ÷ C) | TO FINISH (C - I) | (IF VARIABLE RATE) |
| 3 | Concrete | $ 70,000 | | $ 70,000 | | | | | | $ 70,000 | 0 |
| 5 | Metals | $ 94,500 | | $ 94,500 | $ 49,801 | | | $ 49,801 | 53% | $ 44,699 | 4,980 |
| 6 | Rough Carpentry | $ 250,500 | | $ 250,500 | $ 172,884 | $ 7,665 | | $ 180,549 | 72% | $ 69,951 | 18,055 |
| 6 | Finish Carpentry | $ 125,200 | | $ 125,200 | $ 82,751 | $ 3,881 | $ 25,000 | $ 111,632 | 89% | $ 13,568 | 11,163 |
| 7 | Roofing | $ 356,250 | | $ 356,250 | $ 317,168 | $ - | $ 39,082 | $ 356,250 | 100% | $ - | 35,625 |
| 7 | Sheet Metal | $ 45,000 | | $ 45,000 | $ 3,870 | $ 1,377 | | $ 5,247 | 12% | $ 39,753 | 525 |
| 8 | Doors | $ 164,280 | | $ 164,280 | $ 140,677 | $ 527 | $ 23,603 | $ 164,807 | 100% | $ (527) | 16,481 |
| 8 | Windows | $ 5,000 | | $ 5,000 | $ 5,000 | $ 153 | | $ 5,153 | 103% | $ (153) | 515 |
| 9 | Drywall | $ 284,500 | | $ 284,500 | $ 263,460 | $ - | $ 21,041 | $ 284,501 | 100% | $ (1) | 28,450 |
| 9 | Resilient Floors | $ 380,000 | | $ 380,000 | $ 235,066 | $ 11,628 | $ 135,000 | $ 381,694 | 100% | $ (1,694) | 38,169 |
| 9 | Painting and decorating | $ 189,900 | | $ 189,900 | $ 119,946 | $ 5,811 | $ 2,900 | $ 128,657 | 68% | $ 61,243 | 12,866 |
| 10 | Specialties | $ 9,000 | | $ 9,000 | $ 4,911 | $ 275 | | $ 5,186 | 58% | $ 3,814 | 519 |
| 11 | Cabinets | $ 454,905 | | $ 454,905 | $ 292,547 | $ 18,920 | $ 140,000 | $ 451,467 | 99% | $ 3,438 | 45,147 |
| 11 | Appliances | $ 372,800 | | $ 372,800 | $ 266,681 | $ - | $ 110,000 | $ 376,681 | 101% | $ (3,881) | 37,668 |
| 12 | Blind and shades, Artwork | $ 15,000 | | $ 15,000 | $ 7,801 | $ 459 | | $ 8,260 | 55% | $ 6,740 | 826 |
| 14 | Elevators | $ 163,742 | | $ 163,742 | $ 69,411 | $ 5,011 | $ 53,860 | $ 128,282 | 78% | $ 35,460 | 12,828 |
| 15 | Plumbing and Hot Water | $ 809,400 | | $ 809,400 | $ 633,754 | $ 24,768 | $ 94,500 | $ 753,022 | 93% | $ 56,378 | 75,302 |
| 15 | Air Conditioning | $ 985,500 | | $ 985,500 | $ 797,159 | $ 30,156 | $ 140,000 | $ 967,315 | 98% | $ 18,185 | 96,732 |
| 16 | Electrical | $ 251,500 | | $ 251,500 | $ 176,409 | $ - | $ 74,000 | $ 250,409 | 100% | $ 1,091 | 25,041 |
| | Accesory Buiding | $ 311,100 | | $ 311,100 | $ 134,400 | - | | $ 134,400 | 43% | $ 176,700 | 13,440 |
| 2 | Earth Work | $ 48,600 | | $ 48,600 | $ 20,000 | | | $ 20,000 | 41% | $ 28,600 | 2,000 |
| 2 | Site Utilities | $ 42,000 | | $ 42,000 | $ 10,000 | | | $ 10,000 | 24% | $ 32,000 | 1,000 |
| 2 | Roads and Walks | $ 10,000 | | $ 10,000 | $ - | | | | | $ 10,000 | 0 |
| 2 | Site Improvement | $ 410,000 | | $ 410,000 | $ 270,288 | | $ 92,808 | $ 363,096 | 89% | $ 46,904 | 36,310 |
| 2 | Lawns and Planting | $ 50,000 | | $ 50,000 | | | | | | $ 50,000 | 0 |
| | ***Original Contract Sub-total*** | | | ***$ 5,898,677*** | ***$ 4,073,984*** | ***$ 110,631*** | ***$ 951,794*** | ***$ 5,136,409*** | | ***$ 762,268*** | ***$ 513,641*** |
| | **Change Orders** | | | | | | | | | $ - | 0 |
| | Change Order 1 - Time Extension | | $ - | $ - | | | | | | $ - | 0 |
| | Change Order 2 - Rough Carpentry | | $ 32,155 | $ 32,155 | $ 13,000 | | | $ 13,000 | 40% | $ 19,155 | 1,300 |
| | Change Order 2 - Roof | | $ 329,633 | $ 329,633 | $ 279,633 | | | $ 279,633 | 85% | $ 50,000 | 27,963 |
| | Change Order 2 - Doors | | $ 166,470 | $ 166,470 | $ 124,654 | | | $ 124,654 | 75% | $ 41,816 | 12,465 |
| | Change Order 2 - Windows | | $ 119,950 | $ 119,950 | $ 115,000 | $ 4,950 | | $ 119,950 | 100% | $ - | 11,995 |
| | Change Order 2 - Drywall | | $ 235,320 | $ 235,320 | $ 222,990 | | | $ 222,990 | 95% | $ 12,330 | 22,299 |
| | ***C.O. Sub-Total*** | | | ***$ 883,528*** | ***$ 755,277*** | ***$ 4,950*** | ***$ -*** | ***$ 760,227*** | | ***$ 123,301*** | ***$ 76,023*** |
| 1 | General Requirements | | $ 53,012 | $ 53,012 | $ 45,317 | $ 297 | | $ 45,614 | 86% | $ 7,398 | 4,561 |
| | Builder's Overhead | | $ 17,671 | $ 17,671 | $ 15,106 | $ 99 | | $ 15,205 | 86% | $ 2,466 | 1,520 |
| | Builder's Profit | | $ 53,012 | $ 53,012 | $ 45,317 | $ 297 | | $ 45,614 | 86% | $ 7,398 | 4,561 |
| | ***C.O. Totals for OH/P/GR*** | | | ***$ 123,694*** | ***$ 105,739*** | ***$ 693*** | ***$ -*** | ***$ 106,432*** | | ***$ 17,262*** | ***$ 10,643*** |
| | **TOTAL Change Order** | | $ 1,007,223 | **$ 1,007,223** | **$ 861,016** | **$ 5,643** | **$ -** | **$ 866,659** | | **$ 140,563** | **$ 86,666** |
| | | | | | | | | | | $ - | 0 |
| 1 | General Requirements | $ 353,921 | $ - | $ 353,921 | $ 244,439 | $ 6,638 | | $ 251,077 | 71% | $ 102,844 | 25,108 |
| | Builder's Overhead | $ 117,974 | $ - | $ 117,974 | $ 81,480 | $ 2,213 | | $ 83,693 | 71% | $ 34,281 | 8,369 |
| | Builder's Profit | $ 353,921 | $ - | $ 353,921 | $ 244,439 | $ 6,638 | | $ 251,077 | 71% | $ 102,844 | 25,108 |
| | ***Original Contract totals for OH/P/GR*** | | | ***$ 825,815*** | ***$ 570,358*** | ***$ 15,488*** | ***$ -*** | ***$ 585,846*** | | ***$ 239,968*** | ***$ 58,585*** |
| | **GRAND TOTALS** | **$ 6,724,492** | **$ 1,007,223** | **$ 7,731,715** | **$ 5,505,358** | **$ 131,762** | **$ 951,794** | **$ 6,588,913** | **85.22%** | **$ 1,142,800** | **$ 658,891** |

*K - BALANCE TO FINISH: Negative numbers are not to be reflected in this column.

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**