In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.

Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

Debtor’s Objection to Claim 7-1 of Cherry Village GP, LLC

# EXHIBIT 5

Notice of Termination for Cause from the owner’s counsel, dated January 27, 2025, with the architect’s certification.

WOODWARD LAW

ANTHONY (PIERCE) WOODWARD, ESQ.
Pierce@anthonywoodwardpa.com
Shareholder

January 27, 2025

**Via Email Only Miranda@pinolawgroup.com**
Martin C. Flynn[1]
Sherwood Construction, Inc.
c/o Miranda S. Ratcliff, Esq.
Pino Law Group, PLLC
P.O. Box 1750
Winter Park, FL 32790

Re: Construction Contract between Cherry Village, LP ("Owner") and Sherwood Construction, Inc. ("GC") for the construction HUD Project No. 066-35381 ("Project") dated December 8, 2022 (the "Contract").

**NOTICE OF TERMINATION FOR CAUSE**

Dear Mr. Flynn:

My firm, along with Giasi Law, PA, represents the Owner of the Project. This letter serves to notify you that the Owner is exercising its option pursuant to §14.2 to terminate the Contract for cause.

It was evident by April 2024 that GC had not been supplying sufficient, properly skilled workers or the proper materials in accordance with the Contract plans and specifications. Further, as evidenced by multiple liens dated March 20, 2023 (Garcia Brothers), and November 11, 2023 (SRS Distribution), as well as a number of threatened liens, GC failed to utilize draw monies released by the Owner to make payments to GC's subcontractors and suppliers in accordance with the Contract GC entered into with the subcontractors and suppliers. Additionally, as evidenced by the enclosed certification by the Architect, GC has substantially breached the Contract.

On July 10, 2024, GC unilaterally ceased work on the Project. As part of this, GC also instructed its subcontractors to cease work on the Project. GC has seven (7) days to bring these substantial breaches of the Contract into compliance, or the Owner will exercise all of its rights and remedies under the Contract. It has also come to light that GC made many fraudulent statements in connection with the underwriting process, an issue that likely precludes its ability to

[1] Pursuant to Section 14 of the Construction Contract, the GC designated Mr. Flynn as the representee to receive notices in connection with the Project.

cure the deficiencies outlined above. For example, GC failed to disclose liabilities in excess of $20,000,000, which clearly impacted its solvency.

Further, there are numerous instances after the parties entered into the Contract where GC misappropriated funds intended to pay its subcontractors and material suppliers, instead using the monies to pay debts to other lenders and/or creditors unrelated to the Project. Even after being put on notice that GC was not permitted to misappropriate draws for the Project by paying other lenders and/or creditors, GC continued this wrongful practice.

As an example of the delays in progress, pay application #9 (dated 10/26/23) was only for $269,000, reflecting 4.54% progress, and pay application #10 (dated 11/27/23) was only for $198,000, reflecting 3.11% progress.

At no point has the Owner provided notice to GC that it was terminating the Contract for convenience. At no point has the Owner waived any of its rights to take the actions it deems appropriate. See Contract at §13.3.2.

Nothing in this letter should be construed to limit or waive any remedies available to the Owner under Florida law, and the Owner reserves all its available rights and remedies under the Contract and applicable law.

Please be governed accordingly.

Sincerely

Anthony (Pierce) Woodward, Esq.

cc: Cherry Village, LP
Enclosure: Architect Certification of Default

COLLABORATIVE

**<u>CERTIFICATION OF SD COLLABORATIVE, INC.</u>**

**Re:** Sherwood Construction, Inc.
HUD Project No. 066-35381
Project Name: Cherry Village ("Project")

To Whom it May Concern,

SD COLLABORATIVE, INC., the architect for the above-referenced Project, hereby certifies that sufficient cause exists to justify the termination for cause of Sherwood Construction, Inc. pursuant to Section 14.2.1 of the contract for the construction of HUD Project No. 066-35381.

SD COLLABORATIVE, INC.

By:____________________

Primitivo Conde, Principal
(305)322-4105
p@sdcollaborative.com