In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.

Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

Debtor’s Objection to Claim 7-1 of Cherry Village GP, LLC

# EXHIBIT 7

First State Bank of the Florida Keys, Notice and Demand for Payment, dated August 19, 2024, and Notice of Application of Account Proceeds to Indebtedness, dated August 27, 2024.

# NOTICE
# DEMAND FOR PAYMENT

August 19, 2024

*SENT VIA CERTIFIED MAIL*
*AND EMAIL AT MARTYF@Sherwoodconstruction.net*

Sherwood Construction, Inc.
650 85th Street Ocean
Marathon, FL 33050

| | |
|---|---|
| **Loan Number:** | *****1214** |
| **Loan Amount:** | **$1,008,673.80** |
| **Borrower:** | **Sherwood Construction, Inc.** |
| **Collateral:** | **Certificate of Deposit *****7399** |

Dear Borrower:

First State Bank of the Florida Keys ("Lender") is holder and servicing agent of the above-referenced loan ("Loan"), evidenced by a note executed by Sherwood Construction, Inc. ("Borrower") and other loan documents executed by Borrower, all dated as of December 14, 2023 ("Loan Documents"). Whereas, the Loan exclusively funds that certain Irrevocable Unconditional Letter of Credit #1541214 ("Letter of Credit").

On August 15, 2024, Lender received a sight draw request from the beneficiary of the Letter of Credit for $1,008,673.80, which represents the full-face value of the Letter of Credit. As the Letter of Credit has been drawn upon, Lender, in accordance with the terms of the Loan Documents, hereby demands that Borrower pay Lender all outstanding principal and accrued interest of the Loan, as follows:

| | |
|---|---|
| **TOTAL AMOUNT DUE**: | **$1,008,673.80** ("Total Due Amount") |
| **PAYMENT DUE DATE:** | **August 20, 2024** ("Due Date") |

If Lender does not receive payment of the Total Due Amount by the Due Date, Lender will have no alternative but to exercise the remedies available to Lender under the Loan Documents, or otherwise available to Lender at law or in equity including, without limitation and as allowed by the Loan Documents, accrual of late fees and interest at the default rate as set forth in the Loan Documents and accrual of all attorneys' fees and other costs and fees incurred by Lender in connection with Lender's efforts to enforce the Loan and collect amounts due on the Loan.

In addition, Lender will exercise its right and remedy under that Assignment of Deposit Account, executed on December 14, 2023, by the Borrower and Kenneth G. Dixon, as grantor assigning the Collateral to the Lender. Immediately upon Borrower's

failure to pay the Total Due Amount by the Due Date, Lender will apply the account proceeds held in the Collateral to Borrower's indebtedness.

If you have any questions regarding this letter or the Loan or the proper place or manner for remitting payment to Lender, please contact the undersigned.

Sincerely,

**First State Bank of the Florida Keys**

J. "Jermy" Jon Ashby, Esq.
VP /General Counsel
(305) 293-7148
jermya@keysbank.com

JJA/bpm

Copy to: Robert Murrell

Sherwood Construction, Inc.
Ln#XXX1214

**FAIR DEBT COLLECTION PRACTICES ACT NOTICE**

**1.** Any information obtained will be used for the purpose of collecting a debt.

**2.** This notice is incorporated with a letter, complaint or other documents which is sent to you advising you of the amount of the debt and the name of the creditor to whom the debt is owed.

**3.** Unless you, within fifteen (15) days after receipt of this Notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by this office.

**4.** If you notify this office, in writing, within the fifteen (15) day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt and a copy of such verification will be mailed to you by this office.

**5.** Upon your written request, within the fifteen (15) day period, this office will provide you with the name and address of the original creditor, if it is different from the current creditor.

**Disputed Debts**

**6.** If you notify this office, in writing, within the fifteen (15) day period, that the debt or any portion thereof is disputed, or if you request the name and address of the original creditor, this office shall cease collection of the debt, or any disputed portion thereof, until we obtain verification of the debt, or the name and address of the original creditor, as the case may be, and a copy of such verification of the debt, or name and address of the original creditor is mailed to you by this office.

**Admission of Liability**

**7.** Your failure to dispute the validity of a debt under this section may not be construed by any Court as an admission of liability by the consumer.

FIRST STATE BANK
KeysBank.com

August 27, 2024

***SENT VIA CERTIFIED MAIL***

Kenneth G. Dixon
1627 E. Vine St., Ste. E
Kissimmee, FL 34744

**RE: Loan XXX1214 – Notice of Application of Account Proceeds to Indebtedness per Assignment of Deposit Account**

Dear Mr. Nixon

This correspondence shall serve as a courtesy notice of First State Bank of the Florida Keys' ("Lender") application of the account proceeds held in Account Number *****7399 ("Account") for payment of the above-referenced loan ("Loan") in accordance with the terms of the Assignment of Deposit Agreement, dated as of December 14, 2023 (the "Assignment"), executed by yourself, as grantor and Sherwood Construction, Inc. ("Borrower").

Lender received the request for a draw in the amount of $1,008,673.80 on that certain Irrevocable Unconditional Letter of Credit number ***1214 (the "LC") from the beneficiary. Subsequently, pursuant to the note and other related loan documents, dated as of December 14, 2023 ("Loan Documents") executed by the Borrower evidencing the Loan and funding the LC, the Lender demanded payment from the Borrower of all outstanding principal and accrued interest of the Loan. Borrower has failed to make payment and is currently in default under the Loan Documents, including the Assignment.

Accordingly, Lender has exercised its rights and remedies under the Assignment to directly withdraw all funds in the Account and apply them to the indebtedness of Borrower. The amounts applied are as follows:

| | |
|---|---|
| Total Principal in Account as of 8/23/24 | $1,008,673.80 |
| Total Interest Accrued as of 8/23/24 | $30,050.53 |
| Total Indebtedness: | $1,008,673.80 |
| Total Remaining in Account after Indebtedness is paid | $30,050.53 |

The total remaining amount has been issued in a cashier's check to you which is enclosed with this notice. Note that Lender has chosen to waive any early withdrawal penalties associated with the Account.

Sincerely,
**First State Bank of the Florida Keys**

J. "Jermy" Jon Ashby, Esq.
Vice President, General Counsel

CC: Alison Pitkanen, Esq. (via email)
1980 N. Atlantic Ave, Suite 328
Cocoa Beach FL 32931