In re Canaveral Crossroads, LLC and Sherwood Construction, Inc.

Case No. 6:26-bk-05426-GER, jointly administered with Case No. 6:26-bk-05428-GER

Debtor’s Objection to Claim 6-1 of Austin Commons GP, LLC

# EXHIBIT 2

Tennessee Department of Financial Institutions,
Announcement of Maximum Effective Formula Rate
of Interest and Historical Listing of Formula Rates
under Tenn. Code Ann. § 47-14-103(2), July 30, 2024
through October 6, 2026.

Source: Tennessee Department of Financial Institutions, https://www.tn.gov/tdfi/tdfi-how-do-i/info/formula-rate.html. Text of the page as published, retrieved October 9, 2026.

# Formula Rate

## Announcement of Maximum Effective Formula Rate of Interest, 2026

October 6, 2026

NASHVILLE, TENN. -- Commissioner of Financial Institutions Greg Gonzales announced today that the maximum effective formula rate of interest in Tennessee is 11.00 percent per annum.

The rate is based on a ceiling of 4 percent over the weekly average prime loan rate of 7.00 percent as published by the Federal Reserve on October 5, 2026.

Commissioner Gonzales said the rate remains in effect until the average prime loan rate as announced by the Federal Reserve Bank changes.

Chapter 464, Public Acts of 1983, the legislation regulating interest rates in Tennessee, requires that the Commissioner of Financial Institutions make an announcement weekly of the formula rate of interest.

Source: Tennessee Department of Financial Institutions, Historical Listing of Formula Rates, https://www.tn.gov/tdfi/tdfi-how-do-i/info/formula-rate/formula-rate-history.html, retrieved October 9, 2026. Excerpt: the entries effective July 30, 2024 through October 6, 2026, reproduced in the order published (most recent first). Entries before July 30, 2024 are omitted.

# Historical Listing of Formula Rates

As Determined Pursuant to T.C.A. §47-14-105

| Effective Date | Bank Prime Loan Rate | Formula Rate |
|---|---|---|
| 10/6/2026 | 7.00 | 11.00 |
| 9/29/2026 | 7.00 | 11.00 |
| 9/22/2026 | 6.85 | 10.85 |
| 9/15/2026 | 6.75 | 10.75 |
| 9/9/2026 | 6.75 | 10.75 |
| 9/1/2026 | 6.75 | 10.75 |
| 8/25/2026 | 6.75 | 10.75 |
| 8/18/2026 | 6.75 | 10.75 |
| 8/11/2026 | 6.75 | 10.75 |
| 8/4/2026 | 6.75 | 10.75 |
| 7/28/2026 | 6.75 | 10.75 |
| 7/21/2026 | 6.75 | 10.75 |
| 7/14/2026 | 6.75 | 10.75 |
| 7/07/2026 | 6.75 | 10.75 |
| 6/30/2026 | 6.75 | 10.75 |
| 6/23/2026 | 6.75 | 10.75 |
| 6/16/2026 | 6.75 | 10.75 |
| 6/09/2026 | 6.75 | 10.75 |
| 6/02/2026 | 6.75 | 10.75 |
| 5/27/2026 | 6.75 | 10.75 |
| 5/19/2026 | 6.75 | 10.75 |
| 5/12/2026 | 6.75 | 10.75 |
| 5/05/2026 | 6.75 | 10.75 |
| 4/28/2026 | 6.75 | 10.75 |
| 4/21/2026 | 6.75 | 10.75 |
| 4/14/2026 | 6.75 | 10.75 |
| 4/07/2026 | 6.75 | 10.75 |
| 3/31/2026 | 6.75 | 10.75 |
| 3/24/2026 | 6.75 | 10.75 |
| 3/17/2026 | 6.75 | 10.75 |
| 3/10/2026 | 6.75 | 10.75 |
| 3/03/2026 | 6.75 | 10.75 |
| 2/24/2026 | 6.75 | 10.75 |
| 2/18/2026 | 6.75 | 10.75 |

| | | |
|---|---|---|
| 2/10/2026 | 6.75 | 10.75 |
| 2/03/2026 | 6.75 | 10.75 |
| 1/27/2026 | 6.75 | 10.75 |
| 1/21/2026 | 6.75 | 10.75 |
| 1/13/2026 | 6.75 | 10.75 |
| 1/06/2026 | 6.75 | 10.75 |
| 12/30/2025 | 6.75 | 10.75 |
| 12/23/2025 | 6.75 | 10.75 |
| 12/16/2025 | 6.90 | 10.90 |
| 12/9/2025 | 7.00 | 11.00 |
| 12/2/2025 | 7.00 | 11.00 |
| 11/25/2025 | 7.00 | 11.00 |
| 11/18/2025 | 7.00 | 11.00 |
| 11/12/2025 | 7.00 | 11.00 |
| 11/04/2025 | 7.15 | 11.15 |
| 10/28/2025 | 7.25 | 11.25 |
| 10/21/2025 | 7.25 | 11.25 |
| 10/15/2025 | 7.25 | 11.25 |
| 10/07/2025 | 7.25 | 11.25 |
| 9/30/2025 | 7.25 | 11.25 |
| 9/23/2025 | 7.35 | 11.35 |
| 9/16/2025 | 7.50 | 11.50 |
| 9/9/2025 | 7.50 | 11.50 |
| 9/3/2025 | 7.50 | 11.50 |
| 8/26/2025 | 7.50 | 11.50 |
| 8/19/2025 | 7.50 | 11.50 |
| 8/12/2025 | 7.50 | 11.50 |
| 8/05/2025 | 7.50 | 11.50 |
| 7/29/2025 | 7.50 | 11.50 |
| 7/22/2025 | 7.50 | 11.50 |
| 7/15/2025 | 7.50 | 11.50 |
| 7/8/2025 | 7.50 | 11.50 |
| 7/1/2025 | 7.50 | 11.50 |
| 6/24/2025 | 7.50 | 11.50 |
| 6/17/2025 | 7.50 | 11.50 |
| 6/10/2025 | 7.50 | 11.50 |
| 6/3/2025 | 7.50 | 11.50 |
| 5/28/2025 | 7.50 | 11.50 |
| 5/20/2025 | 7.50 | 11.50 |
| 5/13/2025 | 7.50 | 11.50 |
| 5/6/2025 | 7.50 | 11.50 |
| 4/29/2025 | 7.50 | 11.50 |
| 4/22/2025 | 7.50 | 11.50 |

| | | |
|---|---|---|
| 4/15/2025 | 7.50 | 11.50 |
| 4/8/2025 | 7.50 | 11.50 |
| 4/1/2025 | 7.50 | 11.50 |
| 3/25/2025 | 7.50 | 11.50 |
| 3/18/2025 | 7.50 | 11.50 |
| 3/11/2025 | 7.50 | 11.50 |
| 3/4/2025 | 7.50 | 11.50 |
| 2/25/2025 | 7.50 | 11.50 |
| 2/19/2025 | 7.50 | 11.50 |
| 2/11/2025 | 7.50 | 11.50 |
| 2/4/2025 | 7.50 | 11.50 |
| 1/28/2025 | 7.50 | 11.50 |
| 1/22/2025 | 7.50 | 11.50 |
| 1/14/2025 | 7.50 | 11.50 |
| 1/7/2025 | 7.50 | 11.50 |
| 12/30/2024 | 7.50 | 11.50 |
| 12/23/2024 | 7.65 | 11.65 |
| 12/17/2024 | 7.75 | 11.75 |
| 12/10/2024 | 7.75 | 11.75 |
| 12/3/2024 | 7.75 | 11.75 |
| 11/26/2024 | 7.75 | 11.75 |
| 11/19/2024 | 7.75 | 11.75 |
| 11/13/2024 | 7.90 | 11.90 |
| 11/5/2024 | 8.00 | 12.00 |
| 10/29/2024 | 8.00 | 12.00 |
| 10/22/2024 | 8.00 | 12.00 |
| 10/16/2024 | 8.00 | 12.00 |
| 10/8/2024 | 8.00 | 12.00 |
| 10/1/2024 | 8.00 | 12.00 |
| 9/24/2024 | 8.30 | 12.30 |
| 9/17/2024 | 8.50 | 12.50 |
| 9/10/2024 | 8.50 | 12.50 |
| 9/4/2024 | 8.50 | 12.50 |
| 8/27/2024 | 8.50 | 12.50 |
| 8/20/2024 | 8.50 | 12.50 |
| 8/13/2024 | 8.50 | 12.50 |
| 8/6/2024 | 8.50 | 12.50 |
| 7/30/2024 | 8.50 | 12.50 |