UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/14/2026 01:30 PM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

CASE NUMBER: FILING DATE:

**6:26-bk-05426-GER** **11** **07/20/2026**

**Chapter 11**

**DEBTOR:** Canaveral Crossroads, LLC

**DEBTOR ATTY: Christopher Smith**

**TRUSTEE: NA**

**HEARING:**

INITIAL STATUS CONFERENCE:
1) Order to Show Cause Why Court Should Not Abstain and Remand Cases to the Florida State Court (Doc #16)
Cape Crossing's Response in Support (Doc #20)
Cape Crossing's Non-Consent to Final Order by Bankruptcy Court (Doc #21)
Debtor's Response (Doc #76)
2) Debtor's Motion for Approval the Compensation of Ross Johnston as Chief Restructuring Officer (Doc #50) AMENDED (Doc #54)
Debtor's Declaration of Ross Johnston in Support of the Motion to Approve his Compensation as Chief Restructuring Officer (Doc #47)
PENDING:
Chapter 11 Plan (Doc #37)
Disclosure Statement (Doc #49)
Debtor's Objection to Claim(s). Claim No. 3-2 of Billd Exchange, LLC (Doc #68) filed 10/6/26 w/NN
Debtor's Amended Objection to Claim(s). Claim 13-1 of PEDixon (Doc #77) filed 10/12/26 w/NN
Debtor's Amended Objection to Claim(s). Claim 6-1 of McPhillips (Doc #78) filed 10/12/26 w/NN
Debtor's Objection to Claim(s). Claim 7-1 of Cherry Village (Doc #79) filed 10/13/26 w/NN
Debtor's Objection to Claim(s). Claim 6-1 of Austin Commons (Doc #80) filed 10/13/26 w/NN
Debtor's Amended Application to Employ Christopher Smith as Attorney (Doc #57) filed 9/29/26 w/NN
Debtor's Supplemental Disclosure Statement of Christopher L. Smith (Doc #73) filed 10/12/26
Debtor's Memorandum in Support of Employing Christopher L. Smith (Doc #75) filed 10/12/26
US Trustee's Limited Objection (Doc #71) filed 10/8/26
Pedixon's Joinder to US Trustee's Limited Objection (Doc #81) filed 10/13/26
Note:
Converted: 9/8/26
341 scheduled 10/7/26; 10/19/26
Claims Deadline: 9/28/26
Case Summary (Doc #48) Amended (Doc #56)
Schedules (Doc #33)
Jointly Administered: LEAD Case 26-5426

26-5428 Sherwood Construction
Related Case:
26-ap-198 Sherwood Construction v. Kenneth Dixon (1/27/27 9:30 am)

**APPEARANCES:**: Christopher Smith (Debtor Atty); Audrey Aleskovsky (US Trustee Atty); Christopher Crowder (Capte Crossing HOA Atty); Jennifer Morando, Jeffrey Ainsworth (Pedixon Atty);

**RULING:**
INITIAL STATUS CONFERENCE:

1) Order to Show Cause Why Court Should Not Abstain and Remand Cases to the Florida State Court (Doc #16) - Under Advisement;

2) Debtor's Motion for Approval the Compensation of Ross Johnston as Chief Restructuring Officer (Doc #50) AMENDED (Doc #54) - cont. to November 12, 2026 at 2:30 pm (AOCNFNG);

PENDING:
Debtor's Amended Application to Employ Christopher Smith as Attorney (Doc #57) filed 9/29/26 w/NN - Under Advisement;
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.