**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 6:26-bk-05426-GER |
| Canaveral Crossroads, LLC and | Case No. 6:26-bk-05428-GER |
| Sherwood Construction, Inc., | |
| | Jointly Administered under |
| Debtors. | Case No. 6:26-bk-05426-GER |
| ____________________________________/ | |

**DECLARATION OF ROSS JOHNSTON IN SUPPORT OF SHERWOOD CONSTRUCTION, INC.'S MOTION TO DISMISS ITS CHAPTER 11 CASE**

*(Applies to Sherwood Construction, Inc., Case No. 6:26-bk-05428-GER, only)*

I, Ross Johnston, declare:

1. I am the Chief Restructuring Officer of Sherwood Construction, Inc. ("Sherwood"), appointed by written consent of its sole shareholder and its sole director effective September 15, 2026. I have personal knowledge of the facts stated here, or have learned them from Sherwood's books and records, and if called as a witness I would testify to them.

2. I submit this declaration in support of Sherwood Construction, Inc.'s Motion to Dismiss Its Chapter 11 Case Under 11 U.S.C. § 1112(b) (the "Motion").

3. Sherwood's sole shareholder, Tiered Capital, Inc., and its sole director, Horton S. Johnson, authorized and directed the filing of the Motion by written consent dated October 16, 2026.

4. To resolve the United States Trustee's limited objection to the employment of Fromang & Smith, P.A. as counsel for both Debtors (Doc. 71), the Debtors agreed that Fromang & Smith, P.A. will represent Canaveral Crossroads, LLC only, and that Sherwood will seek dismissal of its case. Sherwood has elected not to prosecute its chapter 11 case without counsel.

5. Sherwood stopped operating in 2024. It has no employees and no cash. Its assets are claims against third parties. No creditor holds a lien on its property, and it has no priority claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2026.

*/s/ Ross Johnston*
ROSS JOHNSTON
Chief Restructuring Officer
Sherwood Construction, Inc.