UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Canaveral Crossroads LLC and<br>Sherwood Construction Inc.,<br><br>Debtors.<br>______________________/ | Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br>Chapter 11, Jointly Administered |

**UNITED STATES TRUSTEE NOTICE OF CONTINUING**
**SECTION 341 MEETING TO A DATE AND TIME TO BE DETERMINED**

Guy A. Van Baalen, United States Trustee for Region 21 ("UST"), by and through his undersigned counsel, files this Notice of Continuing Section 341 Meeting to a Date and Time to be Determined, and states:

The Meeting of Creditors was initially called on October 7, 2026. A continued meeting was called on October 19, 2026, but it was unable to be held in light of the pending objection to employment of the Debtors' counsel and Sherwood's motion to dismiss its case. The undersigned announced at the continued Section 341 Meeting of Creditors on October 19, 2026, that the meeting would be continued to a date and time to be determined.

DATED: October 19, 2026

Respectfully submitted,

Guy A. Van Baalen
Acting United States Trustee for Region 21

*/s/ Audrey M. Aleskovsky*

Audrey M. Aleskovsky, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 0103236
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6068
audrey.m.aleskovsky@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been served electronically through CM/ECF on October 19, 2026, on all parties having appeared electronically in the instant matter.

*/s/ Audrey M. Aleskovsky*
Audrey M. Aleskovsky, Trial Attorney