**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 6:26-bk-05426-GER |
| Canaveral Crossroads, LLC and Sherwood Construction, Inc., | Case No. 6:26-bk-05428-GER |
| | Jointly Administered under |
| Debtors. / | Case No. 6:26-bk-05426-GER |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel, Jeffrey S. Ainsworth, of the law firm of Branson Ainsworth PLLC, appears as counsel of record in the above-styled case for the following creditor:

**Pedixon LLC**

The undersigned requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Jeffrey S. Ainsworth
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
*jeff@bransonlaw.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, which affect the Debtor or the property of Debtor's estate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided electronically through the Court's CM/ECF filing system to all registered recipients.

/s/ Jeffrey S. Ainsworth_____________
Jeffrey S. Ainsworth, Esq.
Florida Bar No. 60769
E-mail: *jeff@bransonlaw.com*
**Branson Ainsworth PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Pedixon LLC