**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

CANAVERAL CROSSROADS, LLC,
SHERWOOD CONSTRUCTION, INC.,
Debtors.
_________________________________/

Case No. 6:26-bk-05426-GER
Chapter 11

Jointly Administered with
Case No.: 6:26-bk-05428-GER
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for creditor, Billd Exchange, LLC, a Florida limited liability company, and pursuant to 11 U.S.C. § 1109(b) the Federal Rules of Bankruptcy Procedure Rule 2002, and the Federal Rules of Bankruptcy Procedure 9007, requests that all notices, pleadings, motions, applications, objections, orders, and other papers filed, served, or required to be served in this case be provided to the undersigned counsel through the Court's CM.ECF system and, to the extent applicable, at the following office and telephone number:

Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242
Attn: Brian A. Eves, Esq.
beves@sbwhlegal.com
baeassistant@sbwhlegal.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, use, sale, lease or other disposition of estate property; proposed financing or cash-collateral use; employment and compensation of professionals; claims, objections, and estimation proceedings;

motions to assume, reject or assign executory contracts or unexpired leases; disclosure statements; plans; confirmation; requests for relief from stay; and any matter affecting Billd Exchange, LLC.'s, rights or interests in this Chapter 11 case. the with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail or otherwise, and whether sent by the Court, the Debtor or any other party, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes all plans and disclosure statements filed in this case by any party.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests to be added to the Court's master mailing matrix.

*s/ Brian A. Eves*
Brian A. Eves (FBN 43794)
beves@sbwhlegal.com
baeassistant@sbwhlegal.com
SIVYER BARLOW WATSON & HAUGHEY, P.A.
401 East Jackson Street, Suite 2225
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Billd Exchange, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record including:

**Christopher Smith**
Fromang and Smith, P.A.
4767 New Broad Street
Orlando, FL 32814
Email: chris@fromangsmith.com
*Counsel for Sherwood Construction, Inc.*
*And Canaveral Crossroads, LLC*

**Matthew Leibert**
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822
407-245-8352
Email: leibert@urbanthier.com
*Counsel for Horton S. Johnson*

**Audrey M Aleskovsky**
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Courthouse
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6068
Email: Audrey.M.Aleskovsky@usdoj.gov
*Counsel for Office of the United States Trustee*

**Lawrence M Kosto**
Kosto & Rotella, P.A.
1517 E. Robinson Street
Orlando, FL 32801
407-425-3456
Fax : 407-423-9002
Email: lkosto@kostoandrotella.com
*Counsel for IMQA Investments, Inc.*

**Hard copies sent by U.S. Mail to the following**:

***Petitioning Creditor***
**Jetton Investments Incorporated**
116 S Magnolia Ave

Suite 3E
Ocala, FL 34471

***Petitioning Creditor***
**Cape Crossing Vacation Rentals, LLC**
4409 Hoffner Avenue, #348
Orlando, FL 32812

*/s/ Brian A. Eves*
Brian A. Eves, Esq.