**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11<br>Case No. 6:26-bk-05426-GER |
| Canaveral Crossroads, LLC and<br>Sherwood Construction, Inc., | Case No. 6:26-bk-05428-GER |
| Debtors.<br>_________________________________/ | Jointly Administered under<br>Case No. 6:26-bk-05426-GER |

**AMENDED NOTICE OF APPEARANCE, NOTICE OF CHANGE OF FIRM NAME AND DESIGNATION OF E-MAIL ADDRESSES**
**(Applies to Sherwood Construction, Inc., Case No. 6:26-bk-05248-GER, only)**

**COMES NOW**, **CHRISTOPHER L. SMITH** and enters this his *Amended Notice of Appearance, Notice of Change of Firm Name and Designation of E-Mail Addresses* of on behalf of the Defendant, **Sherwood Construction, Inc.**, and respectfully requests all pleadings, every order not entered in open court, every written motion, every written notice, demand and similar paper be served upon him at the below-noted mailing address.

**E-Service and Communication Address:**
**Chris@CLSOrlandoLaw.com**
**Jessica@CLSOrlandolaw.com**

The undersigned's firm name is **Law Offices of Christopher Smith**.

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties registered to receive electronic notice in these jointly administered cases, including the United States Trustee, and that I served a copy by United States mail, first class, postage prepaid, on all creditors and parties in interest on the attached mailing matrix for Case No. 6:26-bk-05428-GER.

/s/ Christopher L. Smith

**Christopher L. Smith, Esquire**
Florida Bar No.: 367461
**Law Offices of Christopher Smith**
4767 New Broad Street
Orlando, Florida 32814
Telephone: 689-303-1470
Chris@CLSOrlandoLaw.com
Jessica@CLSOrlandolaw.com