UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br>CANAVERAL CROSSROADS, LLC and<br>SHERWOOD CONSTRUCTION, INC.,<br>Debtors. | Chapter 11<br>Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br>Jointly Administered under<br>Case No. 6:26-bk-05426-GER |

_______________________________________/

**PROOF OF SERVICE**

(Order Disapproving Applications to Employ and Setting Deadline to Retain Counsel, Doc. 94)

On November 2, 2026, I caused a copy of the court's Order (1) Disapproving Applications to Employ and (2) Setting Deadline to Retain Counsel (Doc. 94) to be served by United States mail, first class, postage prepaid, on every party listed on the service list attached to this proof of service.

The clerk entered the order on October 30, 2026. The court's CM/ECF system served it electronically that day on every party registered for electronic notice in these jointly administered cases.

The order directs counsel to serve interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry (Doc. 94). This proof of service complies with that direction.

/s/ Christopher L. Smith
Christopher L. Smith, Esq.
Florida Bar No. 367461
Fromang & Smith, P.A.
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
chris@fromangsmith.com
Counsel for Canaveral Crossroads, LLC and Sherwood Construction, Inc.

# SERVICE LIST — UNITED STATES MAIL

Order (1) Disapproving Applications to Employ and (2) Setting Deadline to Retain Counsel (Doc. 94)

In re Canaveral Crossroads, LLC and Sherwood Construction, Inc., Case Nos. 6:26-bk-05426-GER and 6:26-bk-05428-GER (jointly administered)

Mailed November 2, 2026, by United States mail, first class, postage prepaid, to the parties on the Canaveral Crossroads and Sherwood Construction mailing matrices and to claimants at their Rule 2002(g) notice addresses. A party on both matrices was mailed once.

Served electronically through CM/ECF on October 30, 2026: United States Trustee (Aleskovsky); Horton S. Johnson (Leibert); IMQA Investments, Inc. (Kosto); Tamamoi LLC (Savastano); Michael McPhillips (D’Aniello); Cape Crossing Condominium Association, Inc., Cape Crossing Townhome Association, Inc. and James Ponson (Crowder); PEDIXON LLC (Ainsworth, Morando); Billd Exchange, LLC (Eves, Haughey); Alison Pitkanen and Alison Pitkanen, P.A. (Bado); and the Debtors (Smith). PEDIXON and Billd Exchange were also mailed at their matrix addresses.

On the Sherwood matrix with no mailing address — not served: Christian’s Lawn Service, LLC; Duval Master Construction; G&R Windows; Reyes Construction; Cortez.

1. Jetton Investments, Inc.
c/o Paul Rene, Jr.
116 S. Magnolia Ave., Suite 3E
Ocala, FL 34471

2. PEDIXON LLC
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744

3. The Carton Family Trust of 1992
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092

4. Ponson, Martha E. Revocable Living Trust
c/o Aaron B. Thalwitzer, Esq.
Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931

5. Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue #348
Orlando, FL 32812

6. Cape Crossing Master Association, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812

7. Tiered Capital, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812

8. Sherwood Construction, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812

9. Martin C. Flynn, Jr.
14556 Saint Georges Hill Dr.
Orlando, FL 32828

10. Yann Le Lourec
130 Coco Plum Dr., Apt. 401
Marathon, FL 33050

11. Sanjeev Hans
6410 Rockingtree Lane
Orlando, FL 32819

12. FBC Holdings, LLC
310 Lagoon Way
Merritt Island, FL 32953

13. NuView IRA fbo Theresa Spano
280 S. Ronald Reagan Blvd., Ste. 200
Longwood, FL 32750

14. Kuberneo, CPA
5979 Vineland Road, Ste. 304
Orlando, FL 32819

15. Maria Brooks
10800 SE 17th Cir. #A3
Vancouver, WA 98664

16. Shane Sarver
4488 Heaton Park Trail
Viera, FL 32955

17. Kathi Myers
3648 Crescent Park Blvd.
Orlando, FL 32812

18. David C. & Kathryne E. McPhillips
4907 Bayshore Blvd. #116
Tampa, FL 33611

19. Jean Horning
222 Morton Lane
Winter Springs, FL 32708

20. Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789

21. Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301

22. David Anderson
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

23. August P, LLC
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

24. Robert and Joann Maxwell
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

25. Tiered Preferred, LLC
5526 Hansel Avenue
Orlando, FL 32809

26. BILL'D
3800 N. Lamar Blvd. Ste 210
Austin, TX 78756

27. Stratus Roofing
2200 Lucien Way #400
Maitland, FL 32751

28. Reyes Florida Carpentry, Inc.
25874 SW 144th Court
Homestead, FL 33032

29. Violet Mariposa
4409 Hoffner Ave. Unit 547
Orlando, FL 32812

30. Custom Cleaning Inc.
624 73rd St Ocean Apt. 306
Marathon, FL 33050

31. Rapture Air
37206 FL-19
Umatilla, FL 32784

32. ABC Supply Co
PO Box 742067
Atlanta, GA 30374

33. Porch Swing Investments, Inc.
d/b/a Screenmobile of Vero Beach
1425 55th Court SW
Vero Beach, FL 32968

34. Lulich & Attorneys, P.A.
Attn: Daniella Pulido, Esq.
1069 Main Street
Sebastian, FL 32958

35. Pat's Plumbing Service
9627 Gota Road
Windermere, FL 34786

36. Chase Visa
c/o Ken Jones
4409 Hoffner Avenue
Orlando, FL 32812

37. H&L United Construction
1155 Amethyst Dr.
Vero Beach, FL 32968

38. Suncoast Roofing Supply
2251 Mercy Drive
Orlando, FL 32808

39. Ferguson Enterprises
10355 S Orange Ave Ste B
Orlando, FL 32824

40. County Materials
25750 County Rd 561
Astatula, FL 34705

41. Launch Credit Union
300 South Plumosa St.
Merritt Island, FL 32952

42. MPL Company
203 N Edgerton St
Fairland, IN 46126

43. Osceola Windows & Doors
2090 Old Hickory Tree Rd Unit 101
St Cloud, FL 34769

44. HD Supply
3400 Cumberland Blvd SE
Atlanta, GA 30339

45. Pronto Waste Services
7000 NW 35th Ave
Miami, FL 33147

46. Concrete Life
141 East Jefferson St.
Center Hill, FL 33514

47. Sunbelt Rentals
1799 Innovation Pt.
Fort Mill, SC 29715

48. Spectrum Enterprise
400 Washington Blvd.
Stamford, CT 06902

49. Taylorworks IT
1435 W. SR 434 Suite 109
Longwood, FL 32750

50. USA Seamless Gutters
1201 Strimenos Lane
Leesburg, FL 34748

51. Sherwin Williams
101 W Prospect Ave
Cleveland, OH 44115

52. Waste Terminal Cleaning Solutions
3020 NE 41st Terrace
Homestead, FL 33033

53. Waste Management Corp.
800 Capitol Street Suite 3000
Houston, TX 77002

54. High Reach
1371 SW 32nd Way
Deerfield Beach, FL 33442

55. Blue Water Solutions
4000 W 6th St. Suite B214
Lawrence, KS 66049

56. Heyden Supply
575 James Rd.
Alpharetta, GA 30004

57. Luna Master Painting
35546 Shelley Dr.
Leesburg, FL 34788

58. Tiki Huts
19401 SW 187th Ave
Miami, FL 33187

59. Jani King
2469 Sunset Point Rd.
Clearwater, FL 33765

60. Jimmy's AC & Refrigeration
46 43rd Ct
Vero Beach, FL 32968

61. Amerisure
PO Box 9098
Farmington Hills, MI 48333

62. David Littiken Plumbing
13524 Sandcastle Dr.
Groveland, FL 34736

63. Hiti Inc.
PO Box 70299
Philadelphia, PA 19176

64. National Rent-A-Fence
6356 Narcoossee Rd.
Orlando, FL 32822

65. ADT Security
1501 Yamato Rd.
Boca Raton, FL 33431

66. ReadyRefresh
PO Box 856680
Louisville, KY 40285

67. UES
4205 Vineland Rd. Suite L1
Orlando, FL 32811

68. Nextiva
9451 East Via De Ventura
Scottsdale, AZ 85256

69. ADP
1 ADP Boulevard, Mail Stop C421
Roseland, NJ 07068

70. Duke Energy
PO Box 70516
Charlotte, NC 28272

71. E&L Harris Construction
1507 Jefferson Dr.
Mount Dora, FL 32757

72. Outhouse Rentals
2530 State Road 60 West
Lake Wales, FL 33855

73. Spectrum
Charter 2 Digital Place 4th Floor
Simpsonville, SC 29681

74. Afteractive
12001 Research Pkwy #236
Orlando, FL 32826

75. Trent - Cherry Village Note
c/o Cherry Village, L.P.
421 NE 12th Avenue
Homestead, FL 33030

76. Trent - Eustis Note

77. Pitkanen / Lagenhoff

78. Trent Development (Pitkanen)

c/o Austin Commons, LP
1011 Cherry Ave
Nashville, TN 37201

c/o Alison Pitkanen, Esq.
1980 N. Atlantic Ave, Suite 328
Cocoa Beach, FL 32931

c/o Alison Pitkanen, Esq.
1980 N. Atlantic Ave, Suite 328
Cocoa Beach, FL 32931

79. Joanna G. Bornmiller
14556 Saint Georges Hill Drive
Orlando, FL 32828

80. Ebenezer Stone LLC
571 SE Crosspoint
Port St. Lucie, FL 34983

81. John Abell
10500 SW 186th St
Cutler Bay, FL 33157

82. Endless Management Construction
720 NE 13th St.
Homestead, FL 33030

83. United Healthcare
PO Box 241029
St Paul, MN 55124

84. Garcia Brothers Construction
13303 SW 315th St.
Homestead, FL 33033

85. Colony Insurance Company
PO Box 469012
San Antonio, TX 78216

86. Factors Construction
4409 Hoffner Avenue
Orlando, FL 32812

87. Tri Star
14556 Saint Georges Hill Drive
Orlando, FL 32828

88. Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

89. Truist Bank
Truist Bank, Support Services
P.O. Box 1847 / 100-50-01-51
Wilson, NC 27894

90. Billd Exchange, LLC
c/o Brian Eves, Esq.
Sivyer Barlow Watson & Haughey
401 East Jackson Street, Suite 2225
Tampa, FL 33602

91. JPMorgan Chase Bank, N.A.
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

92. Cherry Village GP, LLC
c/o Joseph R. Prochaska, Esq.
Reno & Cavanaugh, PLLC
424 Church Street, Suite 2910
Nashville, TN 37219

93. Austin Commons GP, LLC
c/o Joseph R. Prochaska, Esq.
Reno & Cavanaugh, PLLC
424 Church Street, Suite 2910
Nashville, TN 37219