UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CANAVERAL CROSSROADS, LLC and | Case No. 6:26-bk-05426-GER |
| SHERWOOD CONSTRUCTION, INC., | Case No. 6:26-bk-05428-GER |
| Debtors. | Jointly Administered under |
| | Case No. 6:26-bk-05426-GER |

_______________________________________/

## NOTICE OF PRELIMINARY HEARING

(Applies to Sherwood Construction, Inc., Case No. 6:26-bk-05428-GER, only)

NOTICE IS GIVEN THAT:

1. The Honorable Grace E. Robson will conduct a preliminary hearing in these jointly administered cases on November 12, 2026, at 2:30 p.m. in Courtroom 6D, 6th Floor, George C. Young Federal Courthouse, 400 West Washington Street, Orlando, Florida 32801, on the following matters:

> Debtor's Objection to Claim 3-2 of Billd Exchange, LLC on an Extension of Credit That Florida Forbids Its Courts to Enforce (Doc. 68); and
>
> Response to Debtor's Objection to Claim 3-2 of Billd Exchange, LLC (Doc. 96).

2. All parties must attend the hearing in person. Remote appearances are permitted only in limited circumstances, as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson.

Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 no later than 3:00 p.m. one business day before the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## CERTIFICATE OF SERVICE

I certify that on November 6, 2026, I filed this notice with the clerk of court through the CM/ECF system, which served it electronically on every party registered for electronic notice in these jointly administered cases. On the same day, I served this notice by first-class United States mail, postage prepaid, on (a) the person Billd Exchange, LLC designated on Claim 3-2 to receive notices, as Fed. R. Bankr. P. 3007(a)(2)(A) requires: Brian A. Eves, Esq., Sivyer Barlow Watson & Haughey, P.A., 401 East Jackson Street, Suite 2225, Tampa, Florida 33602; and (b) every party listed on the service list attached to this notice, including Billd Exchange, LLC at its mailing-matrix address.

/s/ Christopher L. Smith
**Christopher L. Smith, Esquire**
Florida Bar No.: 367461
**Law Offices of Christopher Smith**
4767 New Broad Street
Orlando, Florida 32814
Telephone: 689-303-1470
Chris@CLSOrlandoLaw.com
Jessica@CLSOrlandolaw.com

## SERVICE LIST — UNITED STATES MAIL

In re Sherwood Construction, Inc., Case No. 6:26-bk-05428-GER (jointly administered under Case No. 6:26-bk-05426-GER)

Creditors on the Sherwood mailing matrix and claimants at their Rule 2002(g) notice addresses. Served by United States mail, first class, postage prepaid, under Fed. R. Bankr. P. 2002(a)(4).

**1. BILL'D**
3800 N. Lamar Blvd. Ste 210
Austin, TX 78756

**2. Stratus Roofing**
2200 Lucien Way #400
Maitland, FL 32751

**3. Reyes Florida Carpentry, Inc.**
25874 SW 144th Court
Homestead, FL 33032

**4. Violet Mariposa**
4409 Hoffner Ave. Unit 547
Orlando, FL 32812

**5. Custom Cleaning Inc.**
624 73rd St Ocean Apt. 306
Marathon, FL 33050

**6. Rapture Air**
37206 FL-19
Umatilla, FL 32784

**7. ABC Supply Co**
PO Box 742067
Atlanta, GA 30374

**8. Porch Swing Investments, Inc.**
d/b/a Screenmobile of Vero Beach
1425 55th Court SW
Vero Beach, FL 32968

**9. Lulich & Attorneys, P.A.**
Attn: Daniella Pulido, Esq.
1069 Main Street
Sebastian, FL 32958

**10. Pat's Plumbing Service**
9627 Gota Road
Windermere, FL 34786

**11. Chase Visa**
c/o Ken Jones
4409 Hoffner Avenue
Orlando, FL 32812

**12. H&L United Construction**
1155 Amethyst Dr.
Vero Beach, FL 32968

**13. Suncoast Roofing Supply**
2251 Mercy Drive
Orlando, FL 32808

**14. Ferguson Enterprises**
10355 S Orange Ave Ste B
Orlando, FL 32824

**15. County Materials**
25750 County Rd 561
Astatula, FL 34705

**16. Launch Credit Union**
300 South Plumosa St.
Merritt Island, FL 32952

**17. MPL Company**
203 N Edgerton St
Fairland, IN 46126

**18. Osceola Windows & Doors**
2090 Old Hickory Tree Rd Unit 101
St Cloud, FL 34769

**19. HD Supply**
3400 Cumberland Blvd SE
Atlanta, GA 30339

**20. Pronto Waste Services**
7000 NW 35th Ave
Miami, FL 33147

**21. Concrete Life**
141 East Jefferson St.
Center Hill, FL 33514

**22. Sunbelt Rentals**
1799 Innovation Pt.
Fort Mill, SC 29715

**23. Spectrum Enterprise**
400 Washington Blvd.
Stamford, CT 06902

**24. Taylorworks IT**
1435 W. SR 434 Suite 109
Longwood, FL 32750

**25. USA Seamless Gutters**
1201 Strimenos Lane
Leesburg, FL 34748

**26. Sherwin Williams**
101 W Prospect Ave
Cleveland, OH 44115

**27. Waste Terminal Cleaning Solutions**
3020 NE 41st Terrace
Homestead, FL 33033

**28. Waste Management Corp.**

**29. High Reach**

**30. Blue Water Solutions**

800 Capitol Street Suite 3000
Houston, TX 77002

1371 SW 32nd Way
Deerfield Beach, FL 33442

4000 W 6th St. Suite B214
Lawrence, KS 66049

**31. Heyden Supply**
575 James Rd.
Alpharetta, GA 30004

**32. Luna Master Painting**
35546 Shelley Dr.
Leesburg, FL 34788

**33. Tiki Huts**
19401 SW 187th Ave
Miami, FL 33187

**34. Jani King**
2469 Sunset Point Rd.
Clearwater, FL 33765

**35. Jimmy's AC & Refrigeration**
46 43rd Ct
Vero Beach, FL 32968

**36. Amerisure**
PO Box 9098
Farmington Hills, MI 48333

**37. David Littiken Plumbing**
13524 Sandcastle Dr.
Groveland, FL 34736

**38. Hiti Inc.**
PO Box 70299
Philadelphia, PA 19176

**39. National Rent-A-Fence**
6356 Narcoossee Rd.
Orlando, FL 32822

**40. ADT Security**
1501 Yamato Rd.
Boca Raton, FL 33431

**41. ReadyRefresh**
PO Box 856680
Louisville, KY 40285

**42. UES**
4205 Vineland Rd. Suite L1
Orlando, FL 32811

**43. Nextiva**
9451 East Via De Ventura
Scottsdale, AZ 85256

**44. ADP**
1 ADP Boulevard, Mail Stop C421
Roseland, NJ 07068

**45. Duke Energy**
PO Box 70516
Charlotte, NC 28272

**46. E&L Harris Construction**
1507 Jefferson Dr.
Mount Dora, FL 32757

**47. Outhouse Rentals**
2530 State Road 60 West
Lake Wales, FL 33855

**48. Spectrum**
Charter 2 Digital Place 4th Floor
Simpsonville, SC 29681

**49. Afteractive**
12001 Research Pkwy #236
Orlando, FL 32826

**50. Trent - Cherry Village Note**
c/o Cherry Village, L.P.
421 NE 12th Avenue
Homestead, FL 33030

**51. Martin C. Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

**52. Trent - Eustis Note**
c/o Austin Commons, LP
1011 Cherry Ave
Nashville, TN 37201

**53. Pitkanen / Lagenhoff**
c/o Alison Pitkanen, Esq.
1980 N. Atlantic Ave, Suite 328
Cocoa Beach, FL 32931

**54. Trent Development (Pitkanen)**
c/o Alison Pitkanen, Esq.
1980 N. Atlantic Ave, Suite 328
Cocoa Beach, FL 32931

**55. Joanna G. Bornmiller**
14556 Saint Georges Hill Drive
Orlando, FL 32828

**56. Ebenezer Stone LLC**
571 SE Crosspoint
Port St. Lucie, FL 34983

**57. John Abell**
10500 SW 186th St
Cutler Bay, FL 33157

**58. Endless Management Construction**
720 NE 13th St.
Homestead, FL 33030

**59. United Healthcare**
PO Box 241029
St Paul, MN 55124

**60. Garcia Brothers Construction**
13303 SW 315th St.
Homestead, FL 33033

**61. Colony Insurance Company**

**62. PEDIXON, LLC**

**63. Cape Crossing Vacation Rentals,**

PO Box 469012
San Antonio, TX 78216

1627 East Vine St. Suite E
Kissimmee, FL 34744

**LLC**
4409 Hoffner Avenue #348
Orlando, FL 32812

**64. Factors Construction**
4409 Hoffner Avenue
Orlando, FL 32812

**65. Tri Star**
14556 Saint Georges Hill Drive
Orlando, FL 32828

**66. Tiered Capital, Inc.**
4409 Hoffner Avenue
Orlando, FL 32812

**67. Bank of America, N.A.**
P.O. Box 25118
Tampa, FL 33622-5118

**68. Truist Bank**
Truist Bank, Support Services
P.O. Box 1847 / 100-50-01-51
Wilson, NC 27894

**69. Billd Exchange, LLC**
c/o Brian Eves, Esq.
Sivyer Barlow Watson & Haughey
401 East Jackson Street, Suite 2225
Tampa, FL 33602

**70. JPMorgan Chase Bank, N.A.**
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**71. Cherry Village GP, LLC**
c/o Joseph R. Prochaska, Esq.
Reno & Cavanaugh, PLLC
424 Church Street, Suite 2910
Nashville, TN 37219

**72. Austin Commons GP, LLC**
c/o Joseph R. Prochaska, Esq.
Reno & Cavanaugh, PLLC
424 Church Street, Suite 2910
Nashville, TN 37219

Served electronically through CM/ECF, not mailed: U.S. Trustee (Aleskovsky); IMQA Investments, Inc. (Kosto); Horton S. Johnson (Leibert); Cape Crossing Condominium Association, Inc. (Crowder); PEDIXON LLC (Morando) (also mailed at its matrix address); Billd Exchange, LLC (Eves; Haughey) (also mailed at its matrix address and, through Mr. Eves, at its Claim 3-2 notice address); Sherwood Construction, Inc. (Smith).

On the matrix with no mailing address — cannot be served until an address is found: Christian's Lawn Service, LLC; Duval Master Construction; G&R Windows; Reyes Construction; Cortez.