UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED ORL INTAKE - USBC
12 NOV 2026 AM8:42

| | |
|---|---|
| In re: | Chapter 11 |
| CANAVERAL CROSSROADS, LLC, and SHERWOOD CONSTRUCTION, INC., | Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER |
| Debtors.<br>_______________________________/ | Jointly Administered under<br>Case No. 6:26-bk-05426-GER |
| | Applies to both Debtors |

**FRANK AMODEO'S NOTICE OF APPEARANCE AS A PARTY IN INTEREST TO SUPPORT AND ENFORCE THE GLOBAL SETTLEMENT AGREEMENT**

I appear in these jointly administered cases as a party in interest. At the insistence of the Dixon Parties, and at the request of the debtors in possession and the Homemakers trustee, I signed the Global Settlement Agreement and Mutual General Release that Canaveral Crossroads, LLC (Crossroads) and Sherwood Construction, Inc. (Sherwood) asked this court to approve (Docs. 100, 101). I appear to see that agreement approved and completed, and to ask that this court enforce its implementation if any party who signed it resists it.

**I signed the Global Settlement Agreement, and the agreement makes me a party in interest in these cases.**

The agreement names me as a party in my individual capacity (Doc. 100, Ex. A § 2.2(q)). Brian Horwitz, Esq., counsel for my guardians, signed it for me with my guardians' unanimous approval, and I signed it in my own right (*Id.* § 16.14). Every party acknowledged my authority to act on my own behalf in the four bankruptcy cases the agreement resolves, and these two cases are among them (*Id.* §§ 3.1, 16.14).

I performed every term the agreement required of me so far.

I then moved the guardianship court to approve the agreement, and no one opposed my motion. *In re Guardianship of Frank Amodeo*, No. 48-2008-CP-001369-O (Fla. 9th Cir. Ct. 2008). The agreement also names me as a movant for its approval in the Homemakers bankruptcy case (Doc. 100, Ex. A § 14.2(b)). I support its approval there as well. *In re Homemakers Real Estate, LLC*, No. 6:25-bk-05570-GER (Bankr. M.D. Fla. 2025).

**I appear to see the agreement completed or enforced.**

The agreement takes effect only after the approval orders in all four bankruptcy cases become final orders (Doc. 100, Ex. A § 3.5). Crossroads and Sherwood each moved for approval in these cases and asked this court to hear both motions on November 19, 2026 (Docs. 100, 101). The agreement bound each party

when that party signed it, and every party promised to support the approval motions and not to object to them (*Id.* §§ 14.1, 14.3).

The agreement cannot take effect for me until it takes effect for every party, and it cannot take effect for any party without approval orders in these two cases. The outcome of these cases therefore decides my rights under the agreement. A party in interest may appear and be heard on any issue in a chapter 11 case. *11 U.S.C. § 1109(b).*

I will support the approval motions. If any party who signed the agreement resists it, I will ask this court to hold that party to its terms. The agreement keeps this court's jurisdiction over every matter that affects these bankruptcy cases (Doc. 100, Ex. A § 16.2).

Every notice, motion, and order in these cases should reach me at the address and email below.

Respectfully submitted this 12th day of November, 2026.

Frank L. Amodeo
*Pro se*
1311 Hoffner Avenue
Orlando, Florida 32809
Telephone: (407) 406-1315
flahome32801@gmail.com

## CERTIFICATE OF SERVICE

I certify that on November 12, 2026, I filed this notice of appearance in paper form with the clerk of court. When the clerk dockets it, the CM/ECF system will serve it electronically on every party registered for electronic notice in this case and in Case No. 6:26-bk-05428-GER.

Frank L. Amodeo