UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/12/2026 02:30 PM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-05426-GER** | **11** | **07/20/2026** |

**Chapter 11**

**DEBTOR:** Canaveral Crossroads, LLC

**DEBTOR ATTY:** **Christopher Smith**

**TRUSTEE:** **NA**

**HEARING:**

1) Debtor's Motion for Approval the Compensation of Ross Johnston as Chief Restructuring Officer (Doc #50) AMENDED (Doc #54)
Debtor's Declaration of Ross Johnston in Support of the Motion to Approve his Compensation as Chief Restructuring Officer (Doc #47)
2) Debtor's Amended Motion to Dismiss Case [Sherwood} (Doc #85)
3) Debtor's Objection to Claim(s). Claim No. 3-2 of Billd Exchange, LLC (Doc #68)
Billd Exchange's Response (Doc #96)
PENDING:
Chapter 11 Plan (Doc #37)
Disclosure Statement (Doc #49)
Debtor's Amended Objection to Claim(s). Claim 13-1 of PEDixon (Doc #77) filed 10/12/26 w/NN
Debtor's Amended Objection to Claim(s). Claim 6-1 of McPhillips (Doc #78) filed 10/12/26 w/NN
Debtor's Objection to Claim(s). Claim 7-1 of Cherry Village (Doc #79) filed 10/13/26 w/NN
Debtor's Objection to Claim(s). Claim 6-1 of Austin Commons (Doc #80) filed 10/13/26 w/NN
Debtor's Amended Application to Employ Christopher Smith as Attorney (Doc #57) filed 9/29/26 w/NN
Debtor's Supplemental Disclosure Statement of Christopher L. Smith (Doc #73) filed 10/12/26
Debtor's Memorandum in Support of Employing Christopher L. Smith (Doc #75) filed 10/12/26
US Trustee's Limited Objection (Doc #71) filed 10/8/26
Pedixon's Joinder to US Trustee's Limited Objection (Doc #81) filed 10/13/26
Cape Crossing's Motion to Appoint Trustee (Doc #98) filed 11/9/26
Debtor's Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 26-AP-198 Crossroads and PEDixon LLC (PEDixon), ZPD LLC (ZPD), Crescent Sound, Ltd., Parke Financial Limited Partnership, and Kenneth G. Dixon (Doc #100) filed 11/10/26 w/NN
Debtor's Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 26-AP-198 Sherwood and PEDixon LLC (PEDixon), ZPD LLC (ZPD), Crescent Sound, Ltd., Parke Financial Limited Partnership, and Kenneth G. Dixon (Doc #101) filed 11/10/26 w/NN
Debtor's Motion for Reconsideration of the Deadline to Retain New Counsel [Canaveral and Sherwood] (Doc #102)
Note: 10/14/26
Converted: 9/8/26

341 scheduled 10/7/26; 10/19/26
Claims Deadline: 9/28/26
Case Summary (Doc #48) Amended (Doc #56)
Schedules (Doc #33)
Jointly Administered: LEAD Case 26-5426
26-5428 Sherwood Construction
Related Case:
26-ap-198 Sherwood Construction v. Kenneth Dixon (1/27/27 9:30 am)

**APPEARANCES:**: Christopher Smith (Debtor Atty); Kenneth Herron (Debtor Proposed New Counsel); Jeffrey Ainsworth, Jennifer Morando (ZPD/Pedixon Atty); Frank Amodeo (Creditor); Rhys Leonard (Trustee Atty); RJ Haughey (Billd Atty); Kristina Bado (Pitanen Atty); Christopher Crowder (Cape Crossing Atty);

**RULING:**
1) Debtor's Motion for Approval the Compensation of Ross Johnston as Chief Restructuring Officer (Doc #50) AMENDED (Doc #54) - cont. to December 3, 2026 at 11:30 am PREVIOUSLY ANNOUNCED AS 2:15 (AOCNFNG);

2) Debtor's Amended Motion to Dismiss Case [Sherwood} (Doc #85) - cont. to December 3, 2026 at 11:30 am PREVIOUSLY ANNOUNCED AS 2:15 (AOCNFNG);

3) Debtor's Objection to Claim(s). Claim No. 3-2 of Billd Exchange, LLC (Doc #68) - cont. to December 3, 2026 at 11:30 am PREVIOUSLY ANNOUNCED AS 2:15 (AOCNFNG);

4) Debtor's Motion for Reconsideration of the Deadline to Retain New Counsel [Canaveral and Sherwood] (Doc #102) - Granted:Order by SMITH;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.