UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Canaveral Crossroads, LLC, and
Sherwood Construction, Inc.,

Debtors.
_______________________________/

Chapter 11
Case No.: 6:26-bk-05426-GER
Case No.: 6:26-bk-05428-GER

Jointly Administered *under*
Case No.: 6:26-bk-05426-GER

**CANAVERAL CROSSROADS, LLC'S[1] APPLICATION**
**TO EMPLOY HERRON HILL LAW GROUP, PLLC AS ATTORNEYS**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 within Fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Canaveral Crossroads, LLC, (the "Debtor"), applies for an order authorizing the employment of Kenneth D. Herron, Jr., and Herron Hill Law Group, PLLC (collectively "Herron Hill") retroactive to the date of the filing of this application and states as follows:

[1] This application is filed by CANAVERAL CROSSROADS, LLC only and not by Sherwood Construction, Inc.

1. On July 20, 2026, an involuntary petition was filed by petitioning creditors against the Debtors under Chapter 7 of the Bankruptcy Code (Doc. 1).

2. On September 8, 2026, the Court entered an Order converting the case from a cases under Chapter 7 to a case under Chapter 11 (Doc. 15).

3. On September 29, 2026, Canaveral Crossroads, LLC filed an Amended Application to Employ Christopher Smith as attorney for the Debtor (Doc. 57).

4. On October 30, 2026, the Court entered an Order (1) Disapproving Applications to Employ and (2) Setting Deadline to Retain Counsel (Doc. 94) (the “Order”).

5. As a result of the Order, Canaveral Crossroads, LLC now seeks authority to employ Herron Hill to represent Canaveral Crossroads, LLC in this bankruptcy case.

6. Herron Hill has been selected because they (a) have considerable experience in matters of this nature, and (b) are well-qualified to represent the debtor-in possession.

7. The professional services that the attorneys are to render include:

a. advise and counsel the debtor-in possession concerning the operation of its business in compliance with Chapter 11 and orders of this Court;

b. defend any causes of action on behalf of the debtor-in-possession;

c. prepare, on behalf of the debtor-in-possession, all necessary applications, motions, reports, and other legal papers in the Chapter 11 case;

d. assist in the formulation of a plan of reorganization and preparation of a disclosure statement; and

e. provide all services of a legal nature in the field of bankruptcy law.

8. This application is for Herron Hill to serve as general bankruptcy counsel for the Debtor.

9. The Debtor has agreed to the proposed arrangement for compensation as set forth in the verified statement and disclosure of compensation being filed contemporaneously.

10. To the best of the Debtor's knowledge, Herron Hill:

a. Has no connection with the Debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States;

b. Does not hold or represent any interest adverse to the estate; and

c. Is a disinterested person as is more specifically set forth in the verified statement, which is being filed contemporaneously.

11. The Debtor believes that the employment of Herron Hill is in the best interests of the estate.

**Relief Requested**

For the reasons stated above, the Debtor requests the entry of an order authorizing the employment of Herron Hill as attorneys for the debtor-in possession.

DATED: November 10, 2026

Canaveral Crossroads, LLC

by: ***/s/ Ross Johnston***_______
Ross Johnston, as *proposed*
Chief Restructuring Officer

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2026, I mailed the foregoing document by first class U. S. mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix.

**Kenneth D. Herron, Jr.**
Fla. Bar No. 699403

Label Matrix for local noticing
113A-6
Case 6:26-bk-05426-GER
Middle District of Florida
Orlando
Wed Nov 18 09:42:52 EST 2026

August P, LLC -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Billd Exchange, LLC
c/o Roger J. Haughey, II
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Billd Exchange, LLC
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Cape Crossing Condominium
Association, Inc.
c/o Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

Cape Crossing Condominium Association, Inc.
Cape Crossing Townhome Association, Inc.
Faro & Crowder,P.A.
700 N.Wickham Road, Suite 205
Melbourne,FL 32935-8840

David Anderson -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

David McPhillips -
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Horton S. Johnson
2523 Kissam Court
Belle Isle, FL 32809-3587

James N. Ponson as Trustee of the Ponson Tru
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Jean Horning -
222 Morton Lane
Winter Springs, FL 32708-3612

Jeffrey S. Ainsworth
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, Florida 32803-5411

Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301-5060

Kathi Myers -
3648 Crescent Park Blvd
Orlando, FL 32812-3825

Kuberneo, CPA -
5979 Vineland Road, Ste 304
Orlando, FL 32819-7856

(c)MARIA BROOKS
10800 SE 17TH CIR APT 3
VANCOUVER WA 98664-6206

Michael McPhillips
Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd, Ste 200
Longwood, FL 32750-5403

PEDIXON LLC -
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744-3719

Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789-4233

Robert and Joann Maxwell -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Sanjeev Hans -
6410 Rockingtree Lane
Orlando, FL 32819-4187

Shane Sarver -
4488 Heaton Park Trail
Viera, FL 32955-6760

Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Tamamoi, LLC
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092-2871

Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050-4028

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 25 |
| Bypassed recipients | 1 |
| Total | 26 |