UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Canaveral Crossroads, LLC — Case No.: 6:26-bk-05426-GER

Debtor. — Chapter 11

_____________________________________/

**VERIFIED STATEMENT OF**
**PROPOSED ATTORNEYS AND DISCLOSURE OF COMPENSATION**

Kenneth D. Herron, Jr. submits the following statement in support of the application of Canaveral Crossroads, LLC to employ Herron Hill Law Group, PLLC (Doc. 111) and in compliance with 11 U. S. C. §§328(a) and 329(a) and F. R. B. P. 2014 and 2016(b) and says:

1. I am an attorney admitted to practice in the State of Florida and before this Court. I am a member and employee of Herron Hill Law Group, PLLC ("Herron Hill"). Herron Hill is a Florida professional limited liability company engaged in the practice of law.

2. Compensation. Subject to approval of this Court, Canaveral Crossroads, LLC (the "Debtor"), has agreed to pay compensation to Herron Hill for services rendered or to be rendered by Herron Hill in connection with this case as follows:

a. reasonable compensation for actual necessary services rendered by Herron Hill, based on the nature, the extent and the value of such services, the time spent on such services, and the cost of comparable services other than in the case under 11 U. S. C. §101 et seq., and reimbursement for actual, necessary expenses.

b. Herron Hill's standard hourly rates are $625.00 for Kenneth D. Herron, Jr. and $175.00 for paralegals.

c. Herron Hill received a total of $10,000.00 as a retainer, (the “Retainer”).

3. Source. The retainer was paid by Tiered Capital, Inc., which is the single member of the Debtor.

4. Sharing. Herron Hill has not agreed to share the compensation with any other entity, other than with members or regular associates of Herron Hill, except as set forth above.

5. Disinterested. Neither Herron Hill nor any of its attorneys:

a. represents the Debtor in any matters other than this case;

b. presently represents a creditor, partner, lessor, lessee, party to an executory contract of the Debtor, or person otherwise adverse or potentially adverse to the Debtor or the estate, on any matter, whether such representation is related or unrelated to the Debtor or the estate;

c. has previously represented a creditor, partner, lessor, lessee, party to an executory contract, or person who is otherwise adverse or potentially adverse to the Debtor or the estate, on any matter substantially related to the bankruptcy case;

d. represents an insider of the Debtor or any affiliate of the debtors;

e. has any other connection with the Debtor, creditors, or any other parties in interest, direct or indirect, or their respective attorneys and accountants, which may be affected by the proposed representation;

f. has any connection with the United States Trustee or any person employed in the office of the United States Trustee; and

g. has any other interest, direct or indirect, which may be affected by the representation of the Debtor in this case.

6. Verification. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2026.

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P.O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
E-mail: chip@herronhilllaw.com
ryan@herronhilllaw.com

## CERTIFICATE OF SERVICE

I certify that on November 18, 2026, I mailed the foregoing document by first class U. S. mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix.

**Kenneth D. Herron, Jr.**
Fla. Bar No. 699403

Label Matrix for local noticing
113A-6
Case 6:26-bk-05426-GER
Middle District of Florida
Orlando
Wed Nov 18 09:42:52 EST 2026

August P, LLC -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Billd Exchange, LLC
c/o Roger J. Haughey, II
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Billd Exchange, LLC
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Cape Crossing Condominium
Association, Inc.
c/o Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

Cape Crossing Condominium Association, Inc.
Cape Crossing Townhome Association, Inc.
Faro & Crowder,P.A.
700 N.Wickham Road, Suite 205
Melbourne,FL 32935-8840

David Anderson -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

David McPhillips -
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Horton S. Johnson
2523 Kissam Court
Belle Isle, FL 32809-3587

James N. Ponson as Trustee of the Ponson Tru
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Jean Horning -
222 Morton Lane
Winter Springs, FL 32708-3612

Jeffrey S. Ainsworth
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, Florida 32803-5411

Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301-5060

Kathi Myers -
3648 Crescent Park Blvd
Orlando, FL 32812-3825

Kuberneo, CPA -
5979 Vineland Road, Ste 304
Orlando, FL 32819-7856

(c)MARIA BROOKS
10800 SE 17TH CIR APT 3
VANCOUVER WA 98664-6206

Michael McPhillips
Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd, Ste 200
Longwood, FL 32750-5403

PEDIXON LLC -
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744-3719

Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789-4233

Robert and Joann Maxwell -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Sanjeev Hans -
6410 Rockingtree Lane
Orlando, FL 32819-4187

Shane Sarver -
4488 Heaton Park Trail
Viera, FL 32955-6760

Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Tamamoi, LLC
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092-2871

Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050-4028

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

| End of Label Matrix | |
| --- | --- |
| Mailable recipients | 25 |
| Bypassed recipients | 1 |
| Total | 26 |