United States Bankruptcy Court
Middle District of Florida

In re:
Canaveral Crossroads, LLC
Sherwood Construction, Inc.
Debtors

Case No. 26-05426-GER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 3
Date Rcvd: Nov 16, 2026 Form ID: pdfdoc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Canaveral Crossroads, LLC, Sherwood Construction, Inc., 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Brian A Eves | on behalf of Creditor Billd Exchange LLC beves@sbwhlegal.com, mmadera@sbwhlegal.com |
| Christopher Smith | on behalf of Debtor Canaveral Crossroads LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Ken Dixon Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Plaintiff Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | |

on behalf of Defendant Parke Financial Limited Partnership Chris@CLSOrlandoLaw.com

Christopher Smith
on behalf of Defendant ZPD LLC Chris@CLSOrlandoLaw.com

Christopher Smith
on behalf of Defendant PEDIXON LLC Chris@CLSOrlandoLaw.com

Christopher Smith
on behalf of Defendant Alison Pitkanen P.A. Chris@CLSOrlandoLaw.com

Christopher Smith
on behalf of Defendant Alison Pitkanen Chris@CLSOrlandoLaw.com

Christopher Smith
on behalf of Debtor Sherwood Construction Inc. Chris@CLSOrlandoLaw.com

Christopher Smith
on behalf of Defendant Crescent Sound LTD Chris@CLSOrlandoLaw.com

Cole Branson
on behalf of Defendant PEDIXON LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com

Cole Branson
on behalf of Defendant Crescent Sound LTD cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com

Cole Branson
on behalf of Defendant ZPD LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com

Cole Branson
on behalf of Defendant Ken Dixon cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com

Cole Branson
on behalf of Defendant Parke Financial Limited Partnership cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com

J Christopher Crowder
on behalf of Creditor James Ponson JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com

J Christopher Crowder
on behalf of Creditor Cape Crossing Condominium Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com

J Christopher Crowder
on behalf of Creditor Cape Crossing Townhome Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com

Jeffrey Ainsworth
on behalf of Creditor PEDIXON LLC jeff@bransonlaw.com shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;lisa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@

Jennifer L Morando
on behalf of Creditor PEDIXON LLC jennifer@bransonlaw.com jmorando_service@ecf.courtdrive.com,service@bransonlaw.com,tammy@bransonlaw.com,amanda@bransonlaw.com

Kristina Bado
on behalf of Defendant Alison Pitkanen P.A. kbado@boydlawgroup.com, mraza@boydlawgroup.com;servicemia@boydlawgroup.com

Kristina Bado
on behalf of Defendant Alison Pitkanen kbado@boydlawgroup.com mraza@boydlawgroup.com;servicemia@boydlawgroup.com

Lawrence M Kosto
on behalf of Petitioning Creditor IMQA Investments Inc. lkosto@kostoandrotella.com, lmksec@kostoandrotella.com

Lindsey A Savastano
on behalf of Creditor Tamamoi LLC lindsey.savastano@mccalla.com mccallaecf@ecf.courtdrive.com

Matthew Leibert
on behalf of Petitioning Creditor Horton S. Johnson leibert@urbanthier.com

Phil A D'Aniello
on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com

Roger J Haughey, II
on behalf of Creditor Billd Exchange LLC rhaughey@sbwhlegal.com, ehirshfeld@sbwlegal.com

United States Trustee - ORL7/13
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 30

**ORDERED.**

**Dated: November 13, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re<br><br>Canaveral Crossroads, LLC and<br>Sherwood Construction, Inc.,<br><br>Debtors. | Chapter 11<br>Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br><br>Jointly Administered *under*<br>Case No. 6:26-bk-05426-GER |
| In re<br><br>Canaveral Crossroads, LLC,<br>Case No. 6:26-bk-05426-GER<br><br>Applicable Debtor. | |

**ORDER REMANDING ASSOCIATION ACTION**
**(re: Doc. No. 9)**

THIS CASE came before the Court on October 14, 2026 at 1:30 p.m. upon the *Court's Order to Show Cause Why Court Should Not Abstain and Remand Cases to the Florida State Court* (Doc. No. 16). On August 20, 2026, Debtor Canaveral Crossroads, LLC ("Debtor") filed the Notice of Removal,[1] attempting to remove case number 05-2025-CA-022944-XXCA-BC (the "Association

[1] *Defendant Canaveral Crossroads, LLC's Notice of Removal* (Doc. No. 9) (the "Notice of Removal").

Action") from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida. The Notice of Removal details the claims involved in the Association Action.

Debtor alleges that the claims asserted in the Association Action "are, at a minimum, 'related to' the Bankruptcy Case, because they are asserted against the Debtor, seek to establish and liquidate liabilities that would be satisfied from property of the estate, and their resolution could conceivably affect the administration, liquidation, and distribution of the estate."[2] Debtor does not consent to the entry of final orders.[3]

A civil action may only be removed to a bankruptcy court when jurisdiction is established under 28 U.S.C. § 1334.[4] Debtor asserts that the removed claims are "non-core 'related to' proceedings";[5] the Court agrees and finds that the Association Action is within this Court's "related to" jurisdiction under 28 U.S.C. § 1334(b) and strictly involves matters of state law that do not need to be litigated in this Court. Furthermore, permissive abstention is appropriate pursuant to 28 U.S.C. § 1334(c)(1).[6]

Finally, Debtor should have filed the Notice of Removal as an adversary proceeding.[7] Additionally, Local Rule 9027-1 required Debtor to separately file the operative pleadings, substantive rulings, and any pending motions and responses from the Association Action within seven days of the filing of the Notice of Removal; however, Debtor failed to timely do so.

---

[2] Notice of Removal ¶ 8.

[3] Notice of Removal ¶ 11.

[4] 28 U.S.C. § 1452(a).

[5] Notice of Removal ¶ 10.

[6] *See, e.g.*, *Orlando Gateway Partners, LLC v. Good Gateway, LLC (In re Orlando Gateway Partners, LLC)*, 555 B.R. 848, 853 & nn.25 & 27 (Bankr. M.D. Fla. 2016) (recognizing that "[p]ermissive abstention may be raised by the Court *sua sponte*" and that "[c]ourts consider numerous factors when deciding whether to permissively abstain from a proceeding" (first citing *Golf Club at Bridgewater, L.L.C. v. Whitney Bank (In re The Golf Club at Bridgewater, LLC)*, No. 8:09-BK-10430-CED, 2013 WL 1193182, at *4 (M.D. Fla. Mar. 22, 2013); and then citing *E.S. Bankest, LLC v. United Beverage Fla., LLC (In re United Container LLC)*, 284 B.R. 162, 176 (Bankr. S.D. Fla. 2002))).

[7] *See* Fed. R. Bankr. P. 7001(j) (providing that "a proceeding to determine a claim or cause of action removed under 28 U.S.C. § 1452" is a type of adversary proceeding).

For the foregoing reasons, it is **ORDERED**:

1. The Clerk is directed to **REMAND** the Association Action to the Eighteenth Judicial Circuit in and for Brevard County, Florida, where the Association Action may proceed.

2. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of this Order to the Brevard County Clerk of Courts, P.O. Box 219, Titusville, FL 32781-0219.

3. Nothing in this Order shall in any way alter, impair, or prejudice the parties' substantive or procedural rights in connection with the Association Action.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.