United States Bankruptcy Court
Middle District of Florida

In re:
Canaveral Crossroads, LLC
Sherwood Construction, Inc.
Debtors

Case No. 26-05426-GER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 3
Date Rcvd: Nov 16, 2026 Form ID: pdfdoc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Canaveral Crossroads, LLC, Sherwood Construction, Inc., 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Brian A Eves | on behalf of Creditor Billd Exchange LLC beves@sbwhlegal.com, mmadera@sbwhlegal.com |
| Christopher Smith | on behalf of Debtor Canaveral Crossroads LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Ken Dixon Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Plaintiff Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | |

| | |
|---|---|
| | on behalf of Defendant Parke Financial Limited Partnership Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant ZPD LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant PEDIXON LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Alison Pitkanen P.A. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Alison Pitkanen Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Debtor Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Crescent Sound LTD Chris@CLSOrlandoLaw.com |
| Cole Branson | on behalf of Defendant PEDIXON LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Crescent Sound LTD cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant ZPD LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Ken Dixon cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Parke Financial Limited Partnership cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com;service@bransonlaw.com;nataly@bransonlaw.com |
| J Christopher Crowder | on behalf of Creditor James Ponson JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Condominium Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Townhome Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| Jeffrey Ainsworth | on behalf of Creditor PEDIXON LLC jeff@bransonlaw.com shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;lisa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@ |
| Jennifer L Morando | on behalf of Creditor PEDIXON LLC jennifer@bransonlaw.com jmorando_service@ecf.courtdrive.com,service@bransonlaw.com,tammy@bransonlaw.com,amanda@bransonlaw.com |
| Kristina Bado | on behalf of Defendant Alison Pitkanen P.A. kbado@boydlawgroup.com, mraza@boydlawgroup.com;servicemia@boydlawgroup.com |
| Kristina Bado | on behalf of Defendant Alison Pitkanen kbado@boydlawgroup.com mraza@boydlawgroup.com;servicemia@boydlawgroup.com |
| Lawrence M Kosto | on behalf of Petitioning Creditor IMQA Investments Inc. lkosto@kostoandrotella.com, lmksec@kostoandrotella.com |
| Lindsey A Savastano | on behalf of Creditor Tamamoi LLC lindsey.savastano@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew Leibert | on behalf of Petitioning Creditor Horton S. Johnson leibert@urbanthier.com |
| Phil A D'Aniello | on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |

Roger J Haughey, II
on behalf of Creditor Billd Exchange LLC rhaughey@sbwhlegal.com, ehirshfeld@sbwlegal.com

United States Trustee - ORL7/13
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 30

**ORDERED.**

**Dated: November 13, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re<br><br>Canaveral Crossroads, LLC and<br>Sherwood Construction, Inc.,<br><br>Debtors. | ) | Chapter 11<br>Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br><br>Jointly Administered *under*<br>Case No. 6:26-bk-05426-GER |
| In re<br><br>Canaveral Crossroads, LLC,<br>Case No. 6:26-bk-05426-GER<br><br>Applicable Debtor. | ) | |

**ORDER REMANDING FORECLOSURE ACTION**
**(re: Doc. No. 8)**

THIS CASE came before the Court on October 14, 2026 at 1:30 p.m. upon the *Court's Order to Show Cause Why Court Should Not Abstain and Remand Cases to the Florida State Court* (Doc. No. 16). On August 20, 2026, Debtor Canaveral Crossroads, LLC ("Debtor") filed the Notice of Removal,[1] attempting to remove case number 05-2025-CA-038877-XXCA-BC (the "Foreclosure

[1] *Defendant Canaveral Crossroads, LLC's Notice of Removal* (Doc. No. 8) (the "Notice of Removal").

Action") from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida. The Notice of Removal details the claims involved in the Foreclosure Action.

Debtor alleges that "[t]he Foreclosure Action seeks to enforce a lien upon, and to establish and liquidate a claim against, the Debtor and property in which the estate has or may have an interest, and its outcome will affect the administration, liquidation, and distribution of the estate."[2] Debtor consents to the entry of final orders.[3]

A civil action may only be removed to a bankruptcy court when jurisdiction is established under 28 U.S.C. § 1334.[4] Debtor asserts that the Foreclosure Action is a "core proceeding";[5] however, the Court finds that the Foreclosure Action is within this Court's "related to" jurisdiction under 28 U.S.C. § 1334(b) and strictly involves matters of state law that do not need to be litigated in this Court. Furthermore, permissive abstention is appropriate pursuant to 28 U.S.C. § 1334(c)(1).[6]

Finally, Debtor should have filed the Notice of Removal as an adversary proceeding.[7] Additionally, Local Rule 9027-1 required Debtor to separately file the operative pleadings, substantive rulings, and any pending motions and responses from the Foreclosure Action within seven days of the filing of the Notice of Removal; however, Debtor failed to timely do so.

For the foregoing reasons, it is **ORDERED**:

---

[2] Notice of Removal ¶ 7.

[3] Notice of Removal ¶ 10.

[4] 28 U.S.C. § 1452(a).

[5] Notice of Removal ¶ 9.

[6] *See, e.g.*, *Orlando Gateway Partners, LLC v. Good Gateway, LLC (In re Orlando Gateway Partners, LLC)*, 555 B.R. 848, 853 & nn.25 & 27 (Bankr. M.D. Fla. 2016) (recognizing that "[p]ermissive abstention may be raised by the Court *sua sponte*" and that "[c]ourts consider numerous factors when deciding whether to permissively abstain from a proceeding" (first citing *Golf Club at Bridgewater, L.L.C. v. Whitney Bank (In re The Golf Club at Bridgewater, LLC)*, No. 8:09-BK-10430-CED, 2013 WL 1193182, at *4 (M.D. Fla. Mar. 22, 2013); and then citing *E.S. Bankest, LLC v. United Beverage Fla., LLC (In re United Container LLC)*, 284 B.R. 162, 176 (Bankr. S.D. Fla. 2002))).

[7] *See* Fed. R. Bankr. P. 7001(j) (providing that "a proceeding to determine a claim or cause of action removed under 28 U.S.C. § 1452" is a type of adversary proceeding).

1. The Clerk is directed to **REMAND** the Foreclosure Action to the Eighteenth Judicial Circuit in and for Brevard County, Florida, where the Foreclosure Action may proceed.

2. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of this Order to the Brevard County Clerk of Courts, P.O. Box 219, Titusville, FL 32781-0219.

3. Nothing in this Order shall in any way alter, impair, or prejudice the parties' substantive or procedural rights in connection with the Foreclosure Action.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.