UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| CANAVERAL CROSSROADS, LLC, and<br>SHERWOOD CONSTRUCTION, INC., | Case No.: 6:26-bk-05426-GER<br>Case No.: 6:26-bk-05428-GER |
| Debtors.<br>_______________________________/ | Jointly Administered under<br>Case No. 6:26-bk-05426-GER |

**NOTICE OF PRELIMINARY HEARING ON MOTION TO APPROVE COMPROMISE OF CONTROVERSY OR SETTLEMENT AGREEMENT**

NOTICE IS GIVEN THAT:

1. The Honorable Grace E. Robson will conduct a preliminary hearing in this case on December 3, 2026, at 11:30 a.m. in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street on the following matter:

*Motion to Approve Compromise of Controversy or Settlement Agreement* (Doc. 113)

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## CERTIFICATE OF SERVICE

I certify that on November 19, 2026, I caused a true and correct copy of the foregoing document to be mailed by first class U.S. mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix.

I further certify that on November 19, 2026, I caused a true and correct copy of the foregoing to be sent by electronic mail to the following parties:

| | |
|---|---|
| Office of the United States Trustee<br>Audrey M. Aleskovsky<br>audrey.m.aleskovsky@usdoj.gov | Christopher Emden<br>christopher.emden@usdoj.gov |
| Each party to the Settlement Agreement at the email address stated for that party on Schedule 16.3 of the Settlement Agreement (a copy of which is attached) | |

*/s/ Kenneth D. Herron, Jr.*
**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P.O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
E-mail: chip@herronhilllaw.com
ryan@herronhilllaw.com

Label Matrix for local noticing
113A-6
Case 6:26-bk-05426-GER
Middle District of Florida
Orlando
Wed Nov 18 09:42:52 EST 2026

August P, LLC -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Billd Exchange, LLC
c/o Roger J. Haughey, II
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Billd Exchange, LLC
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Cape Crossing Condominium
Association, Inc.
c/o Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

Cape Crossing Condominium Association, Inc.
Cape Crossing Townhome Association, Inc.
Faro & Crowder,P.A.
700 N.Wickham Road, Suite 205
Melbourne,FL 32935-8840

David Anderson -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

David McPhillips -
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Horton S. Johnson
2523 Kissam Court
Belle Isle, FL 32809-3587

James N. Ponson as Trustee of the Ponson Tru
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Jean Horning -
222 Morton Lane
Winter Springs, FL 32708-3612

Jeffrey S. Ainsworth
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, Florida 32803-5411

Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301-5060

Kathi Myers -
3648 Crescent Park Blvd
Orlando, FL 32812-3825

Kuberneo, CPA -
5979 Vineland Road, Ste 304
Orlando, FL 32819-7856

(c)MARIA BROOKS
10800 SE 17TH CIR APT 3
VANCOUVER WA 98664-6206

Michael McPhillips
Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd, Ste 200
Longwood, FL 32750-5403

PEDIXON LLC -
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744-3719

Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789-4233

Robert and Joann Maxwell -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Sanjeev Hans -
6410 Rockingtree Lane
Orlando, FL 32819-4187

Shane Sarver -
4488 Heaton Park Trail
Viera, FL 32955-6760

Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Tamamoi, LLC
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092-2871

Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050-4028

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF

--------------------------------------------

Note: Entries with a '-' at the end of the name have filed a claim in this case

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 25 |
| Bypassed recipients | 1 |
| Total | 26 |

SCHEDULE 16.3

## NOTICE ADDRESSES

| Party | Notice address and email | With a copy to |
|---|---|---|
| PEDixon LLC | Attn: Kenneth G. Dixon, Manager, 1627 East Vine Street, Suite E, Kissimmee, FL 34744; kendixon@lelandenterprisesinc.com | Jeffrey S. Ainsworth, Esq. / Jennifer L. Morando, Esq., Branson Ainsworth PLLC, 1501 E. Concord Street, Orlando, FL 32803; jeff@bransonlaw.com |
| ZPD LLC | Attn: Kenneth G. Dixon, Manager, 1627 East Vine Street, Suite E, Kissimmee, FL 34744; kendixon@lelandenterprisesinc.com | Jeffrey Ainsworth, Esq. (same) |
| Crescent Sound, Ltd., individually | c/o Crescent Sound, Inc., General Partner, Attn: Kenneth G. Dixon, President, 1627 East Vine Street, Suite E, Kissimmee, FL 34744; kendixon@lelandenterprisesinc.com | Jeffrey Ainsworth, Esq. (same) |
| Crescent Sound, Ltd., as trustee of the Tiered Land Trust | c/o Crescent Sound, Inc., General Partner, Attn: Kenneth G. Dixon, President, 1627 East Vine Street, Suite E, Kissimmee, FL 34744; kendixon@lelandenterprisesinc.com | Jeffrey Ainsworth, Esq. (same) |
| Parke Financial Limited Partnership | c/o MFL, Inc., General Partner, Attn: Kenneth G. Dixon, Vice President, 1627 East Vine Street, Suite E, Kissimmee, FL 34744; kendixon@lelandenterprisesinc.com | Jeffrey Ainsworth, Esq. (same) |
| Kenneth G. Dixon, individually | 1627 East Vine Street, Suite E, Kissimmee, FL 34744; kendixon@lelandenterprisesinc.com | Jeffrey Ainsworth, Esq. (same) |
| Alison Pitkanen, individually | 13514 Lake Mary Jane Road, Orlando, FL 32832; alisonpitkanen@gmail.com; alisonplaw@gmail.com | Alison Pitkanen Law Firm LLC, 1980 N. Atlantic Avenue, Suite 328, Cocoa Beach, FL 32931 |
| Alison Pitkanen Law Firm LLC | Attn: Alison Pitkanen, Manager, 1980 N. Atlantic Avenue, Suite 328, Cocoa Beach, FL 32931; alisonpitkanen@gmail.com; alisonplaw@gmail.com | None |
| Alison Pitkanen, P.A. | Attn: Alison Pitkanen, 1980 N. Atlantic Avenue, Suite 328, Cocoa Beach, FL 32931; alisonpitkanen@gmail.com; alisonplaw@gmail.com | None |
| Martin C. Flynn, Jr., individually | 14556 Saint Georges Hill Drive, Orlando, FL 32828; mcflynnjr@gmail.com | Daniel A. Velasquez, Esq., Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Avenue, Suite 1400, Orlando, FL 32801; dvelasquez@lathamluna.com |

| Party | Notice address and email | With a copy to |
|---|---|---|
| Martin C. Flynn, Jr., as debtor-in-possession | 14556 Saint Georges Hill Drive, Orlando, FL 32828; mcflynnjr@gmail.com | Daniel A. Velasquez, Esq. (same) |
| Tracey Hester Flynn, individually | 14556 Saint Georges Hill Drive, Orlando, FL 32828; mcflynnjr@gmail.com | Daniel A. Velasquez, Esq. (same) |
| 650 85th, LLC | Attn: Martin C. Flynn, Jr., Manager, 14556 Saint Georges Hill Drive, Orlando, FL 32828; mcflynnjr@gmail.com | Dale R. Coburn III, Esq., Wolfe Stevens PLLC, 5800 Overseas Highway, Suite 3, Marathon, FL 33050; coburn@marathonlaw.com |
| WM Holdings Group, LLC | Attn: Martin C. Flynn, Jr., Manager, 14556 Saint Georges Hill Drive, Orlando, FL 32828; mcflynnjr@gmail.com | Daniel A. Velasquez, Esq., Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Avenue, Suite 1400, Orlando, FL 32801; dvelasquez@lathamluna.com |
| MTF Holdings, LLC | Attn: Martin C. Flynn, Jr., Manager, 14556 Saint Georges Hill Drive, Orlando, FL 32828; mcflynnjr@gmail.com | Dale R. Coburn III, Esq., Wolfe Stevens PLLC, 5800 Overseas Highway, Suite 3, Marathon, FL 33050; coburn@marathonlaw.com |
| Horton S. Johnson, individually | 2523 Kissam Court, Belle Isle, FL 32809; wjohnsonbbf@gmail.com | Matthew A. Leibert, Esq., 5782A S. Semoran Blvd., Orlando, FL 32822; leibert@urbanthier.com |
| Horton S. Johnson, as trustee of the Horton S. Johnson Revocable Trust dated August 3, 2012 | 2523 Kissam Court, Belle Isle, FL 32809; wjohnsonbbf@gmail.com | Matthew A. Leibert, Esq., 5782A S. Semoran Blvd., Orlando, FL 32822; leibert@urbanthier.com |
| Horton S. Johnson, as successor trustee of the Tiered Land Trust | 2523 Kissam Court, Belle Isle, FL 32809; wjohnsonbbf@gmail.com | Matthew A. Leibert, Esq., 5782A S. Semoran Blvd., Orlando, FL 32822; leibert@urbanthier.com |
| Homemakers Real Estate, LLC (Lara Roeske Fernandez, Chapter 11 Trustee) | Lara Roeske Fernandez Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., 101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602; lfernandez@trenam.com | Rhys P. Leonard, Esq. and Anthony P. Marzocca, Esq. Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., 101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602; rleonard@trenam.com amarzocca@trenam.com |
| Sherwood Construction, Inc., debtor-in-possession | c/o Tiered Capital, Inc., Attn: Horton S. Johnson, Director, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; wjohnsonbbf@gmail.com | None |
| Canaveral Crossroads, LLC, debtor-in-possession | Attn: Ross Johnston, Reorganization Manager, P.O. Box 1298, Winter Park, FL 32790; crossing2026@gmail.com | Christopher L. Smith, Esq., Fromang & Smith, P.A., 4767 New Broad Street, Orlando, FL 32814; chris@fromangsmith.com |

| Party | Notice address and email | With a copy to |
|---|---|---|
| Tiered Capital, Inc. | Attn: Horton S. Johnson, Director, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; wjohnsonbbf@gmail.com | Christopher L. Smith, Esq., Fromang & Smith, P.A., 4767 New Broad Street, Orlando, FL 32814; chris@fromangsmith.com |
| Florida Space Coast Resorts, Inc. | c/o Tiered Capital, Inc., Attn: Horton S. Johnson, Director, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; wjohnsonbbf@gmail.com | None |
| Cape Crossing Vacation Rentals, LLC | Attn: Horton S. Johnson, Trustee of the Tiered Land Trust, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; wjohnsonbbf@gmail.com | Matthew A. Leibert, Esq., 5782A S. Semoran Blvd., Orlando, FL 32822; leibert@urbanthier.com |
| Yaniv Amar, individually | 19589 NE 10th Avenue, Miami, FL 33179; yamarllc@gmail.com | None |
| A Marine, Inc. | Attn: Yaniv Amar, President, 19589 NE 10th Avenue, Miami, FL 33179; yamarllc@gmail.com | None |
| IMQA Investments, Incorporated | Attn: Deborah Milotte, President, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; contact@imqainvestments.com; deborah@milotte.com | Lawrence M. Kosto, Esq., Kosto & Rotella, P.A., P.O. Box 113, Orlando, FL 32802 |
| Holly Bluff Marina, Inc. | Attn: Horton S. Johnson, Trustee of the Tiered Land Trust, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; wjohnsonbbf@gmail.com | Matthew A. Leibert, Esq., 5782A S. Semoran Blvd., Orlando, FL 32822; leibert@urbanthier.com |
| Recycled Group of South Carolina, LLC | Attn: Horton S. Johnson, Trustee of the Tiered Land Trust, 4409 Hoffner Avenue, Suite 348, Orlando, FL 32812; wjohnsonbbf@gmail.com | Matthew A. Leibert, Esq., 5782A S. Semoran Blvd., Orlando, FL 32822; leibert@urbanthier.com |
| Frank Amodeo, individually | 1311 Hoffner Avenue, Orlando, FL 32809 | Brian Horwitz, Esq., counsel for his guardians, 5019 Saint Denis Ct, Belle Isle, FL 32812 |
| Global Settlement Trust | Attn: Horton S. Johnson, Trustee, 7707 S. Orange Avenue, P.O. Box 590073, Orlando, FL 32859; wjohnsonbbf@gmail.com | None |