UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re: Case no. 6:26-bk-05426-GER

Canaveral Crossroads, LLC and
Sherwood Construction, Inc. Chapter 11

Debtor.
______________________________________/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS HEREBY GIVEN THAT:

1. The Honorable Grace E. Robson will conduct a Preliminary Hearing in this case on 12/03/2026 at 11:30 AM. in Courtroom 6D, 6th floor, George C. Young Courthouse, 400 W. Washington Street, Orlando FL, 32801, to consider and act upon the following and transact such other business that may come before the court:

**Motion to Appoint Trustee( Doc 98)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/geyer or call 407-237-8111.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

5. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

6. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding

judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2026, I served this Order using the Court's CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants. I further certify that I served the attached matrix by U.S. Mail first-class, postage prepaid, on the same date.

Faro & Crowder, PA

By: /s/J Christopher Crowder Sr.
J. Christopher Crowder, Sr.
FBN 50562
700 N. Wickham Rd, Suite 205
Melbourne, FL 32935
Phone: 321-784-8158
Email: jcrowser@farolaw.com

Label Matrix for local noticing
113A-6
Case 6:26-bk-05426-GER
Middle District of Florida
Orlando
Fri Nov 20 07:26:41 EST 2026

Frank Amodeo
1311 Hoffner Avenue
Orlando, FL 32809-3515

Billd Exchange, LLC
c/o Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street
Suite 2225
Tampa, FL 33602-5213

Canaveral Crossroads, LLC
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

Cape Crossing Condominium Association, Inc
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

Cape Crossing Townhome Association, Inc
700 N Wickham Rd
Unit 205
Melbourne, FL 32935-8840

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

Jetton Investments Incorporated
116 S Magnolia Ave
Suite 3E
Ocala, FL 34471-1178

Horton S. Johnson
2523 Kissam Court
Belle Isle, FL 32809-3587

PEDIXON LLC
c/o Branson Ainsworth PLLC
1501 E Concord Street
Orlando, FL 32803-5411

Grace E. Robson
Orlando
, FL

Sherwood Construction, Inc.
4409 Hoffner Ave, #348
Orlando, FL 32812-2331

Tamamoi LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092-2871

August P, LLC -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Billd Exchange, LLC
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Billd Exchange, LLC
c/o Roger J. Haughey, II
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Cape Crossing Condominium
Association, Inc.
c/o Eric M. Rodriguez, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

Cape Crossing Condominium Association, Inc -
c/o Beacon Management & Consulting, Inc.
333 17th Street
Suite F
Vero Beach, FL 32960-5636

Cape Crossing Condominium Association, Inc.
Cape Crossing Townhome Association, Inc.
Faro & Crowder,P.A.
700 N.Wickham Road, Suite 205
Melbourne,FL 32935-8840

Cape Crossing Master Association, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Cape Crossing Townhome Homeowners Associatio
c/o Beacon Management & Consulting, Inc.
333 17th Street
Suite F
Vero Beach, FL 32960-5636

Cape Crossing Townhomes Homeowners
Association, Inc.
c/o D. John Rhodeback, Esq.
1565 US Highway 1
Sebastian, FL 32958-3895

David Anderson -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

David C. & Kathryne E. McPhillips
4907 Bayshore Blvd #116
Tampa, FL 33611-3875

David McPhillips -
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

FBC Holdings, LLC
310 Lagoon Way
Merritt Island, FL 32953-4132

James N. Ponson as Trustee of the Ponson Tru
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

Jean Horning -
222 Morton Lane
Winter Springs, FL 32708-3612

Jeffrey S. Ainsworth
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, Florida 32803-5411

Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301-5060

Jetton Investments, Inc.
c/o Paul Rene, Jr.
116 S Magnolia Ave, Suite 3E
Ocala, FL 34471-1178

Kathi Myers -
3648 Crescent Park Blvd
Orlando, FL 32812-3825

Kuberneo, CPA -
5979 Vineland Road, Ste 304
Orlando, FL 32819-7856

(c)MARIA BROOKS
10800 SE 17TH CIR APT 3
VANCOUVER WA 98664-6206

Martin C. Flynn, Jr.
14556 Saint Georges Hill Dr
Orlando, FL 32828-8035

Michael McPhillips
310 Lagoon Way
Merritt Island, FL 32953-4132

Michael McPhillips
Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

Mikael K. Pitkanen -
13514 S Lake Mary Jane Rd
Orlando, FL 32832-6589

NuView IRA fbo Theresa Spano
280 S Ronald Reagan Blvd, Ste 200
Longwood, FL 32750-5403

PEDIXON LLC -
c/o Kenneth Dixon
1627 East Vine Street, Suite E
Kissimmee, FL 34744-3719

Pedixon LLC
c/o Jeffrey S. Ainsworth
Branson Ainsworth PLLC
Orlando, Florida 32803

Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789-4233

Ponson, Martha E. Revocable Living Trust
c/o Aaron B. Thalwitzer, Esq.
Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931-2916

Robert and Joann Maxwell -
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963-2250

Sanjeev Hans -
6410 Rockingtree Lane
Orlando, FL 32819-4187

Sanjeev Hans -
8635 Chilton Drive
Orlando, FL 32836-5811

Shane Sarver -
4488 Heaton Park Trail
Viera, FL 32955-6760

Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Tamamoi, LLC
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092-2871

The Carton Family Trust of 1992
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr, Suite 260
Peachtree Corners, GA 30092-2871

Tiered Capital, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Yann Le Lourec
130 Coco Plum Dr, Apt 401
Marathon, FL 33050-4028

Roger J Haughey II +
Sivyer Barlow & Watson,PA
SunTrust Financial Centre
401 East Jackson Street, Suite 2225
Tampa, FL 33602-5213

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Kenneth D Herron Jr +
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802-2127

Phil A D'Aniello +
Fassett Anthony & Taylor PA
1325 West Colonial Drive
Orlando, FL 32804-7133

Jeffrey Ainsworth +
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803-5411

Lindsey A Savastano +
McCalla Raymer Leibert Pierce, LLP
110 S.E. 6th Street
Ste 2300
Fort Lauderdale, FL 33301-5055

J Christopher Crowder +
Faro & Crowder PA
700 N Wickham Road, Suite 205
Melbourne, FL 32935-8840

Audrey M Aleskovsky +
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Cou
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Jennifer L Morando +
Branson Law, PLLC
1501 E Concord Street
Orlando, FL 32803-5411

Matthew Leibert +
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822-4819

Christopher Smith +
Fromang and Smith, P.A.
4767 New Broad Street
Orlando, FL 32814-6405

Brian A Eves +
Sivyer Barlow Watson & Haughey, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602-5213

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Maria Brooks
10800 SE 17th Cir #A3
Vancouver, WA 98664

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michael McPhillips

(u)James Ponson

(d)Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

(d)Horton S. Johnson
2523 Kissam Court
Belle Isle, FL 32809-3587

(d)Sherwood Construction, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients 63
Bypassed recipients 6
Total 69