United States Bankruptcy Court
Middle District of Florida

In re:
Canaveral Crossroads, LLC
Sherwood Construction, Inc.
Debtors

Case No. 26-05426-GER
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 20, 2026 | Form ID: Dntcosth | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Canaveral Crossroads, LLC, Sherwood Construction, Inc., 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| cr | + | Billd Exchange, LLC, c/o Sivyer Barlow Watson & Haughey, P.A., 401 E. Jackson Street, Suite 2225, Tampa, FL 33602-5213 |
| cr | + | Cape Crossing Condominium Association, Inc, 700 N. Wickham Road, Suite 205, Melbourne, FL 32935-8840 |
| cr | + | Cape Crossing Townhome Association, Inc, 700 N Wickham Rd, Unit 205, Melbourne, FL 32935, UNITED STATES 32935-8840 |
| ptcrd | + | Cape Crossing Vacation Rentals, LLC, 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| intp | + | Frank Amodeo, 1311 Hoffner Avenue, Orlando, FL 32809-3515 |
| ptcrd | + | Horton S. Johnson, 2523 Kissam Court, Belle Isle, FL 32809-3587 |
| ptcrd | + | Jetton Investments Incorporated, 116 S Magnolia Ave, Suite 3E, Ocala, FL 34471-1178 |
| cr | + | PEDIXON LLC, c/o Branson Ainsworth PLLC, 1501 E Concord Street, Orlando, FL 32803-5411 |
| cr | + | Tamamoi LLC, 3550 Engineering Dr. Suite 260, Peachtree Corners, GA 30092, UNITED STATES 30092-2871 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | James Ponson |
| intp | | Michael McPhillips |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Brian A Eves | on behalf of Creditor Billd Exchange LLC beves@sbwhlegal.com, mmadera@sbwhlegal.com |
| Christopher Smith | on behalf of Defendant Crescent Sound LTD Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Ken Dixon Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Plaintiff Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant PEDIXON LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Alison Pitkanen P.A. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Alison Pitkanen Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Debtor Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Debtor Canaveral Crossroads LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Parke Financial Limited Partnership Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant ZPD LLC Chris@CLSOrlandoLaw.com |
| Cole Branson | on behalf of Defendant Parke Financial Limited Partnership cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant PEDIXON LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Ken Dixon cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Crescent Sound LTD cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant ZPD LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| J Christopher Crowder | on behalf of Creditor James Ponson JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Condominium Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Townhome Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Interested Party Michael McPhillips JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| Jeffrey Ainsworth | on behalf of Creditor PEDIXON LLC jeff@bransonlaw.com shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;l isa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@ |
| Jennifer L Morando | |

| | |
|---|---|
| | on behalf of Creditor PEDIXON LLC jennifer@bransonlaw.com jmorando_service@ecf.courtdrive.com,service@bransonlaw.com,tammy@bransonlaw.com,amanda@bransonlaw.com |
| Kenneth D Herron, Jr | on behalf of Debtor Canaveral Crossroads LLC chip@herronhilllaw.com, chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kristina Bado | on behalf of Defendant Alison Pitkanen kbado@boydlawgroup.com mraza@boydlawgroup.com;servicemia@boydlawgroup.com |
| Kristina Bado | on behalf of Defendant Alison Pitkanen P.A. kbado@boydlawgroup.com, mraza@boydlawgroup.com;servicemia@boydlawgroup.com |
| Lawrence M Kosto | on behalf of Petitioning Creditor IMQA Investments Inc. lkosto@kostoandrotella.com, lmksec@kostoandrotella.com |
| Lindsey A Savastano | on behalf of Creditor Tamamoi LLC lindsey.savastano@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew Leibert | on behalf of Petitioning Creditor Horton S. Johnson leibert@urbanthier.com |
| Phil A D'Aniello | on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |
| Roger J Haughey, II | on behalf of Creditor Billd Exchange LLC rhaughey@sbwhlegal.com, ehirshfeld@sbwlegal.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 32

ORDERED.

**Dated: November 20, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26−bk−05426−GER
Chapter 11

Canaveral Crossroads, LLC

Sherwood Construction, Inc.

Debtor* /

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by Cape Crossing Condominium Association, Inc (Document No. 118) (the "Motion") will be held on December 3, 2026 , at 11:30 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(e)(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court without further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

5. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407−237−8141 no later than 3:00 p.m. one business day before the date of the hearing.

6. Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

J Crowder is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.