United States Bankruptcy Court
Middle District of Florida

In re:
Canaveral Crossroads, LLC
Sherwood Construction, Inc.
Debtors

Case No. 26-05426-GER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 3
Date Rcvd: Nov 20, 2026 Form ID: pdfdoc Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Canaveral Crossroads, LLC, Sherwood Construction, Inc., 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| cr | + | Billd Exchange, LLC, c/o Sivyer Barlow Watson & Haughey, P.A., 401 E. Jackson Street, Suite 2225, Tampa, FL 33602-5213 |
| cr | + | Cape Crossing Condominium Association, Inc, 700 N. Wickham Road, Suite 205, Melbourne, FL 32935-8840 |
| cr | + | Cape Crossing Townhome Association, Inc, 700 N Wickham Rd, Unit 205, Melbourne, FL 32935, UNITED STATES 32935-8840 |
| ptcrd | + | Cape Crossing Vacation Rentals, LLC, 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| intp | + | Frank Amodeo, 1311 Hoffner Avenue, Orlando, FL 32809-3515 |
| ptcrd | + | Horton S. Johnson, 2523 Kissam Court, Belle Isle, FL 32809-3587 |
| ptcrd | + | Jetton Investments Incorporated, 116 S Magnolia Ave, Suite 3E, Ocala, FL 34471-1178 |
| cr | + | PEDIXON LLC, c/o Branson Ainsworth PLLC, 1501 E Concord Street, Orlando, FL 32803-5411 |
| cr | + | Tamamoi LLC, 3550 Engineering Dr. Suite 260, Peachtree Corners, GA 30092, UNITED STATES 30092-2871 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | James Ponson |
| intp | | Michael McPhillips |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Brian A Eves | on behalf of Creditor Billd Exchange LLC beves@sbwhlegal.com, mmadera@sbwhlegal.com |
| Christopher Smith | on behalf of Defendant Crescent Sound LTD Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Ken Dixon Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Plaintiff Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant PEDIXON LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Alison Pitkanen P.A. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Alison Pitkanen Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Debtor Sherwood Construction Inc. Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Debtor Canaveral Crossroads LLC Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant Parke Financial Limited Partnership Chris@CLSOrlandoLaw.com |
| Christopher Smith | on behalf of Defendant ZPD LLC Chris@CLSOrlandoLaw.com |
| Cole Branson | on behalf of Defendant Parke Financial Limited Partnership cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant PEDIXON LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Ken Dixon cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant Crescent Sound LTD cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Cole Branson | on behalf of Defendant ZPD LLC cole@bransonlaw.com, tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| J Christopher Crowder | on behalf of Creditor James Ponson JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Condominium Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Townhome Association Inc JCrowder@Farolaw.com, ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Interested Party Michael McPhillips JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| Jeffrey Ainsworth | on behalf of Creditor PEDIXON LLC jeff@bransonlaw.com shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;l isa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@ |
| Jennifer L Morando | |

| | |
|---|---|
| | on behalf of Creditor PEDIXON LLC jennifer@bransonlaw.com jmorando_service@ecf.courtdrive.com,service@bransonlaw.com,tammy@bransonlaw.com,amanda@bransonlaw.com |
| Kenneth D Herron, Jr | on behalf of Debtor Canaveral Crossroads LLC chip@herronhilllaw.com, chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Kristina Bado | on behalf of Defendant Alison Pitkanen kbado@boydlawgroup.com mraza@boydlawgroup.com;servicemia@boydlawgroup.com |
| Kristina Bado | on behalf of Defendant Alison Pitkanen P.A. kbado@boydlawgroup.com, mraza@boydlawgroup.com;servicemia@boydlawgroup.com |
| Lawrence M Kosto | on behalf of Petitioning Creditor IMQA Investments Inc. lkosto@kostoandrotella.com, lmksec@kostoandrotella.com |
| Lindsey A Savastano | on behalf of Creditor Tamamoi LLC lindsey.savastano@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew Leibert | on behalf of Petitioning Creditor Horton S. Johnson leibert@urbanthier.com |
| Phil A D'Aniello | on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |
| Roger J Haughey, II | on behalf of Creditor Billd Exchange LLC rhaughey@sbwhlegal.com, ehirshfeld@sbwlegal.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 32

**ORDERED.**

**Dated: November 20, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Canaveral Crossroads, LLC and | ) | Case No. 6:26-bk-05426-GER |
| Sherwood Construction, Inc., | ) | Case No. 6:26-bk-05428-GER |
| | ) | |
| Debtors. | ) | Jointly Administered *under* |
| | ) | Case No. 6:26-bk-05426-GER |

**ORDER[1] (1) GRANTING IN PART MOTION FOR RECONSIDERATION OF THE DEADLINE TO RETAIN NEW COUNSEL AND (2) RESETTING DEADLINE TO RETAIN COUNSEL**

THESE CASES came before the Court on November 12, 2026 at 2:30 p.m. (the "Hearing") for consideration of *Canaveral Crossroads, LLC and Sherwood Construction, Inc.'s Motion for Reconsideration of the Deadline to Retain New Counsel (Doc. 94) and for a Reasonable Time to Retain Counsel* (Doc. No. 102) (the "Motion") filed by Debtors,[2] requesting an extension of the deadline set forth in the *Order (1) Disapproving Applications to Employ and (2) Setting Deadline to Retain Counsel* (Doc. No. 94) (the "Prior Order") for Debtors to retain new counsel and to allow Christopher L. Smith ("Mr. Smith") to act in a limited capacity until the retention of new

[1] The proposed order submitted to the Court was modified in Chambers.
[2] "Debtors" refers to Canaveral Crossroads, LLC ("Canaveral") and Sherwood Construction, Inc.("Sherwood").

counsel. The Court, having considered the Motion and the record, and for the reasons stated in open court at the Hearing, it is

**ORDERED**:

1. The Motion (Doc. No. 102) is **GRANTED IN PART**, and the Prior Order (Doc. No. 94) is amended as set forth herein.

2. **Prior to the hearing scheduled for December 3, 2026 at 11:30 a.m.** (the "Hearing"),[3] Debtors shall retain new counsel.[4]

3. Failure to retain counsel by the Hearing will result in dismissal of these cases.

4. Mr. Smith may act as counsel for Debtors in this jointly administered case on matters with third parties only until the earlier of (a) the Hearing or (b) Debtors retaining new counsel. Mr. Smith serves without any guarantee of compensation, and he may receive from either estate only the compensation, if any, that the Court allows after application and order. Mr. Smith must not take any position for Crossroads or Sherwood on Sherwood's claim against Canaveral.

5. As stated in the Prior Order, in the event that the Sherwood case is not dismissed at the Hearing, the Court will address whether it is appropriate to vacate the Joint Administration Orders.[5]

# # #

Attorney Christopher Smith is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.

---

[3] This includes a hearing on a global compromise and *Canaveral Crossroads, LLC's Amended Motion to Approve Compromise of Controversy and Motion to Shorten Time* (Doc. No. 113).

[4] As of the entry of this Order, an application to employ Herron Hill Law Group, PLLC has been filed with respect to Canaveral Crossroads, LLC. *See Canaveral Crossroads, LLC's Application to Employ Herron Hill Law Group, PLLC as Attorneys* (Doc. No. 111). However, this Order applies to both Debtors, each of whom are required to be represented by counsel.

[5] *Order Granting Motion for Joint Administration* (Doc. No. 61); *Order Granting Motion for Joint Administration* (Case No. 6:26-bk-05428-GER, Doc. No. 29) (the "Joint Administration Orders").