UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CANAVERAL CROSSROADS, LLC and | Case No. 6:26-bk-05426-GER |
| SHERWOOD CONSTRUCTION, INC., | Case No. 6:26-bk-05428-GER |
| Debtors. | Jointly Administered under |
| | Case No. 6:26-bk-05426-GER |

______________________________________/

**PROOF OF SERVICE**

(Order Granting in Part Motion for Reconsideration and Resetting Deadline to Retain Counsel, Doc. 122)

On November 24, 2026, I caused a copy of the court's Order (1) Granting in Part Motion for Reconsideration of the Deadline to Retain New Counsel and (2) Resetting Deadline to Retain Counsel (Doc. 122) to be served by United States mail, first class, postage prepaid, on every party listed on the service list attached to this proof of service.

The clerk entered the order on November 20, 2026. The court's CM/ECF system served it electronically that day on every party registered for electronic notice in these jointly administered cases. The Bankruptcy Noticing Center mailed the order on November 22, 2026, to the ten parties on the court's own mailing list (Doc. 125).

The order directs counsel to serve interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry (Doc. 122). This proof of service reports that service.

/s/ Christopher L. Smith
Christopher L. Smith, Esq.
Florida Bar No. 367461
The Law Offices of Christopher Smith
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
Chris@CLSOrlandoLaw.com
Counsel for Canaveral Crossroads, LLC and Sherwood Construction, Inc.

# SERVICE LIST — UNITED STATES MAIL

Order (1) Granting in Part Motion for Reconsideration of the Deadline to Retain New Counsel and (2) Resetting Deadline to Retain Counsel (Doc. 122)

In re Canaveral Crossroads, LLC and Sherwood Construction, Inc., Case Nos. 6:26-bk-05426-GER and 6:26-bk-05428-GER (jointly administered)

Mailed November 24, 2026, by United States mail, first class, postage prepaid, to (a) each creditor on the Local Rule 1007-2 Parties in Interest List of each Debtor (the creditors holding the 20 largest unsecured claims: Doc. 51 for Canaveral Crossroads; Case No. 6:26-bk-05428-GER, Doc. 14 for Sherwood Construction) who does not receive service by CM/ECF, and (b) each other interested party who does not receive service by CM/ECF: Jetton Investments, Inc. and Frank Amodeo. A party on both lists was mailed once. No party has filed a Rule 2002(g) request for notice who is not registered for CM/ECF.

Served electronically through CM/ECF on November 20, 2026, and not mailed: United States Trustee (Aleskovsky); Canaveral Crossroads, LLC (Herron); Horton S. Johnson (Leibert); IMQA Investments, Inc. (Kosto); Tamamoi LLC (Savastano); Michael McPhillips (D'Aniello, Crowder); Cape Crossing Condominium Association, Inc., Cape Crossing Townhome Association, Inc. and James Ponson (Crowder); PEDIXON LLC (Ainsworth, Morando, Branson); Ken Dixon, Crescent Sound Ltd., Parke Financial Limited Partnership and ZPD LLC (Branson); Billd Exchange, LLC (Eves, Haughey); Alison Pitkanen and Alison Pitkanen, P.A. (Bado); and the Debtors (Smith). Holders of 20-largest claims in that group were served through counsel.

1. Yann Le Lourec
130 Coco Plum Dr., Apt. 401
Marathon, FL 33050

2. Sanjeev Hans
6410 Rockingtree Lane
Orlando, FL 32819

3. Ponson, Martha E. Revocable Living Trust
c/o Aaron B. Thalwitzer, Esq.
Gordon & Thalwitzer
299 N. Orlando Ave.
Cocoa Beach, FL 32931

4. NuView IRA fbo Theresa Spano
280 S. Ronald Reagan Blvd., Ste. 200
Longwood, FL 32750

5. Kuberneo, CPA
5979 Vineland Road, Ste. 304
Orlando, FL 32819

6. Maria Brooks
10800 SE 17th Cir. #A3
Vancouver, WA 98664

7. Pino Law Group PLLC
c/o Dr. Laurence J. Pino, Esq.
99 S. New York Avenue
Winter Park, FL 32789

8. Shane Sarver
4488 Heaton Park Trail
Viera, FL 32955

9. Kathi Myers
3648 Crescent Park Blvd.
Orlando, FL 32812

10. David C. & Kathryne E. McPhillips
4907 Bayshore Blvd. #116
Tampa, FL 33611

11. Jean Horning
222 Morton Lane
Winter Springs, FL 32708

12. Jerry Holliday
c/o Jason Berger, Esq.
Cole, Scott & Kissane, P.A.
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301

13. David Anderson
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

14. August P, LLC
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

15. Robert and Joann Maxwell
c/o WhiteBird, PLLC
1701 Highway A1A, Suite 208
Vero Beach, FL 32963

16. Trent Development
c/o Cherry Village, L.P.
421 NE 12th Avenue
Homestead, FL 33030

17. Trent Development
c/o Austin Commons, L.P.
1011 Cherry Ave.
Nashville, TN 37201

18. Ebenezer Stone, LLC
571 SE Crosspoint
Port St. Lucie, FL 34983

19. Stratus Roofing
2200 Lucien Way, #400
Maitland, FL 32751

20. Reyes Florida Carpentry, Inc.
25874 SW 144th Court
Homestead, FL 33032

21. Violet Mariposa
4409 Hoffner Ave., Unit 547
Orlando, FL 32812

22. Custom Cleaning Inc.
624 73rd St. Ocean, Apt. 306
Marathon, FL 33050

23. Rapture Air
37206 FL-19
Umatilla, FL 32784

24. Cape Crossing Vacation
Rentals, LLC
4409 Hoffner Avenue #348
Orlando, FL 32812

25. John Abell
10500 SW 186th St.
Cutler Bay, FL 33157

26. ABC Supply Co.
PO Box 742067
Atlanta, GA 30374

27. Factors Construction
4409 Hoffner Avenue
Orlando, FL 32812

28. Endless Management
Construction
720 NE 13th St.
Homestead, FL 33030

29. Pat's Plumbing Service
9627 Gota Road
Windermere, FL 34786

30. Porch Swing Investments, Inc.
d/b/a Screenmobile of Vero Beach
1425 55th Court SW
Vero Beach, FL 32968

31. Chase Visa
c/o Ken Jones
4409 Hoffner Avenue
Orlando, FL 32812

32. Jetton Investments, Inc.
c/o Paul Rene, Jr.
116 S. Magnolia Ave., Suite 3E
Ocala, FL 34471

33. Frank Amodeo
1311 Hoffner Avenue
Orlando, FL 32809