**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

CANAVERAL CROSSROADS, LLC,
SHERWOOD CONSTRUCTION, INC.,
Debtors.
_______________________________/

Case No. 6:26-bk-05426-GER
Chapter 11

Jointly Administered with
Case No.: 6:26-bk-05428-GER
Chapter 11

# BILLD EXCHANGE, LLC'S MOTION FOR LEAVE FOR COUNSEL TO ATTEND THE DECEMBER 3, 2026 PRELIMINARY HEARING REMOTELY

BILLD EXCHANGE, LLC ("**Billd**"), by and through its undersigned counsel, respectfully request that the Court permit its counsel to appear remotely at the Preliminary Hearing on December 3, 2026, at 11:30 a.m., and states as follows:

1. The Court has scheduled a hearing in these jointly administered Chapter 11 cases for December 3, 2026, at 11:30 a.m. (the "**Hearing**") on:

   1) Debtor's Motion for Approval the Compensation of Ross Johnston as Chief Restructuring Officer (Doc #50) AMENDED (Doc #54) - cont. to December 3, 2026 at 11:30 am;

   2) Debtor's Amended Motion to Dismiss Case [Sherwood] (Doc #85) - cont. to December 3, 2026 at 11:30 am;

3) Debtor's Objection to Claim(s). Claim No. 3-2 of Billd Exchange, LLC (Doc #68) - cont. to December 3, 2026 at 11:30 am;
4) Canaveral Crossroads, LLC's Motion to Approve Compromise with the Dixon Parties and Request for Hearing (Doc #100);
5) Sherwood Construction, Inc.'s Motion to Approve Compromise with the Dixon Parties and Request for Hearing (Doc #101);
6) Motion to Approve Compromise of Controversy or Settlement Agreement (Doc #113); and
7) Motion to Appoint Trustee (Doc #98).

2. Billd is a creditor and party in interest in these cases and intends to participate in the Hearing through its counsel, Brian A. Eves and Roger J. Haughey, II, of Sivyer Barlow Watson & Haughey, P.A., from Tampa, Florida.

3. Billd appeared in person at the first hearing on Debtor's Objection to Claim(s). Claim No. 3-2 of Billd Exchange, LLC (Doc #68) on November 12, 2026.

4. At the December 3, 2026 hearing, Billd's counsel will respond to Debtor's Objection to Claim(s). Claim No. 3-2 of Billd Exchange, LLC (Doc #68), and has filed its response to the Objection (Doc #98). Billd will also oppose the Motions to Approve Compromise (Doc #100 and #101) as a Creditor of Sherwood and Tiered Capital.

5. Billd does not anticipate presenting live witness testimony or offering evidence at the Hearing, and counsel's remote participation will not prejudice any party or delay the proceedings. Counsel will be fully prepared to participate and will comply with any procedures the Court establishes for remote appearances.

WHEREFORE, Billd Exchange, LLC respectfully requests that the Court enter an order (i) granting this Motion; (ii) permitting its counsel, Brian A. Eves and Roger J. Haughey, II, to attend the Hearing on December 3, 2026, at 11:30 a.m. remotely by video conference; and (iii) granting such other and further relief as the Court deems just and proper.

*/s/ Brian A. Eves*
Brian A. Eves (FBN 43794)
beves@sbwhlegal.com
baeassistant@sbwhlegal.com
Roger J. Haughey, II (FBN 123617)
rhaughey@sbwhlegal.com
rjhassistant@sbwhlegal.com
SIVYER BARLOW WATSON
SIVYER BARLOW WATSON & HAUGHEY, P.A.
401 East Jackson Street, Suite 2225
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Billd Exchange, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record including:

**Christopher Smith**
Law Offices of Christopher Smith
4767 New Broad Street
Orlando, FL 32814
Email: Chris@CLSOrlandoLaw.com
*Counsel for Sherwood Construction, Inc.*
*And Canaveral Crossroads, LLC*

**Kenneth D Herron, Jr**
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802
407-648-0058
Email: chip@herronhilllaw.com
*Counsel for Sherwood Construction, Inc.*
*And Canaveral Crossroads, LLC*

**Matthew Leibert**
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822
407-245-8352
Email: leibert@urbanthier.com
*Counsel for Horton S. Johnson*

**Audrey M Aleskovsky**
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Courthouse
400 West Washington Street, Suite 1100
Orlando, FL 32801

407-648-6068
Email: Audrey.M.Aleskovsky@usdoj.gov
*Counsel for Office of the United States Trustee*

**Lawrence M Kosto**
Kosto & Rotella, P.A.
1517 E. Robinson Street
Orlando, FL 32801
407-425-3456
Fax : 407-423-9002
Email: lkosto@kostoandrotella.com
*Counsel for IMQA Investments, Inc.*

**Hard copies sent by U.S. Mail to the following**:

***Petitioning Creditor***
**Jetton Investments Incorporated**
116 S Magnolia Ave
Suite 3E
Ocala, FL 34471

***Petitioning Creditor***
**Cape Crossing Vacation Rentals, LLC**
4409 Hoffner Avenue, #348
Orlando, FL 32812

*/s/ Brian A. Eves*
Brian A. Eves, Esq.